# Exhibit B



# Industrial Stormwater Pollution Prevention Plan

For:

Starbase – Launch Pad Site (TXR05GD61)

Space Exploration Technologies, Corp.
Cameron County, Texas

CN602867657
RN111606745

July 2023
REV.001 (updated October 2023)

Prepared by:

Greenthink Consulting, L.L.C.



*www.greenthinkconsulting.com*

Space Exploration Technologies, Corp

Starbase – Launch Pad Site

Industrial Stormwater Pollution Prevention Plan (SWPPP)

Rev:001

# TABLE OF CONTENTS

INTRODUCTION.................................................................................................................................7

PURPOSE ...........................................................................................................................................7

PLAN CERTIFICATION .......................................................................................................................8

PART 1: PLAN ADMINISTRATION ....................................................................................................10

  1.1  POLLUTION PREVENTION TEAM ........................................................................................10
  1.2  PLAN REVIEW .................................................................................................................11
      1.2.1  Scheduled Plan Reviews ...................................................................................11
      1.2.2  Plan Revisions and Additions ...........................................................................11
  1.3  RETENTION OF RECORDS ...................................................................................................11

PART 2: GENERAL FACILITY INFORMATION ..................................................................................12

  2.1  FACILITY DESCRIPTION ....................................................................................................12
      2.1.1  Location and Activities......................................................................................12
      2.1.2  General Location Map.......................................................................................12
      2.1.3  Drainage Site Plan............................................................................................12
      2.1.4  Location and Size of Outfalls............................................................................13
      2.1.5  Inventory of Exposed Materials ........................................................................14
      2.1.6 Narrative Descriptions.......................................................................................16
  2.2  EPCRA 313 REPORTING REQUIREMENTS .......................................................................18
  2.3  PERMITTED NON-STORMWATER DISCHARGES.....................................................................18
  2.4  SPILLS AND LEAKS...........................................................................................................19
      2.4.1  Spill and Leak History ......................................................................................19
      2.4.2  Existing Plans ...................................................................................................20

PART 3: POLLUTION PREVENTION MEASURES AND CONTROLS ..................................................21

  3.1  BEST MANAGEMENT PRACTICES .......................................................................................21
  3.2  GOOD HOUSEKEEPING .....................................................................................................22
  3.3  STRUCTURAL CONTROLS ..................................................................................................22
  3.4  MAINTENANCE PROGRAM FOR STRUCTURAL CONTROLS .....................................................23
  3.5  EROSION CONTROL MEASURES ........................................................................................23
  3.6  SPILL PREVENTION AND RESPONSE MEASURES .................................................................24
      3.6.1  Spill Prevention ................................................................................................24
      3.6.2  Spill Response...................................................................................................25
  3.7  SPILL RESPONSE AND REPORTING ....................................................................................26
      3.7.1  Spill Reporting .................................................................................................27
      3.7.2  Follow-up Report..............................................................................................29
  3.8  EMPLOYEE TRAINING .......................................................................................................30
  3.9  ROUTINE FACILITY INSPECTIONS ......................................................................................31
  3.10  ANNUAL COMPREHENSIVE SITE COMPLIANCE EVALUATION................................................31

PART 4: GENERAL MONITORING AND REPORTING REQUIREMENTS ...........................................35

  4.1  QUARTERLY VISUAL MONITORING ....................................................................................35
      4.1.1  Monitoring ........................................................................................................35
      4.1.2  Reporting ..........................................................................................................35
  4.2  BENCHMARK MONITORING ...............................................................................................35

Case 1:24-cv-00148   Document 8-8   Filed on 10/11/24 in TXSD   Page 4 of 96

Space Exploration Technologies, Corp                    Industrial Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site                                                                      Rev:001

4.3   TOTAL MAXIMUM DAILY LOAD (TMDL) MONITORING ...................................................................35
4.4   NUMERIC EFFLUENT LIMITATION MONITORING.........................................................................36
    4.4.1   Monitoring .....................................................................................................................36
    4.4.2   Reporting ......................................................................................................................37
    4.4.4   NEL Monitoring Waivers ...............................................................................................37
    4.4.5   Federal Effluent Limitations .........................................................................................38
4.5   QUALIFYING STORM EVENTS.................................................................................................38
4.6   REPRESENTATIVE DISCHARGES FOR SUBSTANTIALLY SIMILAR OUTFALLS ......................................38
4.7   MONITORING PERIODS .........................................................................................................39
4.8   TEMPORARY SUSPENSIONS AND WAIVERS ...............................................................................39
    4.8.1   Temporary Suspension .................................................................................................39
    4.8.2   Waivers .........................................................................................................................39
4.9   ADDITIONAL MONITORING .....................................................................................................39
4.10  REPORTING ........................................................................................................................39
4.11  RESULTS OF INSPECTIONS AND MONITORING ...........................................................................40
4.12  SUMMARY OF SAMPLING DATA .............................................................................................40

PART 5: SECTOR SPECIFIC REQUIREMENTS – SECTOR AB ..............................................................41
    5.1   BENCHMARK MONITORING REQUIREMENTS ...........................................................................41
    5.1   BENCHMARK MONITORING REQUIREMENTS ...........................................................................41
    5.2   ADDITIONAL SWPPP REQUIREMENTS ..................................................................................41

PART 6: PERMIT DOCUMENTATION .................................................................................................42

PART 7: TPDES MSGP TXR050000 ...............................................................................................43

## List of Figures

Figure 1        Site Location Map
Figure 2        SWPPP and Drainage Area Site Maps

## List of Tables

Table 1-1       Pollution Prevention Team Roster
Table 2-1       Exposed Material Inventory
Table 2-2       Spill and Leak History
Table 3-1       Preventive Maintenance for Structural Controls
Table 4-1       Numeric Effluent Limitations

## List of Appendices

Appendix A    Non-Stormwater Discharge Evaluation and Certification
Appendix B    Training Information, Records and Documentation
Appendix C    Periodic Site Inspection Checklist
Appendix D    Annual Compliance Evaluations
Appendix E    Sample Collection/Summarized Sampling Data and Quarterly Visual Monitoring
Appendix F    Discharge Monitoring Reports
Appendix G    Weekly/Daily Rain Log

Appendix H    Temporary Suspension Waiver
Appendix I    NOI & Permit Documentation
Appendix J    TPDES-Multi Sector General Permit
Appendix K    Regulatory Agencies Contact Information
Appendix L    Discharge Notification Form
Appendix M    Preventative Maintenance Repair Log

## LIST OF ACRONYMS AND ABBREVIATIONS

**ACE**            Annual Comprehensive Site Compliance Evaluation

**AST**            Aboveground Storage Tank

**BMP**            Best Management Practices

**DMR**            Discharge Monitoring Report

**MS4**            Municipal Separate Storm Sewer System

**MSGP**           Multi Sector General Permit

**NEL**            Numeric Effluent Limitations

**NOI**            Notice of Intent

**SPCC**           Spill Prevention, Control and Countermeasure Plan

**SWPPP**          Stormwater Pollution Prevention Plan

**TMDL**           Total Maximum Daily Load

**TCEQ**           Texas Commission on Environmental Quality

**TPDES**          Texas Pollutant Discharge Elimination System

**TPDES-MSGP**     Texas Pollution Discharge Elimination System-Multi Sector General
                   Permit

| | | ESTABLISHED | VERIFIED | APPROVED |
|---|---|---|---|---|
| **REV.000** | Function | **Greenthink Consulting** | **Space Exploration Technologies Corp.** | **Space Exploration Technologies Corp.** |
| | Name | **Rajiv Y. Patel** | | |
| | Sign | | | |
| | Date | **July 12, 2023** | | |

**Comments:**

This Stormwater Pollution Prevention Plan (SWPPP) was prepared for the SpaceX Starbase Launch Pad Sie to meet the requirements of the Texas Pollutant Discharge Elimination System (TPDES) 2021 Multi-Sector General Permit (MSGP) TXR05000, which expires on August 14, 2026. Space Exploration Technologies Corp. (SpaceX) will need to renew the MSGP after this date, TCEQ provides a 90-day grace period, and update the SWPPP to meet the requirements of the renewed permit.

Greenthink Consulting

Space Exploration Technologies, Corp                    Industrial Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site                                                                              Rev:001

| REV. NO | REASON FOR ISSUE | DATE ISSUE | PREPARED BY | REVIEWED BY | APPROVED BY |
|---------|------------------|------------|-------------|-------------|-------------|
| 000 | Initial Development | 07/12/23 | Greenthink Consulting | Space Exploration Technologies Corp. | Space Exploration Technologies Corp. |
| 001 | SWPPP was updated to reflect additional Outfalls at the Launch pad.  Update Non-Stormwater Evaluation and Certification (Appendix A) | 10/02/23 | Greenthink Consulting | Space Exploration Technologies Corp. | Space Exploration Technologies Corp. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**IMPLEMENTATION DATE:  IMMEDIATELY**

Greenthink Consulting

# <u>INTRODUCTION</u>

**PURPOSE**

The purpose of this Stormwater Pollution Prevention Plan (SWPPP) is to identify and implement structural and non-structural controls that will reduce adverse impacts, caused by stormwater discharges to the environment. The controls identified are to reduce erosion and run-off of pollutants from the Space Exploration Technologies Corp (SpaceX) Launch Pad Site.

This SWPPP has been prepared to meet the requirements set forth in the Texas Pollutant Discharge Elimination System (TPDES) Multi Sector General Permit (MSGP), Sector AB – Transportation Equipment, Industrial or Commercial Machinery Manufacturing Facilities under the Primary SIC Code of 3761 (Guided Missiles and Space Vehicles) and the Secondary SIC Code 3764 (Guided Missile and Space Vehicle Propulsion Units and Propulsion Unit Parts).

Greenthink Consulting

## PLAN CERTIFICATION

**Signatory Requirement**

30 Texas Administrative Code §305

§305.44. Signatories to Applications

(a) All applications shall be signed as follows.

(1) For a corporation, the application shall be signed by a responsible corporate officer. For purposes of this paragraph, a responsible corporate officer means a president, secretary, treasurer, or vice-president of the corporation in charge of a principal business function, or any other person who performs similar policy or decision-making functions for the corporation; or the manager of one or more manufacturing, production, or operating facilities employing more than 250 persons or having gross annual sales or expenditures exceeding $25 million (in second-quarter 1980 dollars), if authority to sign documents has been assigned or delegated to the manager in accordance with corporate procedures. Corporate procedures governing authority to sign permit or post-closure order applications may provide for assignment or delegation to applicable corporate positions rather than to specific individuals.

(2) For a partnership or sole proprietorship, the application shall be signed by a general partner or the proprietor, respectively.

(3) For a municipality, state, federal, or other public agency, the application shall be signed by either a principal executive officer or a ranking elected official. For purposes of this paragraph, a principal executive officer of a federal agency includes the chief executive officer of the agency, or a senior executive officer having responsibility for the overall operations of a principal geographic unit of the agency (e.g., regional administrator of the EPA).

**Delegation of Signing Authority**

Signing authority can be delegated by an Authorized Representative by completing a Delegation of Signatories Form via TCEQ's online STEERS permitting system unless an electronic reporting waiver is obtained. A new Delegation of Signatory form must be submitted if the delegation changes to another individual or position. The notification documentation needs to be maintained in the SWPPP and made available for review upon request by TCEQ or local Municipal separate storm sewer system (MS4) Operator.

Greenthink Consulting

Space Exploration Technologies, Corp

Industrial Stormwater Pollution Prevention Plan (SWPPP)

Starbase – Launch Pad Site

Rev:001

## Plan Certification

"*I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations*."

| **2023** | | |
|---|---|---|
| Authorized Signatory(s) | Title | Date |

| **2024** | | |
|---|---|---|
| Authorized Signatory(s) | Title | Date |

| **2025** | | |
|---|---|---|
| Authorized Signatory(s) | Title | Date |

| **2026** | | |
|---|---|---|
| Authorized Signatory(s) | Title | Date |

Greenthink Consulting

# PART 1: PLAN ADMINISTRATION

## 1.1   Pollution Prevention Team

The listed Pollution Prevention Team is responsible for development of the SWPPP and for assisting the operator/facility in the implementation, maintenance, and revision of the SWPPP. This includes:

- Developing the SWPPP,
- Ensuring inspections are conducted,
- Reviewing results of sampling data; and,
- Modifying the SWPPP as required based on inspections and sampling data results.

The pollution prevention team and their associated responsibilities are identified in Table 1-1.

## Table 1-1 – Pollution Prevention Team Roster

| **Member # 1** | |
|---|---|
| **Name/Title:** Jordan Buss / EHS Leader <br> **Contact Information :** Phone **:** 310-219-7917 or Email : jordan.buss@spacex.com | |
| **Responsibilities:** | Responsible for certifying stormwater pollutions prevention plan, form, reports, and other permit and SWPPP documents. In addition, responsible for implementing the of the SWPPP and completing the required monitoring and inspections; for ensuring quarterly site inspections are conducted and documented; ensuring any deficiencies and potential BMPs to rectify the problem(s) are identified and corrected; ensuring quarterly visual and stormwater sampling and analysis as required by the permit are conducted; ensuring annual compliance evaluations are performed; annual training is completed; and all records and documents as stipulated in the permit and SWPPP are maintained. |
| **Member # 2** | |
| **Name/Title:** William Hunter / Sr. EHS Engineer <br> **Contact Information :** Phone **:** 310-848-4966 or Email : william.hunter@spacex.com | |
| **Responsibilities:** | Responsible for implementing the of the SWPPP and completing the required monitoring and inspections; for ensuring quarterly site inspections are conducted and documented; ensuring any deficiencies and potential BMPs to rectify the problem(s) are identified and corrected; ensuring quarterly visual and stormwater sampling and analysis as required by the permit are conducted; ensuring annual compliance evaluations are performed; annual training is completed; and all records and documents as stipulated in the permit and SWPPP are maintained. |
| **Member # 3** | |
| **Name/Title:** Carolyn Wood / Sr. Environmental Regulatory Engineer <br> **Contact Information :** Phone 323-537-0071 or Email : carolyn.wood@spacex.com | |
| **Responsibilities:** | Responsible for implementing the of the SWPPP and completing the required monitoring and inspections; for ensuring quarterly site inspections are conducted and documented; ensuring any deficiencies and potential BMPs to rectify the problem(s) are identified and corrected; ensuring quarterly visual and stormwater sampling and analysis as required by the permit are conducted; ensuring annual compliance evaluations are performed; annual training is completed; and all records and documents as stipulated in the permit and SWPPP are maintained. |
| **Member # 4 (Environmental Professional)** | |
| **Name/Title:** Rajiv Y. Patel / Greenthink Consulting <br> **Contact Information :** Phone **:** 512-596-7929 or Email : rajiv@greenthinkconsulting.com | |
| **Responsibilities:** | Available for conducting, or assisting with, the required monitoring including annual comprehensive compliance evaluation and the annual training requirements, as needed. Assist in any revisions to the SWPPP. Resource for compliance questions or consulting as needed. |

## 1.2   Plan Review

### 1.2.1   Scheduled Plan Reviews

This SWPPP will be reviewed at least once every year during the Annual Comprehensive Site Compliance Evaluation (ACE) or when changes within the operations of the facility are modified and have the potential to impact stormwater discharges.  Revisions to the Plan, if needed, will be made within twelve weeks of the completion of the report.

### 1.2.2   Plan Revisions and Additions

When revisions or additions are recommended as a result of a scheduled inspection, a summary of the proposed changes will be attached to or noted on the inspection sheet included in Appendix D.

## 1.3   Retention of Records

Records that are required as a part of the MSGP must be made readily accessible by the Texas Commission on Environmental Quality (TCEQ) for a period of three (3) years from the date when the record was created or reviewed. In addition, management records for all sludge or other waste removed from any stormwater treatment process must be retained at the facility or must be readily available for review by authorized representatives of the TCEQ.

