# Exhibit G

| Parameter | Potable Source Water | Sample Event 1 Test (off pad) | Sample Event 1 Test (retention pond) | Sample Event 1 Test Central Outfall | Sample Event 2 Static fire (off pad) | Sample Event 2 Static fire (retention pond) | Sample Event 3 Test (off pad) | Sample Event 3 Test (retention pond) | Sample Event 4 Static fire (off pad) | Sample Event 4 Static fire (retention pond) | Sample Event 4 Static fire central outfall | Sample Event 5 (off pad) | Sample Event 5 (retention pond) | Sample Event 6 Static fire (off pad) | Sample Event 6 Static fire (retention pond) | Sample Event 7 Launch (off pad) | Sample Event 7 Launch (retention pond) | Sample Event 8 Static fire (off pad) | Sample Event 8 Static fire (retention pond) | Sample Event 9 Wet Dress (off pad) | Sample Event 9 Wet Dress (retention pond) | Sample Event 10 Deluge Test (off pad) | Sample Event 10 Deluge Test (retention pond) | Sample Event 11 Launch (off pad) | Sample Event 11 Launch (retention pond) | Sample Event 12 Deluge Test (off pad) | Sample Event 12 Deluge Test (retention pond) | Sample Event 13 Deluge Test (off pad) | Sample Event 13 Deluge Test (retention pond) | Sample Event 14 Launch 4 (off pad) | Sample Event 14 Launch 4 (retention pond) | Sample Event 15 Deluge Test (off pad) | Sample Event 15 Deluge Test (retention pond) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | 8/18/2023 | 7/28/2023 | 7/28/2023 | 7/28/2023 | 8/6/2023 | 8/6/2023 | 8/18/2023 | 8/18/2023 | 8/25/2023 | 8/25/2023 | 8/25/2023 | 10/23/2023 | 10/23/2023 | 10/25/2023 | 10/25/2023 | 11/18/2023 | 11/18/2023 | 12/29/2023 | 12/29/2023 | 2/14/2024 | 2/14/2024 | 3/10/2024 | 3/10/2024 | 3/14/2024 | 3/14/2024 | 4/5/2024 | 4/5/2024 | 5/29/2024 | 5/29/2024 | 6/6/2024 | 6/6/2024 | 7/15/2024 | 7/15/2024 |
| Chloramines (Lab Titration) | NS | ND | ND | NS | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Chlorine Dioxide | NS | ND | ND | NS | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Cl2 Residual,Free(Lab)Titration | NS | ND | ND | NS | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NEG | NEG |
| Cl2 Residual,Total(Lab)Titration | NS | ND | ND | NS | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Turbidity | 4.5 | 130 | 360 | NS | 40 | 65 | 200 | 36 | 8.7 | 21 | 16 | 6.5 | 20 | 2.8 | 3.6 | 5.71 | 7.76 | 11 | 37.4 | 29 | 13.6 | 1.66 | 5.59 | 10.4 | 5.14 | 15.1 | 9.12 | ND | 2.55 | 25.2 | 3.04 | 59.3 NTU | 32.8 NTU |
| 1,1,1-Trichloroethane | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| 1,1,2-Trichloroethane | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| 1,1-Dichloroethylene | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| 1,2,4-Trichlorobenzene | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| 1,2-Dichloroethane | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| 1,2-Dichloropropane | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| 2,4-Dichlorophenoxyacetic acid | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| 2,4,5-TP (Silvex) | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Acrylamide | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Benzene | ND | ND | ND | NS | 0.87 | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Bromoacetic acid | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Bromodichloromethane | 1.89 | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Bromoform | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Carbon Tetrachloride | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Chloroacetic acid | | ND | ND | NS | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Chlorobenzene | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Chloroform | 2.55 | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| cis-1,2-Dichloroethylene | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Dalapon (dichloropropionic acid) | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND |
| Dibromoacetic acid | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Dibromochloromethane | 1.29 | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Dichloroacetic acid | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Dichloromethane | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Dinoseb | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Epichlorohydrin | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Ethylbenzene | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Glyphosate | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| HAA5 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| m- and p-Xylene | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| o-Dichlorobenzene (1,2-DCB) | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| o-Xylene | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| p-Dichlorobenzene (1,4-DCB) | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Pentachlorophenol | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Picloram | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Styrene | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Tetrachloroethylene | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Toluene | 1.17 | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| trans-1,2-Dichloroethylene | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Trichloroacetic acid | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Trichloroethylene | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Trihalomethanes (Total) | 0.00573 | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Vinyl chloride | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Xylenes, Total | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Antimony, Total | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | 0.00122 | 0.00286 | 0.00122 | 0.00112 | 0.00122 | NS |
| Arsenic, Total | 0.00305 | 0.00532 | 0.0031 | 0.0125 | 0.00156 | 0.00194 | 0.00396 | ND | 0.00583 | ND | 0.00657 | 0.00606 | 0.00177 | 0.00105 | 0.00249 | 0.0033 | ND | 0.00356 | 0.00211 | 0.0124 | ND | 0.00192 | 0.00768 | 0.00214 | 0.0114 | 0.00184 | NS | 0.003 | 0.00499 | 0.00188 | 0.00457 | 0.0000169 | 0.00575 | 0.00261 |
| Barium, Total | 0.169 | 0.285 | 0.197 | 0.377 | 0.0945 | 0.611 | 0.129 | 0.219 | 0.0922 | 0.122 | 0.113 | 0.248 | 0.0769 | 0.117 | 0.0927 | 0.151 | 0.0889 | 0.0996 | 0.103 | 0.132 | 0.084 | 0.117 | 0.0954 | 0.107 | 0.0852 | 0.0942 | 0.12 | 0.179 | 0.0943 | 0.0917 | 0.085 | 0.11 | 0.194 |
| Beryllium, Total | ND | 0.00365 | 0.0036 | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Cadmium, Total | ND | ND | ND | ND | ND | ND | ND | ND | ND | 0.00321 | 0.00237 | 0.00112 | 0.000203 | 0.000623 | ND | 0.000344 | 0.000295 | 0.00145 | 0.0013 | 0.000376 | 0.000576 | 0.000273 | ND | 0.0003 | ND | 0.000384 | 0.001 | 0.000821 | 0.000107 | 0.0000717 | ND | ND |