## PART 2:  GENERAL FACILITY INFORMATION

Name:  SpaceX Starbase – Launch Pad Site

Address: 1 Rocket Road, Brownsville, Texas 78521, Located at at Eastern Terminus of Hwy 4

Operating Days/Hours: 24/7; Individual departments may have different schedules.

Receiving Water body& 303(d) Status: Segment 2501 (Gulf of Mexico)

Edwards Aquifer Recharge Zone:  This facility is not located in the Edwards Aquifer recharge zone.

Type: Guided Missile and Space Vehicle Manufacturing and Guided Missile and Space Vehicle Propulsion Unit and Propulsion Unit Parts Manufacturing

TPDES Permit #: TXR05GD61

Owner: Space Exploration Technologies, Corp.

Operator:  Space Exploration Technologies, Corp.

Primary contact: William Hunter / Sr. EHS Engineer

Contact Information:  310-848-4966

## 2.1   Facility Description

### 2.1.1   Location and Activities

The SpaceX facility is located at the Eastern Terminus of Highway 4 to the East of Brownville, Texas in Cameron County.

The facility main layout consists of the following areas:
- ***Orbital Launch and Test Area***: Located on the Eastern half of the site.
- ***Sub-Orbital Launch and Test Area***: Located on the Western half of the site.

### 2.1.2   General Location Map

The Site Location Map, included in Figure 1, depicts the facility and the location of the surface waters that could potentially receive stormwater discharges from the site.

### 2.1.3   Drainage Site Plan

The SWPPP and Drainage Area Site Maps, also included in Figure 1 of this Plan, depicts the following, when applicable to the facility:

- Location (longitude and latitude) of each permitted outfall covered by the permit and the location of each sampling point (if different from the outfall location);
- Outline of each drainage area and associated outfalls;
- The direction of the stormwater flow, and the location of all stormwater conveyances (e.g., ditches, gutters, pipes, swales) that drain to each permitted outfall;
- Location of all structures (e.g., buildings, garages, storage tanks, machinery) and impervious surfaces (e.g., parking lots, paved or concrete pads);
- Structural control devices designed to reduce pollution in stormwater runoff;
- Process wastewater treatment units (including septic systems and oil-water separators);
- The surface area of the facility (i.e., size in acres or square feet), or a clear scale such that the approximate surface area may be calculated;
- Locations of all receiving waters, including wetlands, and information as to whether they are impaired or have established Total Maximum Daily Loads (TMDLs);
- Locations and descriptions of all non-stormwater discharges;
- Physical features of the site that may influence stormwater runoff or contribute a dry weather flow;
- Locations and sources of run-on to the site from adjacent property that contains significant quantities of pollutants;
- Processing, storage, and material loading/unloading areas;
- Connections or discharges to MS4(s);
- Locations of Reportable Quantity (RQ) releases for the previous three years (when applicable); and
- Location of vents and stacks from metal processing and similar areas.

The site is under repair due to a launch anomaly; therefore, these maps are in draft condition until plans are finalized.

### 2.1.4   Location and Size of Outfalls

The site consists of seven (11) drainage areas with nine (11) outfalls to handle stormwater runoff discharges from areas associated with industrial activities.  Each of the areas are discussed below:

Outfall 001: Stormwater from the Northwest portion of the property (Drainage Area 2) will flow to  Outfall 001 (UTM: 25.998153, -97.15770). The runoff will flow via sheet flow, connected storm drains, and drainage ditch conveyance system which opens at Outfall 001 and may ultimately flow to Segment 2501 – Gulf of Mexico.

Outfall 002: Stormwater from the Western portion of the site (Drainage Area 3) and the Central portion of the site (Drainage Area 7) will flow to Outfall 002 (25.996956, -97.156475). The runoff will flow via sheet flow to connected storm drains which open at Outfall 002 and may ultimately flow to Segment 2501 – Gulf of Mexico.

Outfall 003: Stormwater from the Central portion of the site (Drainage Area 7), Western portion of the site (Drainage Area 3), and a portion of the Orbital Stand (Drainage Area 8) will flow to Outfall 003 (25.996886, -97.156233). The runoff will flow via sheet flow to connected storm drains which open at Outfall 003 and may ultimately flow to Segment 2501 – Gulf of Mexico. This Outfall may occasionally release approved non-stormwater discharge (deluge water used for dust and fire suppression from) when the deluge system at the Orbital stand is used.

Outfall 004 and Outfall 005: Stormwater from the Southeastern portion of the site, including the Orbital Stand, (Drainage Areas 8, 9, and 10) will flow to Outfall 004 (25.996058, -97.155238) and Outfall 005 (25.995967, -97.155200). The runoff will flow via sheet flow to connected storm drains which open at Outfall 005 and 005 and may ultimately flow to Segment 2501 – Gulf of Mexico. This Outfall may occasionally release approved non-stormwater discharge (deluge water used for dust and fire suppression) when the deluge system at the Orbital stand is used.

Outfall 006 and Outfall 007: Stormwater from the Northern half of the site (Drainage Areas 2, 3, 6, and 11) will flow to Outfall 006 (25.997631, -97.154933) and Outfall 007 (25.997761, -97.155683). The runoff will flow via sheet flow to connected storm drains which open at Outfalls 006 and 007 and may ultimately flow to Segment 2501 – Gulf of Mexico.

Outfall 008 and Outfall 009: Stormwater from the Southwestern portion of the site around the Sub-Orbital area (Drainage Area 1 and 4) will flow to Outfall 008 (25.997355, -97.158091) and Outfall 009 (25.996552, -97.157697). The runoff will flow via sheet flow and discharge as such near Outfalls 008 and 009 and may ultimately flow to Segment 2501 – Gulf of Mexico.

Outfall 010 and Outfall 011: Stormwater from the Southeastern portion of the site around the Orbital Stand (Drainage Areas 8 and 10) and the Northeastern portion of the site (Drainage Area 11) will flow to Outfall 010 (25.995866, -97.154466) and Outfall 011 (25.996255, -97.153919). The runoff will flow via sheet flow in times of heavy flow, expected to only be when the deluge system at the Orbital Stand is in use, and discharge as such near Outfalls 010 and 011 and may ultimately flow to Segment 2501 – Gulf of Mexico.  The water released will be approved non-stormwater discharge (deluge water used for dust and fire suppression) when the deluge system at the Orbital stand is used.

The outfalls described above are considered to have substantially similar discharge.  Therefore, monitoring and sampling may be conducted at one of those outfalls and treated as representative for the others.  Further details and identification of substantially similar outfalls are provided in Section 4.6.

## 2.1.5   Inventory of Exposed Materials

The following table lists materials at the facility which have the potential to be exposed to precipitation or runoff. The inventory must be updated 30 days following a significant change in the type or management of a material.

Space Exploration Technologies, Corp
Starbase – Launch Pad Site

Industrial Stormwater Pollution Prevention Plan (SWPPP)
Rev:001

| Material Name | Quantity | Location | Method of Storage |
|---|---|---|---|
| Metal Parts Storage (Raw Material) | Several | Throughout the Facility | Elevated from the ground in racks, shelves, or wooden lumber and pallets |
| Fabricated Metal Parts | Several | Throughout the facility. | Elevated From the Ground in Racks, Shelves, or Wooden Lumber and Pallets |
| Pad-Mounted Transformers | Several | Throughout the Facility | On Concrete Pad |
| Refrigerated Liquids Tanks | Several | Throughout the Facility | On Concrete Pad |
| Air Tanks | Several | Throughout the Facility/Air Separation Unit | On Concrete Pad |
| Solar Panels | Several | Throughout the Facility | Roof Mounted |
| Plant Trash Dumpsters and Roll-Off Dumpsters | Several | Throughout the Facility | On Concrete Pad or on Unpaved Areas with Some Dumpster Equipped with Lids |
| Scrap Metal Roll-Off Dumpsters and Bins | Several | Throughout the Facility | On Concrete Pad or on Unpaved Areas |
| Wastewater Holding Tanks for Restrooms | Several | Throughout the Facility attached to the Permanent Restrooms | On Concrete Paved Areas |
| Portable Restrooms | Several | Throughout the Facility | On Concrete Paved and Unpaved Areas |
| Hydraulic Oil Drums | Several | Throughout Facility | On Spill Pallets |
| Welding Gases Cylinders | Several | Throughout Facility | On Racks |

Greenthink Consulting

| Material Name | Quantity | Location | Method of Storage |
|---|---|---|---|
| LOx, Nitrogen, Methane Pressure Tank | Multiple | Suborbital and Orbital | Elevated from the ground on racks |

*2.1.6 Narrative Descriptions*

The following section contains a summary of the potential pollutant sources associated with the operations and activities of the facility including the potential source of pollutants to stormwater discharges:

1. Loading and Unloading Activities – Loading and unloading activities take place throughout the facility. Due to these activities, the potential of oil, transmission fluid, vehicle fluids, lubricants, coolants, and solvents leaks occur and can contribute to stormwater pollution. Material hauling and loading and unloading can affect stormwater through detected levels of coolant, Total Petroleum Hydrocarbons (TPH), Oil & Grease (O&G), and Metals in the stormwater discharge.

2. Outdoor Materials Storage Areas – Any outdoor metal parts and scrap materials exposed to the elements can potentially affect the quality of the stormwater runoff discharges if not properly stored by avoiding any contact with the stormwater runoff. Typically, pollution from the poor outdoor storage practices can affect the Total Suspended Solids (TSS), O&G and Metals in the stormwater discharge.

3. Industrial Waste Storage, Accumulation, and Handling Areas – Industrial and maintenance activities typically generate industrial wastes that includes waste oil, chemicals waste, expired chemicals, and production non-hazardous and hazardous waste. The site does generate industrial waste, including used oil, paint related wastes, oily rags, debris, soil, absorbents, and other associated industrial wastes. Poor waste handling practices and storage methods can adversely affect stormwater through detected levels of TSS, TPH, heavy metals, biochemical oxygen demand (BOD), chemical oxygen demand (COD), and O&G when handled or stored outdoors.

4. Outdoor Vehicle, Equipment, and Forklift Traffic, Maintenance, and Parking – Traffic and parking of equipment, like forklifts, excavators and other heavy equipment, and trucks outdoors can result in fluid leaks in the driveways and storage/parking area that contribute to stormwater pollution. The condition of the equipment and truck/vehicle maintenance can also affect stormwater and runoff, as if poorly maintained oil leaks, transmission fluids, hydraulic fluid, used oil and gas filters, used batteries, degreasers, and other vehicle fluids may be present and has the potential to contribute to stormwater pollution. This type of stormwater pollution is typically manifested in detectable levels of O&G, heavy metals, solvents, and TPH.

5. Equipment Washing Activities – Equipment washing is an important part of equipment preventative maintenance. If not properly managed, wash wastewaters have the potential of contributing to stormwater pollution. This may be noted through increased levels of heavy metals, solvents, TSS, BOD, COD, phosphates, nitrates, and O&G.

6. <u>Transformers</u> – There is a potential for leaks from transformers through leaking fluids. Potential pollutants include TPH and mineral oil that can contribute to stormwater runoff contamination.

7. <u>Fabrication Activities</u> – Outdoor metal fractions activities that involve metal cutting, grinding and welding can potentially affect the quality of the stormwater or runoff through the deposits of metal particulates and metal part storage.  Typically, pollution from the activities performed in this area can affect the levels of metals in the runoff in the stormwater discharge.

8. <u>Unpaved Areas</u> – Some areas at the facility are unpaved; as a result, these areas may be subject to erosion and be disturbed due to exposure to the elements and on-going construction activities. Potential pollutants include heavy TSS levels and dust in the stormwater runoff resulting in opaque and discolor discharges.

9. <u>RQ Discharges - Spills and leaks</u> – Overall, spills and leaks are one of the main contributors of stormwater pollution and may yield elevated levels of O&G, heavy metals, TPH, solvents, and other chemicals in the stormwater discharges. Spills and leaks from any of the bulk storage mentioned in Table 2-1 – Exposed Material Inventory will be managed in accordance with the procedures established in Section 3.6 of this plan.

10. <u>Run-on Sources from Adjacent Properties</u> – The public road drainage system or storm drains may potentially connect with drainage system or drains of the facility which can be considered as an additional run-on source from the adjacent areas.

11. <u>Solar Panels</u> – Solar panels are located through the boundary of the facility and at the on-site solar farm. As solar panels age, they are subject to degradation and can potentially leach heavy metals into stormwater runoff.

12. <u>Dust Producing Activities (Paint and Blasting Operations Dust Collector)</u> – If the dust collector is located outdoors, the potential exists for not properly managed dust to adversely impact the stormwater runoff. Typically, pollution from the activities performed in this area can affect the levels of heavy metals and TSS in the runoff in the stormwater discharges.

13. <u>Fuel Depot (Fueling activities)</u> – The fuel storage area or depot located at the facility may have potential of spills or leaks during fueling, refueling, transferring, pipe leak/damage that impact the quality of stormwater runoff. The pollutants contaminating stormwater runoff from the typical activities in this area may include O&G, TPH, and fuels.

14. <u>Construction Activities</u> – The construction activities may occur throughout the facility which may include material storage, loading and unloading of material, equipment uses and maintenance in the area. The potential pollutants from construction activities to impact quality of stormwater runoff may include sediments like silts, clay, and sand, construction debris, construction chemicals, O&G, TSS, Metals, COD, and BOD.

15. <u>Air Emissions</u> – By virtue of on-site operations at the facility, several processes generate dust and other air emissions that are controlled using a dust collector or other air pollution controls systems. Potential pollutants and/or offsets from the air pollution control systems adversely affect stormwater discharges through detected levels of TSS and heavy metals.

16. <u>Hydraulic Pump Units</u> – Several Hydraulic Pump Units (HPU) and oil reservoirs are present in the equipment used at the facility. The potential exits for oil discharges in the form of leaks or spills during fluid replacement. If these discharges are exposed or tracked off to the exterior it will adversely affect stormwater discharges through detected levels of TPH, O&G, and heavy metals.

## 2.2    EPCRA 313 Reporting Requirements

SpaceX has to determine whether the Launch Pad Site is subject to EPCRA 313 reporting requirements. Therefore, SpaceX is required to evaluate if they manufacture, process, or use any EPCRA 313 chemicals in quantities that exceed the regulatory threshold (40 CFR Section 372.65). Best Management Practices (BMPs) established in Section 3 of the SWPPP will be sufficient for the potential EPCRA 313 materials.

## 2.3    Authorized Non-Stormwater Discharges

Non-stormwater discharges eligible for coverage are described in Part II, Section A.6. of MSGP and in the individual sections within Part V of this general permit. The Facility may discharge the following non-stormwater discharges through outfalls identified in the SWPPP:

- Discharge from firefighting activities & uncontaminated fire hydrant flushing (excluding discharges of hyper chlorinated water, unless the water is first dechlorinated, and discharges are not expected to adversely affect aquatic life);
- Potable water sources (excluding discharges of hyper chlorinated water, unless the water is first dechlorinated, and discharges are not expected to adversely affect aquatic life);
- Lawn watering and/or other irrigation drainage, provided that all pesticides, herbicides, and fertilizer have been applied in accordance with the approved labeling;
- Water from the routine external washing of buildings without the use of detergents or chemicals;
- Water from the routine washing of pavement conducted without the use of chemicals or detergents where there have not been spills of hazardous or toxic chemicals (unless all spilled material has been removed;
- Uncontaminated air conditioner, compressor and steam condensate, and condensate from the outside storage of refrigerated gases or liquids;
- Water from foundation or footing drains when flows are not contaminated with pollutants, such as process materials, solvents, and other pollutants;
- Uncontaminated water used for dust suppression (excludes reclaimed or reuse water used for dust suppression);
- Springs or other uncontaminated groundwater; and

- Incidental windblown mist from cooling towers that collects on rooftops or adjacent portions of the facility, excluding intentional discharges of utility wastewater from the cooling tower (e.g., cooling tower blowdown); and,
- Other allowable non-stormwater discharges are specifically listed in individual sections of Part V of the MSGP TXR50000.