| Chromium, Total | 0.00122 | 5 | 4.73 | 0.0528 | ND | 0.00675 | 0.00409 | 0.00946 | ND | 0.00585 | 0.00697 | 0.0066 | 0.00314 | 0.00192 | 0.00161 | 0.00157 | 0.0333 | 0.372 | 0.0136 | 0.0115 | 0.0223 | 0.00315 | 0.00192 | 0.0013 | 0.0349 | 0.0526 | 0.0106 | 0.00424 | 0.00155 | 0.019 | 0.000282 | 0.021 | 0.0161 |
| Copper, Total | 0.00602 | 0.0248 | 0.00196 | 0.041 | 0.000865 | 0.0233 | 0.00671 | 0.0114 | 0.00471 | 0.0155 | 0.00705 | 0.00579 | 0.00516 | 0.0055 | 0.0056 | 0.00334 | 0.00595 | 0.00334 | 0.00595 | 0.0107 | 0.0142 | 0.00434 | 0.00807 | 0.00534 | 0.00738 | 0.00534 | 0.00807 | 0.0118 | 0.0146 | 0.0074 | 0.00949 | 0.00986 | 0.0000747 | 0.0099 | 0.0175 |
| Lead, Total | ND | 0.00445 | 0.0029 | 0.0123 | ND | 0.001 | 0.00224 | ND | ND | ND | ND | ND | ND | 0.000634 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 0.00583 | ND | ND | 0.00349 | ND | ND | 0.00044 | 0.0005 | 0.00349 | ND |
| Mercury, Total | ND | ND | ND | ND | 0.363 | 0.224 | ND | ND | ND | ND | ND | ND | ND | 0.128 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 0.149 | 0.139 | ND | 0.000696 |
| Selenium, Total | ND | 0.0113 | 0.0115 | NS | 0.00226 | ND | ND | 0.014 | ND | 0.0173 | ND | NS | NS | NS | NS | NS | 0.00396 | 0.00257 | 0.0479 | 0.000959 | ND | 0.00549 | 0.00149 | 0.00274 | ND | 0.000851 | 0.00294 | 0.00296 | 0.00286 | NS | NS | NS |
| Thallium, Total | ND | ND | 0.0014 | ND | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Bromate | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Chlorite | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| DW Nitrate-Nitrogen, Total | 0.305 | 0.494 | 0.445 | NS | 1.57 | 0.291 | 1.28 | 0.884 | 1.07 | 0.369 | 0.483 | 1.29 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | 3.12 | 1.2 | 1.81 | 1.2 | 1.81 | 1.32 |
| DW Nitrite-Nitrogen, Total | ND | 0.0762 | 0.0759 | NS | 0.283 | 0.327 | 0.02766 | 0.0341 | 0.0634 | 0.0503 | 0.15 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Fluoride | 0.643 | 0.777 | 1.38 | NS | 1.34 | 0.72 | 0.687 | 0.697 | 0.805 | 0.61 | 0.525 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | 1.7 | 0.97 | 1.22 | 1.24 | NS | NS |
| Chlorine Residual (Onsite/TC) | NS | 0 | 0 | NS | 0 | 0 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | 0.2 | 0 | 0 | NS | 0 |
| Field Cl2 Check for CNs | POS | NEG | NEG | NS | NEG | NEG | POS | POS | NEG | POS | NEG | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Field Sulfide Check | NEG | NEG | NEG | NS | NEG | NOT YET | NEG | NEG | NEG | NEG | NEG | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NEG | NEG | NEG | NEG | NEG | NEG |
| Cyanide - Available/Amenable | ND | ND | ND | NS | 0.0768 | NOT YET | ND | ND | ND | 0.269 | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Cyanide After Chlorination | ND | 0.0146 | 2.15 | NS | 0.0352 | NOT YET | ND | ND | ND | 0.035 | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Cyanide, total | 0.006 | 0.0068 | 0.0084 | NS | 0.112 | 0.0414 | 0.0292 | 0.0252 | 0.0414 | 0.299 | 0.0336 | ND | ND | 0.016 | 0.0028 | ND | ND | ND | 0.0912 | 0.0872 | ND | ND | ND | ND | ND | ND | 0.0702 | 0.00238 | ND | ND | ND | ND | 0.088 |