In accordance with TPDES Stormwater MSGP TXR050000, Part III, Section B.1.(b) Investigation for Non-Stormwater Discharges, within 180 days of filing an NOI for coverage (or a renewal NOI) the permittee shall conduct a survey of potential non-stormwater sources and shall provide the certification required in Part III, Section B.1.(c) below. The facility's storm sewer system must be tested or inspected (e.g., screened for dry weather flows) for the presence of non-stormwater flows. Procedures must be evaluated and implemented to eliminate any potential sources that are discovered and are not permitted.

The facility was inspected to identify and evaluate all permitted non-stormwater discharges that occur at the Facility and qualify for coverage under the MSGP.  Non-permitted, non-stormwater discharges do not occur at the facility. Appendix A includes details of the authorized non-stormwater discharges at the facility and the Non-Stormwater Investigation documentation, including how the evaluation was conducted, results of any testing, dates of evaluations or tests, and the portions of the storm sewer system that were observed during the inspection. Certification of Non-Stormwater Discharges is provided in the checklists in Appendix A.

If an outfall was not inspected/tested, the failure to certify worksheet (Appendix A) must be completed and submitted to the TCEQ within 180 days.

## 2.4   Spills and Leaks

### 2.4.1   Spill and Leak History

The site must keep a narrative description of locations where all reportable quantity (RQ) spills and leaks of oil or toxic or hazardous pollutants occurred at exposed areas that drained to a stormwater conveyance in the three (3) years prior to the date this SWPPP was prepared or amended.

The following table summarizes the facility's spill and leak history over the past three years.  Spill locations are also noted on the site map, if any.

**Table 2-2 – Spill and Leak History**

| Date | Incident Description / Location of Spill/Leak at Facility | Corrective Actions Taken / Plan for Preventing Recurrence |
|---|---|---|
| 2020 | **04-20-2023:** Launch anomaly caused numerous spills.  Majority of spilled items were burned in the anomaly. | **Ongoing:** Full cleanup of the site and surrounding areas has been conducted. |
| 2021 | None | N/A |
| 2022 | None | N/A |

Additionally, the site must keep, as part of this SWPPP, a record of descriptions and dates of any incidences of significant spills, leaks, or other releases that resulted in the discharge of oil or toxic or hazardous pollutants to waters of the State that were above the TCEQ's reportable quantity (see Section 3.7 for details) and those that could have contribute pollutants to stormwater discharges. See Appendix L for the Spill Record Logs, which must be updated on a quarterly basis.

### 2.4.2   Existing Plans

The site has developed and is implementing a Spill Prevention, Control, and Countermeasure (SPCC) Plan as per the requirements of Title 40 of the Code of Federal Regulations, Part 112 (40 CFR 112). Spills and leaks will be managed in accordance with the procedures established in the outline in the SPCC Plan and Section 3.6 of the SWPPP.

Based on ongoing facility construction activities, several active TPDES construction general permits (CGP) TXR150000 and associated SWPPPs are being implemented at the facility and will be used to prevent pollution to the stormwater runoff from areas associated with constriction and soil disturbance activities.

This MSGP SWPPP, the SPCC Plan, and CGP SWPPPs are readily available for review upon request by authorized TCEQ personnel as well as any local pollution control agency with jurisdiction.

## PART 3: POLLUTION PREVENTION MEASURES AND CONTROLS

Stormwater pollution prevention measures and controls are generally referred to as Best Management Practices or BMPs. There are two types of BMPs – Structural and Non-Structural.

Structural BMPs include things that can be physically touched such as earthen berm, Detention basin, oil water separators, velocity dissipation devices, silt fence, riprap, rock dams, or sediment ponds. Non-structural BMPs cannot be touched but can be equally effective at reducing stormwater pollution. Non-structural BMPs include training of personnel, trash/litter pickup, and routine sweeping.

The following sections address site specific BMPs.

### 3.1    Best Management Practices

BMPs are established at the site to reduce the discharge and potential discharge of pollutants in stormwater and to reduce exposure of areas of the site with industrial activity to stormwater.

Pollution prevention measures at the site include:

- Materials and equipment, including metal parts, are stored off the ground, when possible;
- Inspection of storage containers content to prevent overfills during the transfer of the materials;
- Proper labeling of all drums, tanks, and other containers;
- Materials and equipment handling activities are performed in existing containment and systems;
- Manufacturing operations are conducted inside where the exposure to stormwater is reduced;
- Employees are trained in proper material handling protocol; puncturing drums and other containers should be avoided during material transfer and maneuvering operations;
- Working fluids and hydraulic oils shall be stored in original containers until use; lids and bungs should be closed when not in use; containers should remain tightly sealed except when pouring fluids from the container to into the hydraulic or cutting fluid reservoir;
- Spill prevention and response measures require that adequate clean-up material is on-site and readily available to personnel;
- Inspect for spill/leaks periodically;
- Contain, clean up and report spills and leaks, immediately;
- Above ground storage tanks in secondary containment;
- Plastics must be properly stored and in a sheltered area, including any plastic refuse, to eliminate plastics in stormwater; and
- Spill prevention and response measures require that adequate clean-up material is on-site and readily available to personnel in the following areas:
  - o Lubricating oil and hydraulic fluid operations and equipment and parts storage;
  - o Waste storage areas; and
  - o Chemical storage areas.

## 3.2    Good Housekeeping

Good housekeeping practices are designed to maintain a clean and orderly work environment. This will reduce the potential for significant materials to come in contact with stormwater.  Good housekeeping BMP activities currently in place at the facility include:

- Preventative measures are taken to ensure that loose refuse and waste are not discharged to nearby receiving waters by picking up loose trash and debris on a routine basis;
- Covering of waste roll-off dumpsters by storing them under the canopy structure;
- Garbage is picked up regularly;
- Forklifts operators inspect their units for oil leaks in a daily basis;
- Wooden pallets and raw materials storage areas are kept organized and any broken parts are swept/removed regularly;
- Use of drip pans where appropriate;
- Regular sweeping of the pavement and traffic areas;
- Storage of significant materials (i.e., drums and containers) is kept away from traffic areas and are kept in contained areas;
- Tools, equipment, chemicals, and supplies have designated storage areas;
- Work areas are routinely inspected for leaks or conditions that could lead to materials discharge;
- Any dust or particulates in the vicinity of the large baghouse unit are swept up as needed;
- When a spill is detected, immediate action is taken, and the spilled material is cleaned with appropriate clean-up material;
- Spent and contaminated absorbents are swept up and properly disposed; and,
- All containers are properly labeled to show the name and type of the material or substance.

## 3.3    Structural Controls

The site has implemented structural controls to manage the runoff at the site. Management of runoff through structural controls, such as vegetated swales or storm drainage systems ensures controlled flows, management of pollutants, and the preservation of the natural physical characteristics of the receiving waters. Site drainage is over paved, unpaved, and vegetated areas. All stormwater runoff leaving each of the drainage areas at the facility will flow via sheet flow towards the outfall associated with each of the respective drainage area. The facility discharge areas will utilize silt fencing at the property boundary and has velocity dissipation devices near the outfall locations to prevent erosion as well as filter out sediments and particulates before runoff leaves the facility. Additionally, the facility utilizes riprap, and catch basins near the outfall areas to prevent the discharge of pollutants.

Structural controls for spill containment at the site includes the following:

- Secondary containment, in the form of steel containment, spill pallets, the building (if applicable), transformer containment pad, and spill response materials .
- Berms made of concrete or poly surrounding the oil/fuel storage tank or equipment areas to prevent contamination to stormwater runoff.

Space Exploration Technologies, Corp
Starbase – Launch Pad Site

Industrial Stormwater Pollution Prevention Plan (SWPPP)
Rev:001

- The central waste accumulation area is paved and sloped to the middle to a sump. Any discharges from waste containers will be contained.

## 3.4    Maintenance Program for Structural Controls

Preventative maintenance practices are designed to identify potential problems with equipment and secondary containment measures in an effort to reduce failures of each system and the effects such failures could have on stormwater runoff.

Inspection of onsite controls occurs during the periodic inspections, and as noted in Table 3-1 by members of the Pollution Prevention Team and/or Maintenance department.

The facility keeps documentation of all maintenance activities that occur on-site. Such documentation includes the date(s) of inspection, regular maintenance, date(s) of discovery of areas in need of repair/replacement, date(s) that the repaired equipment was returned to full-service, and any justification for an extended maintenance/repair schedule.  This documentation is kept Appendix M or elsewhere at the facility.

## Table 3-1 – Preventive Maintenance for Structural Controls

| Structural Control | Maintenance Activity | Frequency |
|---|---|---|
| Vegetation at the drainage areas | Mowed, Inspected, and Cleaned (if needed) | As needed |
| Spill Response Materials and Kits | Resupply and inspected to assure there are enough on-site | As needed |
| Secondary Containment/Berms (steel/concrete/poly containment, spill pallets, and the transformer containment pad) | Inspected and Cleaned (if needed) | As needed |
| Facility Basins | Mowed, Inspected, and Cleaned (if needed) | As needed |
| Riprap Area | Inspected and Cleaned (if needed) | As needed |
| Velocity Dissipation Devices | Inspected and Cleaned (if needed) | As needed |

## 3.5    Erosion Control Measures

Erosion controls are designed to reduce the movement of sediment from the facility. All unpaved surfaces at the site have been stabilized. If a soil area is disturbed or eroded, the site will restabilize the surface to prevent the washing off any loose sediment and to prevent erosion. The facility has velocity dissipation devices, silt fences at the property, catch basin, riprap near each of the outfalls that acts as structural controls to prevent runoff contamination. These structural controls will

Greenthink Consulting

prevent erosion and will filter out sediment and particulates to allow them to settle before the runoff reaches the outfalls and leaves the facility.

## 3.6 Spill Prevention and Response Measures

### 3.6.1 Spill Prevention

Areas where spills could contribute pollutants to stormwater discharges are described in Section 2.15 & 2.1.6 of this SWPPP. By reducing or eliminating spills of chemicals and/or waste, the potential for stormwater pollution is minimized. Spill prevention and response measures will be conducted as outlined in this section. Spill prevention and response measures are covered as part of the mandatory storm water training for the employees. Spill prevention practices and measures include:

- Identify areas where spills could contribute pollutants to stormwater discharges and provide the necessary spill prevention and response measures;
- Develop and implement procedures to minimize or prevent contamination of stormwater from spills;
- Inspect for spill/leaks daily;
- Make available to facility personnel materials and equipment necessary for spill clean-up and periodically verify the availability of spill control materials in the storage areas;
- Develop and maintain an inventory of spill cleanup materials and equipment;
- Contain, clean up and report spills and leaks, immediately;
- Proper use of secondary containment and spill control materials;
- Inspection of storage containers content to prevent overfills during the transfer of the materials;
- All drums, tanks, and other containers holding chemicals or waste should be properly labeled and stored in areas away from equipment traffic routes that could damage the container;
- Containers holding chemicals or waste should be located and stored in areas of at least 25 feet away from storm drains;
- Require drums, tanks, and other containers to be clearly labeled and stored in areas away from equipment traffic routes that could damage the container;
- Clearly mark hazardous waste containers that require special handling, storage, use, and disposal;
- Storage areas for chemicals or waste shall be minimized, to the extent possible, and should be marked (posted) as chemical or waste storage areas;
- Areas near storm sewers, swales, ditches, down-spouts, or other stormwater collection devices shall not be used for storage of chemicals or waste;
- Containers holding hazardous wastes requiring special handling, storage, use, and disposal and should be clearly marked hazardous waste and properly stored in the site's waste storage area;
- Secondary containment shall be provided if the on-site storage of a chemical or waste liquid exceeds 55 gallons in any single container. Secondary containment capacity shall be 110% of the largest container within containment; and
- Pumping/Transferring processes involving a chemical or waste liquid shall be manned at all times to monitor the system for leaks, pump status and system component integrity.

Greenthink Consulting

### 3.6.2   Spill Response

A list of Spill Response Emergency Contact Numbers is provided in Section 1.1 Pollution Prevention Team. The following procedures will be followed in case a spill occurs:

- Contain the spill with absorbent pads, granular, and/or socks;

- Notify Pollution Prevention Team; or Supervisor; and

- If necessary, the Pollution Prevention Team will notify the appropriate authorities.

- Information to be provided to the Pollution Prevention Team and the Supervisors includes location of spill, amount of spill, chemical and/or waste spilled, contact person name, number, and department.

- If the spill is minor:

  - the quantity of product discharged is small;
  - discharged material is easily stopped and controlled at the time of the discharge;
  - discharge is localized or contained near the source, discharged material is not likely to reach a body of water;
  - there is little risk to human health or safety; and
  - there is little risk of fire or explosion.

Under the direction of a member of the Pollution Prevention Team or properly trained personnel, the discharge can be contained with response materials and equipment made available to facility personnel throughout the facility in spill kits.  If the spill is migrating to a storm drain or Outfall:

1) Stop the source of the flow, if possible, by closing valves, plugging leak, etc.;

2) prevent the spill from migrating to a storm drain with barriers, absorbent booms, and any means necessary; and

3) If the spill has migrated into the storm drains, mobilize to the outfall and block all exiting water with barriers, absorbent booms, and any means necessary to prevent discharge from exiting the facility.

Once contained, spilled substance will be cleaned using applicable equipment as required. For small spills, absorbent materials including rags, granular, pads, and socks can be used in addition to a portable vacuum system maintained on-site. Cleanup of spilled materials and abatement of affected environmental media will be conducted as soon as practical. Place spill cleanup materials and affected environmental media in properly labeled waste containers and store in Waste Storage Area. All waste generated during spill cleanup will be properly managed in accordance with established environmental management processes and will be disposed accordingly to TCEQ and RCRA rules.

- If the spill is major:

  - The discharge is large enough to spread beyond the immediate discharge area;

  - The discharged material enters the swales or a body of water;

  - The discharge requires special equipment or training to clean up;

o  The discharged material poses a hazard to human health or safety; or

o  There is a danger of fire or explosion.

Personnel must immediately evacuate the discharge area via the designated exit routes or evacuation guidelines and move to the designated staging areas at a safe distance from the incident. The Pollution Prevention Team must call for medical assistance if any personnel are injured. A member of the Pollution Prevention Team must notify the proper authorities and the spill response and cleanup contractors listed in the Emergency Contacts list in Appendix K if the site personnel **cannot** control and cleanup the substance spilled. If the site can control and cleanup the substance spilled, under the direction of the Pollution Prevention Team, the discharge can be contained with response materials and equipment made available to facility personnel throughout the Facility in Spill Kits.  If the spill is migrating to a storm drain or swale:

1)  Stop the source of the flow, if possible, by closing valves, plugging leak, etc.;

2)  prevent the spill from migrating to a storm drain with barriers, absorbent booms, and any means necessary; and

3)  If the spill has migrated into the storm drains, mobilize to the outfall and block all exiting water with barriers, absorbent booms, and any means necessary to prevent discharge from exiting the facility.

Once contained, spilled substance will be cleaned using applicable equipment as required. For larger spills, a vacuum truck may be mobilized to the facility for cleanup from the site approved emergency response provider. Cleanup of spilled materials and abatement of affected environmental media will be conducted as soon as practical. Place spill cleanup materials and affected environmental media in properly labeled waste containers and store in the Waste Storage Area. All waste generated during spill cleanup will be properly managed in accordance with established environmental management processes and will be disposed of according to TCEQ and RCRA rules.