| E-coli Colilert-18 | NS | POSITIVE | POSITIVE | NS | POSITIVE | neg | POSITIVE | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Heterotrophic Plate Count | NS | >738 | >738 | NS | >738 | >738 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Total Coliform Colilert 18 | NS | POSITIVE | POSITIVE | NS | POSITIVE | POSITIVE | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Color | 5 | 15 | 100 | NS | 45 | 10 | 30 | 20 | 15 | 15 | 25 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Lab Spec. Conductance at 25 C | 1160 | 4450 | 2280 | NS | 3510 | 1190 | 3820 | 1250 | 4150 | 1190 | 12800 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Laboratory pH | 7.9 | 8.2 | 10.1 | NS | 7.5 | 8.4 | 8 | 8.4 | 8.1 | 8.2 | 7.4 | 8.1 | 7.6 | 8.1 | 8.1 | 8.2 | 8.7 | 8.1 | 8.1 | 8.1 | 8.1 | 8.1 | 8.1 | 8.1 | 8.1 | 8.1 | 7.69 | 8.2 | 7.09 | 6.97 | 8.1 | 8.6 | 8.1 | 8.2 (onsite) |

| Parameter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Langelier Saturation Index @22C | 0.1764 | 0.6535 | 2.365 | NS | -0.1524 | 0.5581 | 0.3506 | 0.6916 | 0.635 | 0.4722 | 0.02935 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| MBAS (Surfactant/Foaming Agents) | NS | ND | ND | NS | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Odor | NS | None Observed | None Observed | NS | none | None Observed | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Total Alkalinity (as CaCO3) | 118 | 162 | 128 | NS | 69.7 | 90 | 116 | 116 | 112 | 115 | 163 | 134 | 134 | 122 | 126 | 120 | 113 | 132 | 132 | 149 | 137 | 98.6 | 131 | 156 | 103 | 135 | 143 | 142 | 136 | 208 | 106 | 143 | 130 |
| Total Hardness (as CaCO3) | 260 | 270 | 230 | NS | 460 | 250 | 350 | 280 | 603 | 240 | 560 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Aluminum, Total | 0.0614 | 4.8 | 3.24 | NS | 0.415 | 0.833 | 2.56 | 0.927 | 0.218 | 0.951 | 0.952 | 0.0731 | 0.0586 | 0.0951 | 0.045 | 0.102 | 0.513 | 0.568 | 0.913 | 0.106 | 0.061 | 0.0288 | 0.0373 | 0.212 | 0.518 | 0.842 | 0.005 | 1.58 | 0.0702 | 1.88 | 0.00615 | 0.275 | 10.8 |
| Calcium | 68.8 | 85.5 | 66.2 | NS | 152 | 66.8 | 93.1 | 71.6 | 149 | 69.5 | 143 | 499 | 77.6 | 152 | 78.1 | 123 | 69.9 | 106 | 78.1 | 234 | 78.4 | 195 | 85.5 | 187 | 73.7 | 155 | 84.5 | 373 | 83.3 | 109 | 72.7 | 109 | 81 |
| Copper, Total | 0.00608 | 0.0256 | 0.0194 | NS | 0.0085 | 0.0208 | 0.0068 | 0.0124 | 0.00506 | 0.0133 | 0.00839 | NS | NS | NS | NS | NS | NS | 0.0107 | 0.0142 | 0.00434 | 0.00807 | 0.00534 | 0.00738 | 0.00534 | 0.00807 | 0.00534 | 0.00807 | 0.00474 | 0.00949 | 0.00986 | 0.0000747 | 0.00986 | 0.0175 |
| Iron, Total | 0.0687 | 10.4 | 7.04 | NS | 13.6 | 7.93 | 2.36 | 1.51 | 0.15 | 0.619 | 0.35 | 0.0408 | NS | NS | NS | NS | 0.043 | 0.127 | 0.369 | 0.817 | 0.0731 | 0.678 | ND | 0.265 | 0.129 | 0.14 | 0.376 | 0.691 | 1.41 | 0.702 | 1.31 | 1.31 | 1.72 |
| Manganese, Total | 0.00393 | 0.139 | 0.0909 | 0.346 | 0.289 | 0.163 | 0.0798 | 0.0465 | 0.0179 | 0.0262 | 0.0223 | 0.105 | 0.0561 | 0.0632 | 0.0207 | 0.0156 | 0.0137 | 0.0685 | 0.0428 | 0.016 | 0.0424 | 0.017 | 0.0247 | 0.0363 | 0.0119 | 0.074 | 0.0409 | 0.168 | 0.059 | 0.0394 | 0.0163 | 0.0394 | 0.071 |
| Silver, Total | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | 0.000065 | ND | ND | ND | ND | ND |