Materials and equipment necessary for spill clean-up are available to facility personnel in various other areas throughout the facility. The inventory of cleanup material and equipment maintained includes absorbent powder, granular. rags, pads, socks, PPE, containers, drums, and over pack drums.  When cleanup materials are used, they are promptly restocked by members of the Stormwater Pollution Prevention Team.

A member of the Pollution Prevention Team will give information about this incident including the degree of success of the evacuation to the emergency personnel upon their arrival.  If outside agencies are notified, brief the agencies upon their arrival.

Refer to the below Section for Spill Reporting details and procedures.

## 3.7   Spill Response and Reporting

In the event of a spill or other environmental emergency, employees should consult the Pollution Prevention Team in Section 1.1, which provides a complete list of the Pollution Prevention Team and their Contact Numbers.

### 3.7.1   Spill Reporting

Significant spills or leaks will be reported to a member of the Pollution Prevention Team who will then escalate the report to the appropriate agency, in compliance with applicable state and federal regulations.

Reportable Quantities (RQ) discharged or spills [as described in 30 TAC §327, see below table] will be reported to state and federal response centers by a member of the Pollution Prevention Team within a 24-hour period from initial knowledge of the RQ spill. Reporting will be conducted in compliance with applicable state and federal regulations by a member of the Pollution Prevention Team.

Any size discharge (i.e., one that creates a sheen, emulsion, or sludge) that affects or threatens to affect navigable waters or adjoining shorelines must be reported immediately to the NRC (1-800-424-8802).  Navigable waters for the Facility include the South Bay (Oyster Waters) (Segment ID 2493 OW) / South Bay (Segment ID 2493). The NRC is staffed 24 hours a day.  In addition, any discharge of oil directly into waters of the state (enough to create a sheen) or 25 gallons or more onto land must be reported to the TCEQ. Waters of the State is defined in 30 TAC §327.2 (18) and includes any water in the adjacent estuary.  Reference the following table to determine if an RQ discharge has occurred:

| More details on Reportable Quantities (RQ) can be found at 30 TAC §327.4 | | | |
|---|---|---|---|
| Kind of Spill | Where Discharged | Reportable Quantity | Rule, statute, or responsible agency |
| Hazardous Substance | Onto Land | "Final reportable quantity" in Table 302.4 in **40 CFR 302.4** | 30 TAC §327 |
| | Into Water | "Final reportable quantity" or 100 lbs., whichever is less | |
| Any Oil | Coastal Waters | As required by the Texas General Land Office | Texas General Land Office |
| Crude oil, oil that is neither a petroleum product nor used oil | Onto Land | 210 gallons (five barrels) | 30 TAC §327 |
| | Directly Into Water | enough to create a sheen | |
| Petroleum product, used oil | onto land, from an exempt PST facility | 210 gallons (five barrels) | 30 TAC §327 |
| | onto land, or onto land from a non-exempt PST facility | 25 gallons | |
| | directly into water | enough to create a sheen | |

Space Exploration Technologies, Corp

Starbase – Launch Pad Site

Industrial Stormwater Pollution Prevention Plan (SWPPP)

Rev:001

| Associated with the exploration, development and production of oil, gas, or geothermal resources | Under the jurisdiction of the Railroad Commission of Texas | As required by the Railroad Commission of Texas | Railroad Commission of Texas |
| --- | --- | --- | --- |
| Industrial solid waste or other substances | Into water | 100 Pounds | 30 TAC §327 |
| From petroleum storage tanks, underground or aboveground | Into water | Enough to create a sheen on water | 30 TAC §334.75-81 |
| From petroleum storage tanks, underground or aboveground | Onto land | 25 gallons or equal to the reportable quantity under 40 CFR 302 | 30 TAC §327 |
| Other substances that may be useful or valuable and are not ordinarily considered to be waste, but will cause pollution if discharged into water in the state | Into water | 100 Pounds | 30 TAC §327 |

The person reporting the discharge must provide the following information:

- Name, location, organization, and telephone number;

- Name and address of the party responsible for the incident;

- Date, time and location of the incident;

- Source and cause of the release or discharge;

- Types of material(s) released or discharged;

- Quantity of materials released or discharged;

- Danger or threat posed by the release or discharge;

- Number and types of injuries (if any);

- Media affected or threatened by the discharge (i.e., water, land, air);

- Weather conditions at the incident location; and,

- Any other information that may help emergency personnel responds to the incident.

A list of Emergency Contacts is provided in Appendix K.

In the case of a RQ spill, the BMPs included in this SWPPP must be evaluated to determine if additional measures must be implemented to prevent the reoccurrence of such releases and

Greenthink Consulting

modifications to the plan should be made where appropriate. The site will have 30 days to complete the evaluation.

### 3.7.2   Follow-up Report

**Spills: Information for the Follow-up Report Required within 30 Days**
Within 30 working days of the discovery of a RQ discharge or spill, the person responsible must submit written information to the appropriate TCEQ regional office describing the details and supporting the adequacy of the response. The documentation must contain one of the following:

1. Information from the initial notification, and a statement that the response to the discharge or spill has been completed and a description of how the action was conducted.
2. A request for an extension of time to complete the response, along with the reasons for the request, and a projected work schedule outlining the time required to complete the response action. Proceed according to the projected schedule unless otherwise notified by the appropriate TCEQ regional director.
3. A statement and explanation that the discharge or spill response has not been, and is not expected to be, completed within the maximum allowable extension (six months from the date of the discharge or spill), along with a projected work schedule.

Additional information to include:

**Response Chronology.** A chronology, listing times and dates, of the responses by the responsible person, as well as:
- the nature of the responses, along with the name, address, and phone number of the response contractor as well as the name of a contact, if different than the responsible person;
- the date and time of the first containment actions and the name of the individuals or company conducting these activities;
- a detailed description of the containment equipment and personnel used and a description of the effectiveness of the initial response actions; etc.

**Meteorology.** Describe weather conditions during the incident and include a discussion of how the weather may have helped or hindered the cleanup.

**Reported Injuries.** Describe any injuries or fatalities.

**Remediation of Contamination**. Describe actions taken to remove or neutralize the substances discharged or spilled including:
- The amounts of substances recovered and contained.
- The amounts of substances lost to the environment.
- If soil was affected, the amounts of substances removed. Include a scaled map indicating the lateral and vertical extent of excavation.

- The disposition of any excavated substances, any recovered substances, and any additional wastes generated from the cleanup, including any on-site or off-site storage, processing, or treatment. If the material is stored off-site, the responsible person must give the name, physical address, and phone number for the storage facility.

**Sampling and Analysis.** A description of all sampling activities including:
- A list of the persons collecting the samples.
- A scaled map indicating the lateral and vertical location of the sampling locations.
- A tabulation of the analyses performed, and the analytical methods used.
- The name and address of the laboratory conducting the analytical work.
- The name and address of the supplier of the sample containers.
- A copy of the analytical results as reported by the laboratory to the responsible person.

**Waste Classification and Disposal.** List the U.S. EPA and TCEQ waste-classification and waste-code numbers, along with:
- Copies of any analytical results used to obtain the waste classifications as well as any correspondence from the TCEQ.
- A list of any temporary generator or transporter numbers used, if applicable.
- Copies of the manifests for the shipment of the wastes.
- The name, address, and phone number of the facility receiving the waste.

Ref: https://www.tceq.texas.gov/response/spills/followup.html & 30 TAC 327.1-5

In addition, the location of where significant spills or leaks have occurred must be noted in Table 2-2 and on the site plan included in Figure 2. The Discharge Notification Form included in Appendix L must be completed. Copies of these notifications are maintained in Appendix L, or otherwise maintained on site.

## 3.8   Employee Training

An employee training program has been established and implemented to educate employees about the requirements of the SWPPP. This education program includes background on the components and goals of the SWPPP and spill prevention and response, good housekeeping, proper material handling, disposal and control of waste, container filling and transfer, and proper storage, washing, and inspection procedures. All employees responsible for implementing or maintaining activities identified in the SWPPP are required to participate in an annual refresher training course. Records of the employee training are maintained in Appendix B or otherwise filed on site. At a minimum, the following topics must be included in the training:

- Proper material management and handling practices for specific chemicals, fluids, and other materials used at the facility;
- Spill prevention methods;
- Location of spill materials and equipment for spill cleanup;

- Spill cleanup techniques;
- Proper spill reporting; and,
- Familiarization with:
  o Good housekeeping measures
  o BMPs
  o General goals of the SWPPP.

All other employees who are not directly responsible for implementing or maintaining activities identified in the SWPPP are provided a copy of the SWPPP Employee Education Form for review and signature.  This form provides general information about the basic goals of the SWPPP and how to contact the SWPPP team in situations related to stormwater issues.  A blank SWPPP employee education form and training can be found in Appendix B of this document.  Signed SWPPP Employee Education Forms are kept in Appendix B, or otherwise filed on site.

## 3.9   Routine Facility Inspections

Periodic inspections, conducted once per quarter, are used to determine the effectiveness of the SWPPP. If possible, at least one of the quarterly inspections is conducted when a stormwater discharge is occurring. The inspections are conducted utilizing the checklist contained in Appendix C. If, as a result of the inspection, any revisions or additions to the facility's SWPPP are needed, a summary describing the proposed changes is included in the inspection checklist. This summary includes the schedule required to implement the proposed changes.

Copies of periodic inspection checklists are also maintained in Appendix C, or otherwise filed on site and are readily available for inspection and review by authorized TCEQ personnel upon request.

## 3.10  Annual Comprehensive Site Compliance Evaluation

The Annual Comprehensive Site Compliance Evaluation (ACE) is a required site evaluation and an overall assessment of the effectiveness of the current SWPPP. This inspection is in addition to other routine inspections required by the permit; however, it may substitute for a routine facility inspection if it is conducted during the regularly scheduled period of the routine facility inspection, and the scope of the inspection is sufficient enough to address both the minimum requirements of the routine inspection and the ACE inspection. The ACE inspection must be conducted at least once each permit year by one or more qualified employees or designated representatives, including at least one member of the stormwater pollution prevention team.

The inspection must include an examination and assessment of:

- All areas identified in the Inventory of Exposed Materials section of the SWPPP;
- All structural controls, including the maintenance and effectiveness;
- All non-structural controls (e.g., good housekeeping measures, scheduling, etc.);
- All areas where spills and leaks have occurred in the past three (3) years;
- All reasonably accessible areas immediately downstream of each outfall that is authorized under this general permit;

- Industrial materials, residue, or trash that may have or could come into contact with stormwater;
- Leaks or spills from industrial equipment, drums, tanks, and other containers;
- Offsite tracking of industrial or waste materials, or sediment where vehicles enter or exit the site;
- Tracking or blowing of raw, final, or waste materials from areas of no exposure to exposed areas;
- A review of the results of the past year's visual and analytical monitoring when planning and conducting inspections that are required by this general permit;
- Any control measures needing replacement, maintenance, or repair; and
- Review the MSGP requirements, the SWPPP, and SWPPP Appendices against actual practice at the Facility for consistency.

Within 30 days of performing the ACE, the site must prepare a report that includes a narrative discussion of compliance with the current SWPPP. The report must be signed and certified and must either be included as a part of the SWPPP or referenced in the SWPPP and be made readily available for inspection and review upon request by authorized TCEQ personnel as well as any local pollution control agency with jurisdiction. The report must document all of the following information:

- Name(s) and title(s) of the personnel conducting the inspection;
- The date(s) of the inspection;
- Findings from the inspection of areas of the facility;
- Observations relating to the implementation of control measures:
  - Previously unidentified discharges from the site;
  - Previously unidentified pollutants in existing discharges;
  - Evidence of, or the potential for, pollutants entering the drainage system;
  - Evidence of pollutants discharging to receiving waters, and the condition of and around each outfall; and
  - Additional control measures needed to address any conditions requiring corrective action identified during the inspection.
- Revisions to the SWPPP made as a result of the inspection; and
- Any incidents of non-compliance:
  - For purposes of this inspection, an incident of non-compliance is any instance where an element of the SWPPP is either not implemented, or where specific conditions of the permit are not met.
  - If no incidents of non-compliance are discovered, the report must contain a certification by SpaceX that the facility is in compliance with the SWPPP.
  - If an incident of non-compliance is identified, then the report must include all necessary actions to remedy the non-compliance. The identified actions must be completed as soon as practicable but no later than 12 weeks following the completion of the report.

Within 12 weeks following the completion of the ACE Report, the site must revise and implement the SWPPP to include and address the findings of the report. Revisions must include all changes resulting from the report and all applicable updates to the following:

- Elements of the SWPPP requiring modification;
- Controls (e.g., structural controls or BMPs) that should be added or modified;
- Site map;
- Inventory of exposed materials;
- Description of the good housekeeping measures;
- Description of structural and non-structural controls; and
- Any other element of the plan that was either found to be inaccurate or will be modified.

Copies of the ACE report are included in Appendix D, or otherwise filed on site.

**Table 3.2: BMP Implementation Schedule:**

The Facility has implemented BMPs according to the following schedule.

| BMP | Action(s) Required for Implementation | Date of Completion for Required Action/Date Completed | Person Accountable |
|---|---|---|---|
| Good Housekeeping | None; BMP already in place | In place | Pollution Prevention Team |
| Preventive Maintenance | None; BMP already in place | In place | Pollution Prevention Team |
| Inspections | None; BMP already in place | In place | Pollution Prevention Team/ Greenthink Consulting |
| Spill Prevention and Response Procedures | Implementation of the Procedures discussed in Section 3.6 and Procedures establish in the SPCC Plan | In place | Pollution Prevention Team |
| Sediment and Erosion Control | Inspect condition of control devices and vegetation | In place | Pollution Prevention Team |
| Catch Basin | Inspect condition of control devices and vegetation | In place | Pollution Prevention Team |
| Storm Drain Conveyance System | Inspect and clean as needed | In place | Pollution Prevention Team |

Space Exploration Technologies, Corp

Starbase – Launch Pad Site

Industrial Stormwater Pollution Prevention Plan (SWPPP)

Rev:001

| Silt Fence | Inspect and maintain as needed | In place | Pollution Prevention Team |

Greenthink Consulting

## PART 4: GENERAL MONITORING AND REPORTING REQUIREMENTS

The TPDES MSGP requires three (3) types of stormwater monitoring for Sector AB:

- Visual monitoring conducted on a quarterly basis;
- Benchmark monitoring for sector specific parameters, conducted semiannually;
- Numeric Effluent Limitation (NEL) monitoring for hazardous metals, conducted annually; and
- Total Maximum Daily Load (TMDL) monitoring for discharges of a pollutant of concern (receiving surface water-specific), conducted one or more times annually, if needed.

Monitoring, sampling, examinations, and inspections of stormwater discharges that are required as a provision of this SWPPP must be conducted on discharges from a measurable storm event that results in an actual discharge from the site, and that follows the preceding measurable storm event by at least 72 hours (3 days).  All samples must be collected from a designated outfall (identified in Section 4.6, below).  Annual Numeric Effluent Limitation (NEL) Monitoring shall be conducted by December 31st of each annual monitoring period.  The sampling procedure for all monitoring events is provided in Appendix E.

### 4.1   Quarterly Visual Monitoring

#### 4.1.1   Monitoring

Once per quarter, commencing with the first full quarter following submission of the Notice of Intent (NOI), the facility must collect and visually analyze the stormwater discharge from each designated outfall.  Guidance explaining how to collect the sample, and a blank Quarterly Visual Monitoring worksheet is contained in Appendix E.  Complete one (1) worksheet for each outfall sampled.  Completed copies are kept in Appendix E, or otherwise filed in the facility.