| Sodium | 136 | 351 | 343 | NS | 618 | 143 | 250 | 153 | 792 | 135 | 517 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Zinc, Total | 0.00721 | 0.855 | 0.594 | 0.877 | 0.0077 | 0.383 | 0.11 | 0.636 | 0.00695 | 0.18 | 0.0821 | 0.0713 | 0.762 | 0.155 | 0.688 | 0.0755 | 0.656 | 0.0913 | 1.40 | 0.111 | 1.5 | 0.0321 | 1.05 | 0.00516 | 0.205 | 0.941 | 0.001 | 0.131 | 1.42 | 0.0604 | 0.00443 | 0.0181 | 0.966 |
| Chloride | 143 | 1180 | 238 | NS | 881 | 147 | 997 | 164 | 1070 | 152 | 4080 | 10600 | 220 | 1810 | 213 | 981 | 201 | 1040 | 189 | 8670 | 186 | 1860 | 189 | 1950 | 228 | 1900 | 215 | 2370 | 83.3 | 641 | 197 | 1120 | 221 |
| Fluoride | ND | ND | ND | NS | 1.38 | ND | ND | 5.3 | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | 1.7 | 0.97 | 1.22 | 1.24 | NS | NS |
| Sulfate | 232 | 405 | 620 | NS | 337 | 230 | 293 | 240 | 402 | 232 | 630 | 1790 | 252 | 440 | 274 | 326 | 260 | 440 | 274 | 440 | 274 | 440 | 274 | 440 | 274 | 440 | 274 | 602 | 379 | 619 | 282 | 336 | 281 | 451 | 296 |
| Total Dissolved Solids | 700 | 2480 | 1400 | NS | 1950 | 530 | 2200 | 620 | 2450 | 660 | 7880 | 19800 | 780 | 3750 | 940 | 2060 | 520 | 2310 | 750 | 12700 | 680 | 3550 | 760 | 3920 | 880 | 2590 | 880 | 4860 | 950 | 1660 | 800 | 2120 | 820 |
| Corrosivity - Drinking Water | Slight Scale | Scale Forming | Scale Forming | NS | slight corr. | Scale Forming | Slight Scale | Scale Forming | Scale Forming | Slight Scale | SLIGHT SCALE | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| Chemical Oxygen Demand | 24.6 | 128 | 50.3 | NS | ND | ND | 53.2 | 24.6 | 21.7 | ND | 33.2 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | 10.7 | <20.0 | ND | ND | ND | ND |
| Phosphorus (as P), total | 22.5 | 0.846 | 0.312 | NS | 0.172 | 0.0694 | 0.24 | 0.16 | 0.277 | 0.176 | 0.0975 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | 0.063 | 0.0241 | 0.572 | 0.17 | NS | NS |
| Fluoride | ND | ND | 1.42 | NS | 1.45 | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | 1.7 | 0.97 | 1.22 | 1.24 | NS | NS |
| Nitrate-Nitrite Nitrogen | ND | 0.892 | 0.682 | NS | 2.55 | 0.838 | ND | ND | 0.912 | ND | ND | 1.29 | 0.567 | 1.77 | 0.695 | 1.71 | 0.824 | 1.85 | 1.13 | 0.754 | 1.63 | 1.08 | 1.61 | 2.24 | 1.42 | 4.42 | 1.39 | NS | NS | NS | NS | NS | NS |
| Oil and Grease (HEM) | ND | ND | ND | NS | ND | ND | ND | ND | ND | ND | ND | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | ND | ND |
| Total Suspended Solids | ND | 3970 | 223 | NS | 370 | 34 | 208 | 49 | 34.9 | 15.5 | 52.7 | 4.5 | 5.6 | 3.6 | ND | 5.1 | 7.8 | 3.6 | ND | 3.6 | ND | 3.6 | ND | 3.6 | ND | 3.6 | ND | 73.3 | 17.8 | 49.9 | 7.5 | 724 | 7.1 | 724 | 19 |
| Total Kjeldahl Nitrogen | 1.28 | 2.83 | 1.92 | NS | 0.959 | 0.588 | 1.03 | 1.31 | 1.29 | 1.3 | 1.94 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | 0.283 | 0.064 | 0.747 | 0.372 | 52.6 | NS |
| Biochemical Oxygen Demand (BOD5) | 3.13 | ND | 11.3 | NS | 8.31 | 4.39 | 9.17 | 12.8 | 4.85 | 4.82 | 7.69 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | 2.33 | 8.49 | 10.5 | 3.56 | NS | NS |
| Nickel | | | | | | | | | | | | 0.00857 | 0.00354 | 0.00381 | 0.00238 | 0.00289 | 0.00339 | 0.00586 | 0.00866 | 0.00698 | 0.00716 | 0.00444 | 0.0034 | 0.00544 | 0.00349 | 0.00897 | 0.001 | 0.00903 | 0.00626 | 0.00287 | 0.0000224 | 0.00422 | 0.0119 |
| Nitrogen, Total | 1.28 | 3.722 | 2.602 | NS | 3.509 | 1.426 | 1.03 | 1.31 | 2.202 | 1.3 | 1.94 | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | NS | ND | ND | ND | ND | 0.161 | NS | NS |