#### 4.1.2   Reporting

Quarterly Visual Monitoring does not require reporting to any regulatory agency, unless requested. Retaining copies of the Quarterly Visual Monitoring is all that is required by the permit, however the SWPPP Pollution Prevention Team is required to review the results of the visual monitoring and investigate and identify probable sources of any observed stormwater contamination.

### 4.2   Benchmark Monitoring

Benchmark monitoring is sector specific and requires chemical analysis of designated constituents by a laboratory.  There are no benchmark monitoring requirements for Sector AB, Transportation Equipment, Industrial or Commercial Machinery Manufacturing Facilities.

### 4.3   Total Maximum Daily Load (TMDL) Monitoring

For facilities that discharge a constituent of concern into impaired water bodies that do not meet an applicable water quality standard, analytical data must be obtained to support that the discharge

35

is not expected to cause or contribute to an exceedance of a water quality standard. The receiving body of water for the site is The Gulf of Mexico (Segment 2501) and is not listed as an impaired water body water in Section 303(d) of the Clean Water Act; therefore, based on Part II Section B 7. (b)(2) of the permit, TMDL monitoring is not required.

## 4.4   Numeric Effluent Limitation Monitoring

### 4.4.1   Monitoring

Numeric Effluent Limitation (NEL) monitoring requires chemical analysis by a laboratory of designated hazardous metals, or what is commonly referred to as the "12 Texas Metals".  These metals and their associated effluent limits are provided in Table 4-1.

**Table 4-1 – Numeric Effluent Limitations**

| Hazardous Metal (Total – mg/L) | Daily Maximum-Tidal Waters (mg/L) | Monitoring Frequency |
|---|---|---|
| Arsenic | 0.3 | Once per year |
| Barium | 4.0 | Once per year |
| Cadmium | 0.2 | Once per year |
| Chromium | 5.0 | Once per year |
| Copper | 2.0 | Once per year |
| Lead | 1.5 | Once per year |
| Manganese | 3.0 | Once per year |
| Mercury | 0.01 | Once per year |
| Nickel | 3.0 | Once per year |
| Selenium | 0.2 | Once per year |
| Silver | 0.2 | Once per year |
| Zinc | 6.0 | Once per year |

NEL monitoring must be conducted annually (once per year) for designated outfalls and may be conducted in conjunction with the Quarterly Visual Monitoring.  NEL monitoring commences in the first full annual period following submission of the NOI.

A grab sample must be collected at a minimum frequency of once per year at the designated outfall (listed below in Section 4.6) or a designated sampling location. For the purpose of collecting samples for hazardous metals, the designated outfall is representative of the discharges from the facility that would reach surface water in the state.  Samples of discharges at the final outfalls are collected immediately prior to leaving the permitted facility property and will be representative of the monitored activities and best represent the types of industrial activities conducted at the site.

Sampling of stormwater discharges that are required as a provision of this SWPPP must be conducted on discharges from a measurable storm event that results in an actual discharge from the site, and that follows the preceding measurable storm event by at least 72 hours (3 days).  All

samples must be collected from a designated outfall. Please refer to Appendix E for further sample collection details.

### 4.4.2    Reporting

The results of NEL monitoring for determining compliance with numeric effluent limitations must be recorded on a discharge monitoring report (DMR). The DMR must be submitted to the TCEQ no later than March 31st of the year following the annual sampling period, **but only if there were exceedances of the NELs limits established in Table 4-1**. Analytical results that exceed the effluent limitations are a permit violation and must be submitted electronically using the online NetDMR reporting system available through the TCEQ website. If no NEL exceedances occurred, then the results must be recorded on a DMR and retained on-site and  must be made readily available for review upon request by authorized TCEQ personnel as well as any  local pollution control agency with jurisdiction**.** A blank DMR is provided in Appendix F.  If exceedances of the NELs occurred, results must be recorded on a DMR and the DMR must be signed, and the original signature copy must be submitted to the TCEQ.  The contact information for the TCEQ is included in Attachment K. The completed and signed DMRs are stored for recordkeeping and are included in Appendix F.

### 4.4.3   NEL Monitoring Exceedance

Exceedance of the NEL Level(s) **IS** a permit violation and must be reported to the TCEQ's Information Resource Center (MC-212) as discussed in 4.4.2, above. Additionally, an exceedance of NEL levels indicates a deficiency in the effectiveness of the SWPPP and requires a review of the SWPPP and modifications to address the exceedance.

**Note:  If the NEL exceedance is greater than 40% of the effluent limit, the violation must be reported to the TCEQ regional office and the Enforcement Division (MC-224) within five (5) days of becoming aware of the non-compliance.**

### 4.4.4   NEL Monitoring Waivers

A waiver from NEL monitoring can be obtained on a metal by metal or outfall by outfall basis if one or more of the following conditions are met and certified in writing:

- SpaceX certifies that the regulated facility does not use a raw material, produce an intermediate product or produce a final product that contains one or more of the identified hazardous metals; or
- SpaceX certifies that any raw materials, intermediate or final products which contain a hazardous metal are not exposed to stormwater or runoff; or
- SpaceX collects a sample of the discharge, conducts the analysis of the sample and the results indicate that the metal(s) is /are not present in detectable levels.

The site does not currently have any waivers and does not qualify based on process knowledge and analytical results.

### 4.4.5  Federal Effluent Limitations

Based on the site's SIC Code and on-site activities, the facility is not subject to any Federal Effluent Limitations.

## 4.5  Qualifying Storm Events

A qualifying storm event is a discharge resulting from a measurable storm event and that is preceded by a minimum of 72 hours of no discharge from the preceding qualifying storm event. For facilities that utilize retention ponds, a discharge from the pond constitutes a qualifying event as long as the discharge was preceded by a representative storm event, regardless of the time interval between the storm event and the discharge.

The permittee shall maintain an on-site rain gauge, a representative weather station, or subject to TCEQ's approval, an alternative means of compliance to determine when a qualifying storm event occurs. The on-site rain gauge, representative weather station, or the alternative means of compliance must be monitored a minimum of once per week, and once per day during storm events. Records of the date and rainfall total must be retained on-site or made readily available for review. If there is no rain during a given week, the permittee shall monitor and record a zero-rainfall total or no rain for the week. Monitoring and recordkeeping of the on-site rain gauge, representative weather station, or the alternative means of compliance may be temporarily suspended during a given monitoring period if a qualifying storm event has occurred and the required sampling and analyses or visual observations have been performed.

## 4.6  Representative Discharges for Substantially Similar Outfalls

According to the MSGP, if discharges of stormwater through two or more outfalls are substantially the same, sampling and monitoring may be conducted at one of the outfalls and a representative result may be reported for the discharges from the substantially similar outfall(s). However, before representative results may be submitted for substantially similar outfalls, the SWPPP must include a description of outfall locations and provide a justification of why the discharges are substantially similar. To determine if outfalls are substantially similar, the following characteristics of each outfall must be compared to:

- The industrial activities that occur in the drainage area to each outfall.
- Significant material stored or handled within the drainage area to each outfall.
- Management practices and pollution control structures that occur within the drainage area of each outfall.

Based on this analysis and the drainage areas described in Section 2.1.4 of this SWPPP, it has been determined that the following outfalls will be sampled for compliance with the TPDES MSGP as substantially similar outfalls:

- Drainage Areas 1 – 11 leading to Outfalls 001 – 011.

The industrial activity for the Launch Pad Site is substantially similar throughout  with all activities dependent on each other and using the same fuels and equipment.  Due to ease of access, the stormwater grate located in Drainage Area 3 and leading to Outfall 003 will be used as the primary sampling and monitoring point for these drainage areas to represent the stormwater discharges from the facility from areas associated with industrial activities.

## 4.7   Monitoring Periods

The following monitoring periods are set forth by the MSGP:

| **Quarterly** | **Bi-Annual** | **Annual** |
|---|---|---|
| Q1:  January – March | P1:  January 1st – June 30th | January 1st – December 31st |
| Q2:  April – June | P2:  July 1st – December 31st | |
| Q3:  July – September | | |
| Q4:  October – December | | |

## 4.8    Temporary Suspensions and Waivers

### 4.8.1   Temporary Suspension

If a sample cannot be collected during a qualifying event due to adverse weather conditions or conditions that prohibit access to a discharge (flooding, high winds, tornados, electrical storms, drought, or extended frozen conditions), or the sampling point is outside of a well-lit area, the sampling event can be temporarily suspended, but the event must be documented. If a sample cannot be collected during an entire monitoring/sampling period, then the required sampling event can be "Temporarily Suspended". Monitoring/Sampling events that are temporarily suspended must be conducted in the next designated monitoring period, along with the required events for that period. A Temporary Suspension/Waiver form is included in Appendix H to document this information.

### 4.8.2   Waivers

If the temporarily suspended sampling event cannot be collected during the subsequent sampling period, then it may be permanently waived and is not required.  In this event complete the Permanent Waiver section of the Temporary Suspension/Waiver form and ensure the documentation to support both the temporary suspension and permanent waiver is in the SWPPP or readily accessible.

## 4.9    Additional Monitoring

If sampling/monitoring is conducted more frequently than that required by the permit and outlined in this SWPPP, then the results of all sampling/monitoring must be recorded and reported as required.

## 4.10  Reporting

Greenthink Consulting

Reporting requirements for Quarterly Visual and NEL Monitoring are provided in paragraphs 4.1 and 4.4 respectively, of this section.

Additionally, 30 TAC 305.125(9) requires any non-compliance which may endanger human health, safety, or the environment to be reported to the TCEQ. Such reports must be provided to the TCEQ Regional Office orally or via fax within 24 hours of becoming aware of the non-compliance. Subsequently a written report must be provided to the TCEQ Regional Office and TCEQ Enforcement Division (MC-224) within five (5) days of becoming aware of the non-compliance. The contact information for the TCEQ is provided in Appendix K.

Section 2.5.1 has procedures for reporting a RQ releases that may endanger human health, safety, or the environment.

### 4.11  Results of Inspections and Monitoring

If the findings of the inspections and monitoring activities in this section demonstrate compliance with the general permit, then the results of the monitoring are not required to be submitted to the TCEQ, unless specifically requested to do so. If the findings of the inspections and monitoring activities described in this section demonstrate noncompliance, the site shall submit the results to the TCEQ in accordance with Part III, Section E.6 of the MSGP TXR050000.

### 4.12  Summary of Sampling Data

As per the of the MSGP, all data from the laboratory analyses of stormwater discharge samples must be summarized. The summary must be updated on an annual basis to include the results of all additional analyses. The data summary must be readily available for review upon request by authorized TCEQ personnel as well as any local pollution control agency with jurisdiction. The data summary will be completed annually by SpaceX personnel in the Analytical Summary Tables included in Appendix E.

## PART 5: SECTOR SPECIFIC REQUIREMENTS – SECTOR AB

The TPDES MSGP does have specific maintenance program requirements for Sector B industrial activities.

### 5.1   Benchmark Monitoring Requirements

The TPDES MSGP does not have specific maintenance program requirements for Sector AB industrial activities.

### 5.1   Benchmark Monitoring Requirements

Benchmark monitoring is not required for the site based on the TPDES MSGP Sector AB.

### 5.2   Additional SWPPP Requirements

In addition to the site map requirements outlined in Section 2.1.2 of this SWPPP, the TDPES MSGP requires additional information for Sector AB facilities to be addressed on the site map. The facility's Site Map must show the locations of vents and stacks from the metal processing and similar areas.

## PART 6:  PERMIT DOCUMENTATION

NOI documentation is included in Appendix I.

## PART 7: TPDES MSGP TXR050000

A copy of the TPDES MSGP TXR050000 is contained in Appendix J, as required.

**FIGURE 1**
**Site Location Map**

# CONSTRUCTION PLANS FOR
# SPACE X
# LAUNCHPAD DRAINAGE IMPROVEMENTS
## STARBASE, CAMERON COUNTY, TEXAS





PROJECT LOCATION

**LOCATION MAP**
SCALE: 1" = 500'



### INDEX OF SHEETS

| SHT # | DESCRIPTION |
|-------|-------------|
| C0.0 | COVER SHEET |
| C1.0 | GENERAL NOTES |
| C2.0 | STORMWATER POLLUTION PREVENTION PLAN (1 OF 2) |
| C2.1 | STORMWATER POLLUTION PREVENTION PLAN (2 OF 2) |
| C2.2 | SWPPP NARRATIVE |
| C2.3 | SWPPP DETAILS |
| C3.0 | DRAINAGE AREA MAP |
| C3.1 | OVERALL STORM DRAIN LAYOUT |
| C3.2 | STORM DRAIN PLAN & PROFILE (1 OF 2) |
| C3.3 | STORM DRAIN PLAN & PROFILE (2 OF 2) |
| C3.4 | RETENTION POND PLAN |
| C3.5 | DRAINAGE DETAILS |

08/31/2023

**100% SUBMITTAL**

### COURT OF COMMISSIONERS

COUNTY JUDGE............. EDDIE TREVINO JR.
COMMISSIONER PCT.1..... SOFIA C. BENAVIDES
COMMISSIONER PCT.2..... JOEY LOPEZ
COMMISSIONER PCT.3..... DAVID A. GARZA
COMMISSIONER PCT.4..... GUS RUIZ





SAM Engineering & Surveying, Inc.
200 S. 10TH ST. SUITE 1500.     TEL. (956) 702-8880
McALLEN, TEXAS 78501            FAX: (956) 702-8883

Space Exploration Technologies, Corp                    Industrial Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site                                                                                      Rev:001

**FIGURE 2**
**SWPPP and Drainage Area Site Maps**

46



SPACE X
LAUNCHPAD DRAINAGE
IMPROVEMENTS AT
BROWNSVILLE, TEXAS

STORMWATER
POLLUTION
PREVENTION PLAN
(1 OF 2)

SHEET NUMBER:
C2.0



BOCA CHICA BLVD.
STATE HWY. 4

M A T C H   L I N E   'A'

GIP

GIP

PROP. DURAWATTLE
296 LF.

PROP. DURAWATTLE
191 LF.

EXISTING SILT
FENCE 575 LF.

EXISTING GABIONS, TYP.

EXISTING SILT
FENCE. 1822 LF.

EXISTING
WETLAND

LEGEND

SAMES

200 S. 10TH ST. SUITE 1500
McALLEN, TEXAS 78501
TEX. REG. ENGINEERING
TEX. REG. SURVEYING

TEL: (956) 702-8880
FAX: (956) 702-8880
FIRM F-10602
FIRM No. 10141-6-00

SPACE X
LAUNCHPAD DRAINAGE
IMPROVEMENTS AT
BROWNSVILLE, TEXAS

REVISIONS

REV.   DESCRIPTION   DATE

08/31/2023

ALDO IVAN GARCIA
146366

SAMES, INC.
TEXAS REGISTERED ENGINEERING
FIRM
F-10602

PROJ. NO.    ENG 23.017
DATE:        AUGUST 2023
SCALE:       AS NOTED
SHEET NAME:

STORMWATER
POLLUTION
PREVENTION PLAN
(2 OF 2)

SHEET NUMBER:

C2.1



## DEVELOPMENT FLOW — RATIONAL METHOD (Q=CIA)

| DRAINAGE AREA ID | PRE-DEV C-VALUE | POST-DEV C-VALUE | AREA, A (ACRES) | PRE-DEVELOPMENT INTENSITY, I10 (IN./HR) | PRE-DEVELOPMENT DISCHARGE, Q10 (CFS) | POST-DEVELOPMENT INTENSITY, I25 (IN./HR) | POST-DEVELOPMENT DISCHARGE, Q25 (CFS) | POST-DEVELOPMENT INTENSITY, I50 (IN./HR) | POST-DEVELOPMENT DISCHARGE, Q50 (CFS) | OUTFALL |
|---|---|---|---|---|---|---|---|---|---|---|
| DA-1 | 0.10 | 0.90 | 2.740 | 8.04 | 19.83 | 9.67 | 23.85 | 10.90 | 26.88 | WETLAND |
| DA-2 | 0.10 | 0.90 | 1.924 | 8.04 | 13.92 | 9.67 | 16.74 | 10.90 | 18.87 | WETLAND |
| DA-3 | 0.10 | 0.90 | 1.788 | 8.04 | 12.94 | 9.67 | 15.56 | 10.90 | 17.54 | WETLAND |
| DA-4 | 0.10 | 0.90 | 0.736 | 8.04 | 5.33 | 9.67 | 6.41 | 10.90 | 7.22 | WETLAND |
| DA-5 | 0.10 | 0.90 | 0.792 | 8.04 | 5.73 | 9.67 | 6.89 | 10.90 | 7.77 | WETLAND |
| DA-6 | 0.10 | 0.90 | 3.961 | 8.04 | 28.66 | 9.67 | 34.47 | 10.90 | 38.86 | WETLAND |
| DA-7 | 0.10 | 0.90 | 1.634 | 8.04 | 11.82 | 9.67 | 14.22 | 10.90 | 16.03 | WETLAND |
| DA-8 | 0.10 | 0.90 | 3.841 | 8.04 | 27.79 | 9.67 | 33.43 | 10.90 | 37.68 | WETLAND |
| DA-9 | 0.10 | 0.90 | 0.661 | 8.04 | 4.78 | 9.67 | 5.75 | 10.90 | 6.48 | WETLAND |
| DA-10 | 0.10 | 0.90 | 1.548 | 8.04 | 11.20 | 9.67 | 13.47 | 10.90 | 15.19 | WETLAND |
| DA-11 | 0.10 | 0.90 | 0.840 | 8.04 | 6.08 | 9.67 | 7.31 | 10.90 | 8.24 | WETLAND |

### LEGEND
- F — EXISTING WATERLINE
- FM — EXISTING FORCE MAIN
- W — EXISTING WATERLINE
- OHE — EXISTING GAS, SEWERLINE
- RCP — EXISTING REINFORCED CONC. PIPE
- PROP — PROP. REINFORCED CONC. PIPE
- COMM — EXISTING COMMUNICATION LINE
- UGE — EXISTING UNDERGROUND ELECTRICITY
- EXISTING UTILITIES BORES
- PROPERTY LINE

**BOCA CHICA BLVD.**
**STATE HWY. 4**

DRAINAGE AREA 1 — AC: 2.740
DRAINAGE AREA 2 — AC: 1.924
DRAINAGE AREA 3 — AC: 1.788
DRAINAGE AREA 4 — AC: 0.736
DRAINAGE AREA 5 — AC: 0.792
DRAINAGE AREA 6 — AC: 3.961
DRAINAGE AREA 7 — AC: 1.634
DRAINAGE AREA 8 — AC: 3.841
DRAINAGE AREA 9 — AC: 0.661
DRAINAGE AREA 10 — AC: 1.548
DRAINAGE AREA 11 — AC: 0.840

STORM DRAIN LINE "1"
STORM DRAIN LINE "2"
STORM DRAIN LINE "3"
STORM DRAIN LINE "4"
STORM DRAIN LINE "5"
STORM DRAIN LINE "6"

Sample Point

EXISTING WETLAND

OF-001  N: 25.998165  W: -97.158210
OF-002  N: 25.996956  W: -97.156679
OF-003  N: 25.996886  W: -97.156233
OF-004  N: 25.996868  W: -97.156238
OF-005  N: 25.995967  W: -97.156291
OF-006  N: 25.997355  W: -97.158091
OF-007  N: 25.997707  W: -97.156001
OF-008  N: 25.997935  W: -97.154933
OF-009  N: 25.999302  W: -97.157697
OF-010  N: 25.995866  W: -97.154466
OF-011  N: 25.996255  W: -97.153919

SAMES

200  S. 10TH ST., SUITE 1500
McALLEN, TEXAS 78501
TEL. (956) 702-8880
FAX. (956) 702-8880
TEX. ENGINEERING FIRM F-10602
TEX. SURVEYING FIRM No. 10141 6-00

SPACE X
LAUNCHPAD DRAINAGE
IMPROVEMENTS AT
BROWNSVILLE, TEXAS

REVISIONS
REV. | DESCRIPTION | DATE

08/31/2023

ALDO IVAN GARCIA
146366

PROJ. NO.  ENG 23.017
DATE:  AUGUST 2023
SCALE:  AS NOTED
SHEET NAME:
DRAINAGE AREA MAP
SHEET NUMBER:
C3.0

GRAPHIC SCALE 60'

**APPENDIX A**
**Non-Stormwater Discharge Evaluation and Certification**

Space Exploration Technologies, Corp.
Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site

Rev:001

# NON-STORMWATER EVALUATION

In accordance with TPDES Stormwater MSGP TXR050000, Part II, Section B(1), the site has conducted an evaluation of potential non-stormwater sources that may be present in stormwater flows.  The following sources of non-stormwater discharge were identified at the site:

- Discharge from firefighting activities & uncontaminated fire hydrant flushing (excluding discharges of hyper chlorinated water, unless the water is first dechlorinated, and discharges are not expected to adversely affect aquatic life);
- Potable water sources (excluding discharges of hyper chlorinated water, unless the water is first dechlorinated, and discharges are not expected to adversely affect aquatic life);
- Lawn watering and/or other irrigation drainage, provided that all pesticides, herbicides, and fertilizer have been applied in accordance with the approved labeling;
- Water from the routine external washing of buildings without the use of detergents or chemicals;
- Water from the routine washing of pavement conducted without the use of chemicals or detergents where there have not been spills of hazardous or toxic chemicals (unless all spilled material has been removed);
- Uncontaminated air conditioner, compressor and steam condensate, and condensate from the outside storage of refrigerated gases or liquids;
- Water from foundation or footing drains when flows are not contaminated with pollutants, such as process materials, solvents, and other pollutants; and
- Uncontaminated water used for dust suppression (excludes reclaimed or reuse water used for dust suppression).

All the above potential sources of non-stormwater discharges listed above are allowed by TPDES Stormwater MSGP TXR050000, Part II, Section A(6), therefore, non-permitted, non-stormwater discharges do not occur at the site.

Deluge water used for dust suppression and fire suppression at the Orbital stand during both static fires and launches was further evaluated to ensure the water did not contain any contaminants.  The deluge water does not go through any industrial processes prior to its use.

Two locations were sampled during four different operating scenarios and analysis was run for the following:

- EPA Primary and Secondary Drinking Water (Inorganic and Organic Chemicals, Disinfectant and Disinfectant Byproducts);
- Biochemical Oxygen Demand (BOD);
- Chemical Oxygen Demand (COD);
- Total Phosphorous;
- Total Suspended Solids (TSS);
- Fluoride;

Space Exploration Technologies, Corp.
Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site

Rev:001

- Oil and Grease.

The results demonstrated the deluge water is not expected to contain any pollutants of concern in amounts exceeding amounts deemed to be hazardous.  A slide deck presenting the results to the TCEQ, as well as correspondence confirming their approval will be maintained with this SWPPP.

## CERTIFICATION

*I certify under penalty of law that this Non-Stormwater Discharge Evaluation and all referenced attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who managed the system, or the persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware there are significant penalties for submitting false information, including the possibility of fines and imprisonment for knowing violations.*

Signature:_____

Date:_____

Print Name: _____

Job Title: _____

**APPENDIX B**
**Employee Training Records**

## Stormwater Pollution Prevention Plan
## Employee Education Form

The State of Texas has issued new regulations designed to protect the surface waters of the state from chemicals and pollutants generated during day-to-day industrial and commercial operations. This regulation, the Texas Pollution Discharge Elimination System (TPDES) General Permit, requires that all employees be educated on the goals of the SWPPP, and be informed of the members of the pollution prevention team.

Stormwater runoff associated with industrial activities is defined as rainfall runoff, snowmelt runoff, and/or surface runoff and drainage that exit any system that is used for collecting and conveying stormwater that originates from manufacturing, processing, material storage, and waste material disposal areas (and similar areas where stormwater can contact industrial pollutants related to the industrial activity).

A Stormwater Pollution Prevention Plan (SWPPP) has been developed and implemented to manage the stormwater discharged from this facility.  The goals of the SWPPP are:

- to identify actual and potential sources of pollution that may reasonably be expected to affect the quality of stormwater discharges from the facility
- to establish practices that will reduce pollution in stormwater discharges from the facility
- to describe how the selected practices and controls are appropriate for the facility and how each will effectively prevent or lessen pollution
- to discuss how controls and practices relate to each other comprising a facility-wide approach for pollution prevention in stormwater discharges

The members of the Pollution Prevention Team are listed below.  Any of the individuals can be contacted regarding questions, comments or problems relating to stormwater pollution prevention.

Jordan Buss/EHS Leader - Phone : 310-219-7917 or Email : jordan.buss@spacex.com
William Hunter/Lead EHS Engineer - Phone: 310-848-4966 or Email: william.hunter@spacex.com
Carolyn Wood/Sr. Environmental Regulatory Engineer – Phone: 323-537-0071 or Email:
carolyn.wood@spacex.com

## CERTIFICATION

I certify that I have read and understand this document, as required by the TPDES General Permit relating to stormwater discharges associated with industrial activity.

_____      _____      _____
**Signature**                         **Title**                             **Date**

## Plan para la Prevención de Contaminación de las Aguas de Escorrentía
## Hoja de Educación al Empleado

El estado de Texas ha promulgado reglamentación dirigida a proteger las aguas superficiales estatales contra químicos y contaminantes provenientes de las actividades rutinarias de operaciones comerciales e industriales. Dicha reglamentación, conocida en español como Permiso General para la Eliminación de Sistemas de Descargas de Contaminantes de Texas y en inglés como "Texas Pollution Discharge Elimination System (TPDES) General Permit", establece que los empleados deben recibir educación sobre las metas establecidas en el Plan para la Prevención de Contaminación de las Aguas de Escorrentía y deben ser informados sobre los miembros del Comité de Prevención de Contaminación.

Las aguas de escorrentía asociadas con actividades industriales, incluyen aguas de lluvia, nieve derretida y/o escorrentías superficiales y drenajes que salen de sistemas utilizados para contener y transferir aguas de escorrentías, provenientes de la manufactura, procesamiento, almacenaje de materiales, áreas de disposición de desperdicios y áreas similares donde aguas de escorrentía han estado en contacto con contaminantes industriales relacionados con actividades industriales.

SpaceX ha desarrollado e implementado un Plan para la Prevención de Contaminación de las Aguas de Escorrentía. Las metas del plan son las siguientes:

- Identificar las fuentes de contaminación reales o potenciales que pudiera esperarse que afecten la calidad de las descargas de aguas de escorrentías provenientes de la facilidad;
- Establecer prácticas que reducirán la contaminación en las descargas de aguas de escorrentías provenientes de la facilidad;
- Describir como las prácticas y controles incluidos en el plan son adecuados para esta facilidad y como evitarán o reducirán la contaminación; y
- Establecer como los controles y prácticas se relacionan entre sí para la implementación de un programa integrado de prevención de contaminación en las descargas de aguas de escorrentías.

Los miembros del Comité de Prevención de Contaminación pueden ser contactados con preguntas, comentarios o problemas relacionados con la prevención de contaminación de las aguas de escorrentías. Los miembros del Comité son los siguientes:

Jordan Buss/EHS Leader - Phone : 310-219-7917 or Email : jordan.buss@spacex.com
William Hunter/Lead EHS Engineer - Phone: 310-848-4966 or Email: william.hunter@spacex.com
Carolyn Wood/Sr. Environmental Regulatory Engineer – Phone: 323-537-0071 or Email:
carolyn.wood@spacex.com

## CERTIFICACION

Certifico que he leído y entendido este documento, según establece el Permiso General para la Eliminación de Sistemas de Descargas Contaminantes de Texas (TPDES), relacionado a las descargas de aguas de escorrentías asociadas a actividades industriales.

_____    _____    _____
**Firma**          **Posición**          **Fecha**

**APPENDIX C**
**Routine Facility Inspection Checklist**

Space Exploration Technologies, Corp | Industrial Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site | Rev:001

## Routine Facility Inspection Checklist

| Inspection Information |
| --- |

| Facility Name: | |
| --- | --- |
| Date of Inspection and Start Time: | |
| Inspector's Name(s) | |
| Inspector's Title(s) | |

Weather Information:

- Weather at time of this inspection (e.g. the temperature, sunny, cloudy, raining, snowing, fog, etc.):

  _____

- A description of any discharges occurring at the time of the inspection (stormwater runoff flowing at the Outfalls):

  _____

*If feasible, at least one inspection during the calendar year needs to be completed during a period when stormwater discharge is occurring.

The below table identifies BMPs, or the pollution prevention measures, that are not being properly or completely implemented.

| Inspected Area/Activity | Check one | Findings and Comments | Description & Date of Corrective Actions Completed |
| --- | --- | --- | --- |
| **Exterior Activities** | | | |
| Exterior areas of the facility are clear & free of refuse, trash, and scrap materials | ☐Yes ☐ No | | |
| Plant trash waste receptacles available and intact | ☐Yes ☐ No | | |
| Scrap recycling and waste material dumpster, roll off or bins are covered or empty | ☐Yes ☐ No | | |
| Material storage, including raw metal storage areas, are stored under shelter, elevated above the ground, and/or covered? | ☐Yes ☐ No | | |
| Pond, basin, swales, ditches, storm drains, and/or other conveyance areas are sound (no significant contamination or erosion noted) | ☐Yes ☐ No | | |

Space Exploration Technologies, Corp
Starbase – Launch Pad Site

Industrial Stormwater Pollution Prevention Plan (SWPPP)
Rev:001

| | | | |
|---|---|---|---|
| Erosion, Sediment, and Structural controls (BMPs) operating correctly, such as silt fences, riprap, rock dams, velocity dissipation devices, or other structural controls | ☐ Yes ☐ No | | |
| Mud / dust is adequately controlled | ☐ Yes ☐ No | | |
| Storage Yards are free of spills and leaks | ☐ Yes ☐ No | | |
| Loading/Unloading areas are free of spills and leaks | ☐ Yes ☐ No | | |
| Fueling areas are free of spills and leaks | ☐ Yes ☐ No | | |
| Equipment, such as transformers, generators, air compressors, etc. or vehicles are sound, no evidence of leaks | ☐ Yes ☐ No | | |
| Areas where waste is generated, received, stored, treated, or disposed are sound and free of free of spills and leaks | ☐ Yes ☐ No | | |
| Absorbent materials are swept up after use and properly disposed | ☐ Yes ☐ No | | |
| Not allowed non-stormwater/illicit discharges observed during the inspection | ☐ Yes ☐ No | | |
| **Aboveground Storage Tanks** | | | |
| Adequate spill cleanup materials, spill kits, are available | ☐ Yes ☐ No | | |
| Secondary containment(s) are sound | ☐ Yes ☐ No | | |
| Containment drains are sound & closed | ☐ Yes ☐ No | | |
| Areas are free & clear of stains/spills | ☐ Yes ☐ No | | |

Space Exploration Technologies, Corp                    Industrial Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site                                                                              Rev:001

| | | | |
|---|---|---|---|
| Absorbent materials are swept up after use | ☐Yes ☐ No | | |
| Spills in & out of containment are promptly cleaned | ☐Yes ☐ No | | |
| Any Reportable Quantity (RQ) spills or leaks since last inspection | ☐Yes ☐ No | | |
| **Container Storage Areas** | | | |
| Adequate spill cleanup materials are available in areas where drums and/or totes are stored | ☐Yes ☐ No | | |
| Floor is clean & free of stains, spills, and waste | ☐Yes ☐ No | | |
| Stored chemicals & petroleum products and waste containers are protected from the stormwater | ☐Yes ☐ No | | |
| Stored chemical & petroleum products and waste containers are clearly and properly labeled | ☐Yes ☐ No | | |
| Stored chemicals & petroleum products and containers are in good condition and closed | ☐Yes ☐ No | | |

Does the SWPPP require revision to correct any observation?      ☐Yes ☐ No
If Yes, please explain:

_____

_____

*When revisions or additions to the SWPPP are recommended, a summary description of these proposed changes must be attached to the inspection checklist. The summary must identify any necessary time frames required to implement the proposed changes.

Any additional control measures needed to comply with the permit requirements? ☐Yes ☐ No
If Yes, please explain:

_____

Description of any previously unidentified discharges of pollutants from the site:_____

_____

Space Exploration Technologies, Corp                     Industrial Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site                                                                              Rev:001

Description of any control measures (structural or non-structural) needing maintenance or repairs:_____

_____

_____

Description of any failed control measures (structural or non-structural) that need replacement:_____

_____

_____

Description of any incidents of non-compliance that are observed. An incident of non-compliance is any
instance where an element of the SWPPP is either not implemented, or where specific conditions of the
permit are not met:_____

_____

_____

_____


_____          _____          _____
**Signature of Inspector**                   **Title**                                    **Date**


## Acknowledgment of Signatory Requirements for Reports and Certifications

All reports and certifications required in this permit or otherwise requested by the executive director must be signed
by the person and in the manner required by 30 TAC §305.128.

**Signatory to Reports according to 30 TAC §305.128:**
*"I certify under penalty of law that this document and all attachments were prepared under my direction
or supervision in accordance with a system designed to assure that qualified personnel properly gathered
and evaluated the information submitted. Based on my inquiry of the person or persons who manage the
system, or those persons directly responsible for gathering the information, the information submitted is,
to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant
penalties for submitting false information, including the possibility of fine and imprisonment for knowing
violations"*.


_____                              _____
Name                                                           Tittle


_____                              _____
Signature                                                      Date

**APPENDIX D**
**Annual Comprehensive Site Compliance Evaluations**

## STORMWATER POLLUTION PREVENTION PLAN
### (Check One)
o **ANNUAL COMPREHENSIVE SITE COMPLIANCE EVALUATION**
o **SWPPP UPDATE**

### SpaceX Starbase – Launch Pad Site

**Date:** _____

Minor modifications to the SWPPP such as personnel changes, changes in phone numbers, etc. should be made as pen changes to the SWPPP. Changes of a significant nature such as implementation of a new BMP, a change in the types or quantities of materials exposed to stormwater, or modifications to facility structures or operations should be evaluated using this format, and when appropriate, the site map and or worksheets modified to reflect the changes.

As part of the Annual Comprehensive Site Compliance Evaluation (ACE), a comprehensive site compliance inspection is a required site evaluation and an overall assessment of the effectiveness of the current SWPPP. This inspection is in addition to other routine inspections required by the permit; however, it may substitute for a routine facility inspection if it is conducted during the regularly scheduled period of the routine facility inspection.

The tables below comprises findings and recommendations from routine and annual inspection which includes an examination and assessment of exposed inventory, and structural and non-structural controls (Including all best management practices: good housekeeping measures, spill prevention, and response).

| Inspection Information | |
|---|---|
| Facility Name: | |
| Date of Inspection and Start Time: | |
| Inspector's Name(s) | |
| Inspector's Title(s) | |
| Weather Information: <br><br> • Weather at time of this inspection (e.g. the temperature, sunny, cloudy, raining, snowing, fog, etc.): <br><br> _____ <br><br> _____ <br><br> • A description of any discharges occurring at the time of the inspection (stormwater runoff flowing at the Outfalls): <br><br> _____ <br><br> _____ | |
| *If feasible, at least one inspection during the calendar year needs to be completed during a period when stormwater discharge is occurring. | |

Space Exploration Technologies, Corp                    Industrial Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site                                                                                    Rev:001

The below table identifies BMPs, or the pollution prevention measures, that are not being properly or completely implemented.

| Inspected Area/Activity | Check one | Findings and Comments | Description & Date of Corrective Actions Completed |
|---|---|---|---|
| **Exterior Activities** | | | |
| Exterior areas of the facility are clear & free of refuse, trash, and scrap materials | ☐Yes ☐ No | | |
| Plant trash waste receptacles available and intact | ☐Yes ☐ No | | |
| Scrap recycling and waste material dumpster, roll off or bins are covered or empty | ☐Yes ☐ No | | |
| Material storage, including raw metal storage areas, are stored under shelter, elevated above the ground, and/or covered? | ☐Yes ☐ No | | |
| Pond, basin, swales, ditches, storm drains, and/or other conveyance areas are sound (no significant contamination or erosion noted) | ☐Yes ☐ No | | |
| Erosion, Sediment, and Structural controls (BMPs) operating correctly, such as silt fences, riprap, rock dams, velocity dissipation devices, or other structural controls | ☐Yes ☐ No | | |
| Mud / dust is adequately controlled | ☐Yes ☐ No | | |
| Storage Yards are free of spills and leaks | ☐Yes ☐ No | | |
| Loading/Unloading areas are free of spills and leaks | ☐Yes ☐ No | | |
| Fueling areas are free of spills and leaks | ☐Yes ☐ No | | |
| Equipment, such as transformers, generators, air compressors, etc. or vehicles are sound, no evidence of leaks | ☐Yes ☐ No | | |
| Areas where waste is generated, received, stored, treated, or disposed are sound and free of free of spills and leaks | ☐Yes ☐ No | | |

Space Exploration Technologies, Corp
Starbase – Launch Pad Site

Industrial Stormwater Pollution Prevention Plan (SWPPP)
Rev:001

| | | | |
|---|---|---|---|
| Absorbent materials are swept up after use and properly disposed | ☐Yes ☐ No | | |
| Not allowed non-stormwater/illicit discharges observed during the inspection | ☐Yes ☐ No | | |
| **Aboveground Storage Tanks** | | | |
| Adequate spill cleanup materials, spill kits, are available | ☐Yes ☐ No | | |
| Secondary containment(s) are sound | ☐Yes ☐ No | | |
| Containment drains are sound & closed | ☐Yes ☐ No | | |
| Areas are free & clear of stains/spills | ☐Yes ☐ No | | |
| Absorbent materials are swept up after use | ☐Yes ☐ No | | |
| Spills in & out of containment are promptly cleaned | ☐Yes ☐ No | | |
| Any Reportable Quantity (RQ) spills or leaks since last inspection | ☐Yes ☐ No | | |
| **Container Storage Areas** | | | |
| Adequate spill cleanup materials are available in areas where drums and/or totes are stored | ☐Yes ☐ No | | |
| Floor is clean & free of stains, spills, and waste | ☐Yes ☐ No | | |
| Stored chemicals & petroleum products and waste containers are protected from the stormwater | ☐Yes ☐ No | | |
| Stored chemical & petroleum products and waste containers are clearly and properly labeled | ☐Yes ☐ No | | |

Space Exploration Technologies, Corp                    Industrial Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site                                                                                    Rev:001

| Stored chemicals & petroleum products and containers are in good condition and closed | ☐Yes ☐ No | | |
|---|---|---|---|

As part of the ACE, the following must be completed:

1.      Describe the scope and purpose of the inspection or revisions to the SWPPP.  Include the date, personnel involved, what was done, discussed or resolved.  Areas to inspect include the following: raw material storage, chemical storage, ASTs, secondary containment, swale, and roof drainage.

_____

_____

2.      Discuss any SWPPP Team changes.

_____

_____

3.      Note any changes to exposed significant materials, either additions or deletions of materials or quantities of materials.

_____

_____

4.      Have there been any significant spills or leaks since the previous inspection (or last three (3) years? If yes discuss location, source, response actions, disposal procedures and preventative measures taken to prevent recurrence.

_____

_____

5.      Conduct a non-storm water discharge inspection for each outfall.  Note results.  If a non-storm water discharge was observed describe the flow and discuss potential sources.  Identify appropriate BMPs to rectify the discharge in Table 1.

_____

_____

6.      Have drainage patterns been altered so as to create new outfalls or drainage areas?  If so, the map must be modified, and new or additional sampling locations may be required.  If these are to be considered substantially identical outfalls, a discussion of the industrial activities in the drainage area, significant materials stored, management practices and

pollution control structures must be provided to substantiate to the justification for using the representative discharge waiver.

_____

_____

7.    Are the existing structural and non-structural control measures adequately implemented maintained and properly placed in order to control storm water pollution?

_____

_____

8.    Any control measures needing replacement, maintenance, or repair?

_____

_____

9.    Are all exiting structural controls properly maintenance and effective?

_____

_____

10.    Are all exiting non-structural controls properly maintenance and effective?

_____

_____

11.    Any previously unidentified discharges from the site and/or pollutants in existing discharges??

_____

_____

12.    Is the proper equipment, such as spill clean-up material, on hand?

_____

_____

13.    Identify and discuss any new potential pollutant sources and structural/non-structural BMPs required to control the pollutants.  Identify the BMPs to be implemented in Table 1. BMPs must be implemented within 12 weeks of the inspection date.

_____

_____

Space Exploration Technologies, Corp                    Industrial Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site                                                                              Rev:001

14.     Inspect reasonably accessible areas immediately downstream of each outfall for evidence of stormwater pollution impacts. Any evidence of pollutants discharging to receiving waters? What is the condition of and around the Outfall?

_____

_____

15.     Any offsite tracking of industrial or waste materials, or sediment where vehicles enter or exit the site?

_____

_____

16.     Any tracking or blowing of raw, final, or waste materials from areas of no exposure to exposed areas?

_____

_____

17.     Any evidence of, or the potential for, pollutants entering the drainage system?

_____

_____

18.     Are temporary suspensions and waiver documents, sampling data and report forms maintained?

_____

_____

19.     Are rain gauges on site and a rain log maintained?

_____

_____

20.     Review all required records by the permit to determine if all were completed throughout the compliance calendar year:
   - Quarterly Inspections  ☐ Yes  ☐ No  ☐ N/A
   - Quarterly Visual Monitoring  ☐ Yes  ☐ No  ☐ N/A
   - Comprehensive Compliance Evaluations  ☐ Yes  ☐ No  ☐ N/A
   - NEL Monitoring  ☐ Yes  ☐ No  ☐ N/A
   - Benchmark Monitoring  ☐ Yes  ☐ No  ☐ N/A
   - Training Records  ☐ Yes  ☐ No  ☐ N/A

- Rain Log ☐Yes ☐ No ☐ N/A

- Structural Controls Maintenance Records ☐Yes ☐ No ☐ N/A

- DMRs and BMR ☐Yes ☐ No ☐ N/A

- Spill log (if any) ☐Yes ☐ No ☐ N/A

21.   Review of the results of the past year's visual and analytical monitoring when planning and conducting inspections that are required by this general permit, and provide any provide any trends or comments to recommend new BMPs (structure or non- structure):

_____

_____

_____

22.   Does the SWPPP require revision based on the ACE Inspection and Report Findings?

_____

_____

_____

23.   The below table shows any new BMPs to be implement or BMPs not currently being implemented by the facility:

| Table 1 Best Management Practices to Implement | | |
|---|---|---|
| **BMP** | **Responsible Individual** | **Comments** |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Space Exploration Technologies, Corp
Starbase – Launch Pad Site

Industrial Stormwater Pollution Prevention Plan (SWPPP)
Rev:001

**(The following information/signatures are only required for the Annual Compliance Evaluation)**

Based on observations and information obtained during this annual compliance evaluation:

☐   The facility is in compliance with terms of and conditions of the SWPPP and the TPDES Multi-Sector General Permit (MSGP) for industrial activities.

☐   The facility is out of compliance with the terms and conditions of the SWPPP and the TPDES Multi-Sector General Permit (MSGP) for industrial activities. This report includes the remedial actions that must be taken to meet the requirements of the SWPPP and permit, including a schedule of implementation of the remedial actions. The identified actions must be completed as soon as practicable, but no later than 12 weeks following the completion of the report.

*Note: An incident of non-compliance is any instance where an element of the SWPPP is either not implemented, or where specific conditions of the permit are not met.*

\* Issue(s) of non-compliance must be rectified within 12 weeks of the inspection.

_____       _____       _____
**Signature of Inspector**                    **Title**                                            **Date**

**Acknowledgment of Signatory Requirements for Reports and Certifications**

All reports and certifications required in this permit or otherwise requested by the executive director must be signed by the person and in the manner required by 30 TAC §305.128.

**Signatory to Reports according to 30 TAC §305.128:**
*"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations".*

_____                              _____
Name                                                                      Tittle

_____                              _____
Signature                                                                 Date

**APPENDIX E**
**Sample Collection and Quarterly Visual Monitoring**

Space Exploration Technologies, Corp                    Industrial Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site                                                                                        Rev:001

## Sample Collection Protocol

The site will conduct a visual analysis of each stormwater discharge from the facility on a quarterly basis.  For each outfall sampled, a blank Quarterly Visual Stormwater Discharge Analysis form must be completed.  When possible, the same person should conduct the analysis and complete the form in order to maintain a degree of consistency to a very subjective analysis.

In order to meet the terms of the permit a single grab sample must:

- Be collected within the first 30 minutes of flow, if this is not practical it <u>must</u> be collected within the first hour of flow, and the reason for not collecting it within the first 30 minutes must be documented on the sample analysis form.
- Be collected from a well-lit area.
- Have been preceded by 72 hours of dry weather (if rainfall has occurred within the previous 72 hours, but there was no flow as a result of the rainfall, a sample may be collected).

## Sampling Waivers

Temporary Suspension/Waivers are available for adverse weather conditions (flooding, high winds, tornados, electrical storms, drought or extended frozen conditions), but must be documented.

If a sample is not collected during the required sampling period, complete the Quarterly Visual Discharge Analysis Temporary Suspension/Waiver form, and collect a sample from the following period as a substitute.  In this situation you will collect two samples during that quarterly monitoring period, one for that quarter and one for the previous quarter.  If a sample is not collected during the following quarter the requirement is permanently waived.

## Representative Discharges

If you have discharges that are expected to be substantially identical to other discharges based on the industrial activity in those drainage areas, one discharge can be sampled, and the results reported for both discharges.  Section 4.6 of the SWPPP identifies the outfalls that are required to be sampled under the terms of this Permit.

## Sampling, Analysis and Documentation Guidance

Guidance for collecting, visually analyzing and documenting the sample event follows this page.

Space Exploration Technologies, Corp                    Industrial Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site                                                                              Rev:001

## Sample Collection

**IF** the storm event meets the following criteria:

- Causes a discharge from the site
- Preceded by 72 hours of dry weather
- Occurs during normal operating hours and in a well-lit area

**THEN** collect a single grab sample from EACH REQUIRED OUTFALL (see section 4.6 for details) as follows:

- Use a clear one-liter glass bottle.
- Collect the sample from the middle of the discharge or where the turbulence is great and the flow well mixed.
- Partially submerge the bottle with the open end facing upstream, into the flow.
- Do not completely submerge the bottle.
- Fill the bottle to the neck, do not overfill the bottle.
- Place the lid on the bottle and return to a dry location to complete the blank Quarterly Visual Stormwater Discharge Analysis form.
- Examine the sample from well-lit areas only.

## Sample Analysis

Complete the top portion of the Quarterly Visual Stormwater Discharge Analysis form:

- Enter the times using 24 hour or military time (i.e., 1:00 pm is 1300).
- Outfall numbers are located on the site map, Figure 1, if unknown.

Using the sample just collected, complete the table section of the form:

- Evaluate each parameter providing as much descriptive information as possible in the right-hand column.  If the collected sample does not reflect a condition observed at the outfall during sampling, note the discrepancy and base your evaluation on the discharge observed, not the sample collected.
- For total suspended solids and total settled solids, allow the sample to settle for one hour prior to evaluation.
- If potential stormwater pollutants are noted during the course of the sampling event, note them, attempt to identify the source of the pollutants and take corrective measures as required.
- Sign each form.
- Upon completion of the form, empty the sample bottle (this may be poured outside or down the drain) and wash the sample bottle with soap and water for the next event.

Space Exploration Technologies, Corp
Starbase – Launch Pad Site

Industrial Stormwater Pollution Prevention Plan (SWPPP)
Rev:001

**Documentation**

Place the completed Quarterly Visual Stormwater Discharge Analysis form(s) behind this page in the front of this section.  If you did not have a discharge during the quarter or need to utilize the weather waiver, complete the blank Quarterly Visual Stormwater Discharge Analysis Waiver and insert it in place of the Discharge Analysis form.  If you utilized the waiver, you are required to collect two samples during the following quarter and report both.

The completed Quarterly Visual Analysis Worksheet must be routed to members of the SWPPP Team for review prior to filing in the SWPPP.

Space Exploration Technologies, Corp.
Starbase – Launch Pad Site

Stormwater Pollution Prevention Plan (SWPPP)
Rev:001

**Summary of Sampling Data Tables:** Enter the analytical result for each analyte per each year and determine if any exceedances occur in the Numeric Effluent Limitations on the last column:

| Year 2023 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Numeric Effluent Limitations | | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Did any Exceeded the Numeric Effluent Limitations (Yes/No) |
| Hazardous Metals | Daily Maximum-Tidal Waters (mg/L) | | | | | | | | | | |
| Arsenic | 0.3 | | | | | | | | | | |
| Barium | 4.0 | | | | | | | | | | |
| Cadmium | 0.3 | | | | | | | | | | |
| Chromium | 5.0 | | | | | | | | | | |
| Copper | 2.0 | | | | | | | | | | |
| Lead | 1.5 | | | | | | | | | | |
| Manganese | 3.0 | | | | | | | | | | |
| Mercury | 0.01 | | | | | | | | | | |
| Nickel | 3.0 | | | | | | | | | | |
| Selenium | 0.3 | | | | | | | | | | |
| Silver | 0.2 | | | | | | | | | | |
| Zinc | 6.0 | | | | | | | | | | |

**\*: A single column can be used for substantially similar outfalls.  Identify all outfalls covered by the result.**

Space Exploration Technologies, Corp.

Stormwater Pollution Prevention Plan (SWPPP)

Starbase – Launch Pad Site

Rev:001

| Year 2024 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Numeric Effluent Limitations | | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Did any Exceeded the Numeric Effluent Limitations (Yes/No) |
| Hazardous Metals | Daily Maximum-Tidal Waters (mg/L) | | | | | | | | | | |
| Arsenic | 0.3 | | | | | | | | | | |
| Barium | 4.0 | | | | | | | | | | |
| Cadmium | 0.3 | | | | | | | | | | |
| Chromium | 5.0 | | | | | | | | | | |
| Copper | 2.0 | | | | | | | | | | |
| Lead | 1.5 | | | | | | | | | | |
| Manganese | 3.0 | | | | | | | | | | |
| Mercury | 0.01 | | | | | | | | | | |
| Nickel | 3.0 | | | | | | | | | | |
| Selenium | 0.3 | | | | | | | | | | |
| Silver | 0.2 | | | | | | | | | | |
| Zinc | 6.0 | | | | | | | | | | |

**\*: A single column can be used for substantially similar outfalls.  Identify all outfalls covered by the result.**

Space Exploration Technologies, Corp.  
Starbase – Launch Pad Site

Stormwater Pollution Prevention Plan (SWPPP)  
Rev:001

| Year 2025 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Numeric Effluent Limitations | | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Did any Exceeded the Numeric Effluent Limitations (Yes/No) |
| Hazardous Metals | Daily Maximum- Tidal Waters (mg/L) | | | | | | | | | | |
| Arsenic | 0.3 | | | | | | | | | | |
| Barium | 4.0 | | | | | | | | | | |
| Cadmium | 0.3 | | | | | | | | | | |
| Chromium | 5.0 | | | | | | | | | | |
| Copper | 2.0 | | | | | | | | | | |
| Lead | 1.5 | | | | | | | | | | |
| Manganese | 3.0 | | | | | | | | | | |
| Mercury | 0.01 | | | | | | | | | | |
| Nickel | 3.0 | | | | | | | | | | |
| Selenium | 0.3 | | | | | | | | | | |
| Silver | 0.2 | | | | | | | | | | |
| Zinc | 6.0 | | | | | | | | | | |

**\*: A single column can be used for substantially similar outfalls.  Identify all outfalls covered by the result.**

C-3

Space Exploration Technologies, Corp.
Starbase – Launch Pad Site

Stormwater Pollution Prevention Plan (SWPPP)
Rev:001

| Year 2025 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Numeric Effluent Limitations | | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Outfall No. | Did any Exceeded the Numeric Effluent Limitations (Yes/No) |
| Hazardous Metals | Daily Maximum-Tidal Waters (mg/L) | | | | | | | | | | |
| Arsenic | 0.3 | | | | | | | | | | |
| Barium | 4.0 | | | | | | | | | | |
| Cadmium | 0.3 | | | | | | | | | | |
| Chromium | 5.0 | | | | | | | | | | |
| Copper | 2.0 | | | | | | | | | | |
| Lead | 1.5 | | | | | | | | | | |
| Manganese | 3.0 | | | | | | | | | | |
| Mercury | 0.01 | | | | | | | | | | |
| Nickel | 3.0 | | | | | | | | | | |
| Selenium | 0.3 | | | | | | | | | | |
| Silver | 0.2 | | | | | | | | | | |
| Zinc | 6.0 | | | | | | | | | | |

**\*: A single column can be used for substantially similar outfalls.  Identify all outfalls covered by the result.**

Space Exploration Technologies, Corp     Industrial Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site     Rev:001

## Quarterly Visual Monitoring Form
### Complete separate forms for each sample you collect (one form per outfall).

| Outfall #: | Person collecting/examining sample: | Quarter/Year Examined: ☐1st ☐2nd ☐3rd ☐4th 20_____ |
|---|---|---|
| Date/Time Flow Began: | Date/Time Collected: | Date/Time Examined: |
| Rainfall Amount: | Qualifying Storm Event: ☐ Yes ☐ No | Runoff source: ☐ Rainfall ☐ snowmelt |

| Parameter | Parameter Description | Parameter Characteristics |
|---|---|---|
| **Color** | Does the water appear to be colored? ☐ Yes ☐ No | **Describe:** |
| **Clarity** | Is the water clear or transparent, meaning can you see through it? ☐ Yes ☐ No | Which of the following best describes the clarity of the water? ☐ Clear ☐ Milky ☐ Opaque ☐ Other (describe)___ |
| **Oil Sheen** | Can you see a rainbow effect or sheen on the water surface? ☐ Yes ☐ No | Which of the following best describes the water sheen? ☐ Oily ☐ Silver ☐ Iridescent |
| **Odor** | Does the sample have an odor? ☐ Yes ☐ No | **Describe:** |
| **Floating solids** | Is there something floating on the surface of the sample? ☐ Yes ☐ No | **Describe:** |
| **Suspended solids** | Is there something suspended in the water column or sample? ☐ Yes ☐ No | **Describe:** |
| **Settled solids** | Is there something settled at the bottom of the sample? ☐ Yes ☐ No | **Describe:** |
| **Foam** | Is there foam or material forming on top of the water? ☐ Yes ☐ No | **Describe:** |

*Detail any concerns, corrective actions taken, and any other obvious indicators of pollution present in the sample:*

*Probable sources of any observed contamination (if any):*

*Visual quality of the stormwater discharge?*

*The reason why any samples were not collected within the first 30 minutes of discharge (If Applicable)?*

| Collector's Name and Signature: | SWPPP Team Review     ☐ Yes |
|---|---|

E-1

**APPENDIX F**
**Discharge Monitoring Reports**

**APPENDIX G**
**Weekly/Daily Rain Log**

Space Exploration Technologies, Corp          Industrial Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site          Rev:001

## Daily/Weekly Rain Log

| Date from – to (Maximum one week) | Rainfall (In Inches) | Comments/Time | Date from – to (Maximum one week) | Rainfall (In Inches) | Comments/Time |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Notes:
1. Once a sample has been collected you may stop maintaining this log until next quarter commences.
2. Note down the start time of the rain event on the day the samples are collected in the comments for any monitoring event.
3. If a hazardous weather condition exists that prevents sampling note it on this form.
4. If rainfall events occur outside normal operating hours note it in the comments.

**APPENDIX H**
**Temporary Suspension Waiver**

Space Exploration Technologies, Corp         Industrial Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site                                                              Rev:001

## Temporary Suspension/Waiver

Monitoring Requirements may be temporarily suspended as noted below. However, those requirements must be fulfilled in the following monitoring period, as well as the monitoring requirements for the current period. If the requirement cannot be fulfilled during the following quarter, it is permanently waived.

**1.** **Check the quarter and note the year for which the Temporary Suspension is claimed:**

Quarter:      ☐ Jan - Mar    ☐ Apr - Jun    ☐ Jul - Sept    ☐ Oct - Dec   Year:_____

**2.** **The quarterly visual stormwater discharge analysis specified required by the Facility's TPDES Stormwater Pollution Prevention Plan was not conducted for one of the following reason(s);**

**Check one:**

☐    There was no discharge or insufficient during the period due to inadequate rainfall; or
☐    There was no discharge due to retention on site in retention/detention ponds; or
☐    Qualifying events occurred outside of normal operating hours; or
☐    Lack of Qualifying Storm Event; or
☐    Samples were not collected due to hazardous adverse conditions:
       • Date and time of the adverse condition: _____
       • Name(s) of personnel that witnessed the adverse condition: _____
       • Narrative of the nature if the adverse condition: _____
       • Rain gauge reading(s): _____

**3.** **Sign below to claim the temporary suspension for the applicable monitoring period. This sample must be collected and analyzed in the following quarter.**

Temporary Suspension:      _____
                               Signature

                               _____
                               Date

**4.** **If the sample could not be collected during the subsequent quarter it may be permanently waived by signing below**

Permanent Waiver:      _____
                               Signature

                               _____
                               Date

**APPENDIX I**
**NOI & Permit Documentation**

**APPENDIX J**

**Copy of the TPDES Multi Sector General Permit**
**https://www.tceq.texas.gov/downloads/permitting/stormwater/general/multi-sector/txr050000-2021.pdf**

**APPENDIX K**
**Regulatory Agencies Contact Information**

Space Exploration Technologies, Corp
Starbase – Launch Pad Site

Industrial Stormwater Pollution Prevention Plan (SWPPP)
Rev:001

**Contact Information for Regulatory Agencies**

NOI and other reports for industries discharging to a MS4 have to be submitted to the operator as follows:

- Copies of the Notice of Intention (NOI):

    o   TCEQ through STEERS online

- In case of NELs exceedances, the DMRs has to be submitted to:

    o   To TCEQ via CDX NetDMR online system

    o   If the NEL exceedance is greater than 40% of the effluent limit, the violation must be reported to the TCEQ regional office and the Enforcement Division (MC-224) within five (5) days of becoming aware of the non-compliance:

    Enforcement Division (MC-224)
    Texas Commission on Environmental Quality
    P.O. Box 13087
    Austin TX, 78711-3087

    TCEQ Region 15
    1804 W Jefferson Ave
    Harlingen TX 78550-5247

## EMERGENCY TELEPHONE NUMBERS

**Local Emergency Response:**          **9-1-1**

**Notification:**

| | |
|---|---|
| TCEQ Emergency Response (24-hour Spill Reporting) | (800) 832-8224 |
| National Response Center | (800) 424-8802 |
| EPA, Region 6 | (800) 887-6063 |
| EPA, Region 6 (24-hour Response Line) | (866) 372-7745 |

**Other Emergency Numbers:**

| | |
|---|---|
| National Poison Control Center | (800) 222-1222 |
| TCEQ Region 15 Office | (956)-425-6010 |
| 1804 W Jefferson Ave, Harlingen TX 78550-5247 | |
| Cameron County Sheriff's Office | (956) 554-6700 |
| Brownsville Police Department | (956) 548-7000 |
| Valley Regional Medical Center | (956) 350-7000 |
| 100 E Alton Gloor Blvd, Brownsville, TX 78526 | |
| Brownsville Fire Department Station 8 | (956) 547-6568 |
| Local Emergency Planning Committee (Cameron County) | |
| LEPC phone (After Hours): | (956) 535-9110 |
| Spill Phone: Number: | 911 |

**APPENDIX L**
**Discharge Notification Form & Spill & Leak Log**

### Discharge Notification Form

| Facility: | SpaceX Starbase – Launch Pad Site |
|---|---|
| **Name of Person Filing Report:** | |
| **Location/Department:** | |
| **Area where spill/leak occurred:** | |
| **Estimated amount spilled/leaked:** | |
| **Estimate is based on:** | |
| **Description of the incident:** | |
| **Cause of discharge(s):** | |
| **Corrective actions and countermeasures taken, including a description of equipment repairs and replacement:** | |
| **Additional preventive measures taken or contemplated to minimize possibility of recurrence:** | |
| **Other pertinent information:** | |
| **Signature/Date of person completing the form:** | |
| **SWPPP Team Reviewed by:** | |

Space Exploration Technologies, Corp.                                   Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site                                                                              Rev:001

## Spill & Leak Log

SpaceX must keep a record of descriptions and dates of any incidences of significant spills, leaks, or other releases that resulted in the discharge of oil or toxic or hazardous pollutants to waters of the State that were above the TCEQ's RQ (see Section 2.5 for details) and those that could have contribute pollutants to stormwater discharges. The Spill & Leak Log must be updated on a Quarterly basis. If no RQ or other releases that contribute pollutants to stormwater discharges occur during a quarter, it should be noted.

| Date of Spill | Description (Location, Material, & Quantity Spilled). If no spill or leaks occur in a quarter, stated it below | Did the Spill Result in a Discharge? | Corrective Action Taken | Date Reported to TCEQ (If Applicable) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Space Exploration Technologies, Corp.
Starbase – Launch Pad Site

Stormwater Pollution Prevention Plan (SWPPP)
Rev:001

| Date of Spill | Description (Location, Material, & Quantity Spilled). If no spill or leaks occur in a quarter, stated it below | Did the Spill Result in a Discharge? | Corrective Action Taken | Date Reported to TCEQ (If Applicable) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**APPENDIX M**
**Preventive Maintenance Repair Log**

Space Exploration Technologies, Corp.                    Stormwater Pollution Prevention Plan (SWPPP)
Starbase – Launch Pad Site                                                           Rev:001

| Type of Maintenance | Frequency of Inspection | Date of Maintenance | Qualified Personnel | Date of Discovery of Repair | Date Equipment was Returned to Service | If extended maintenance was required, justification of extended repair |
|---|---|---|---|---|---|---|
| 1) Maintain natural vegetation to assist in erosion control efforts. Cut regularly to control weeds and encourage grass growth | As Needed | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 2) Keep stormwater drainage swales and ponds clean. | As Needed | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 3) Sweep and maintenance yard areas free of debris | As Needed | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Type of Maintenance | Frequency of Inspection | Date of Maintenance | Qualified Personnel | Date of Discovery of Repair | Date Equipment was Returned to Service | If extended maintenance was required, justification of extended repair |
|---|---|---|---|---|---|---|
| 4) Secondary Containment | As Needed | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |