IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SAVE RGV,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br>　　　　　　Defendant. | Civil Action No.1:24-cv-00148 |

### DECLARATION OF JUSTIN STYER

I, Justin Styer, declare as follows:

1.　　I am over the age of 18, of sound mind, and if called upon, could testify under oath as to the following.

2.　　I have worked at Space Exploration Technologies Corp. ("SpaceX") for 7 years. I am currently Senior Director for Starship Operations at SpaceX. I have held that position for 2 years. Currently, my responsibilities include developing the Starship/Super Heavy launch system at Starbase, and I am involved in and/or aware of every major aspect of Starship/Super Heavy launch infrastructure and operations.

3.　　I make this Declaration in support of Plaintiff SpaceX's Opposition to Save RGV's Motion for a Temporary Restraining order or Preliminary Injunction. Except to the extent specifically noted, the facts stated herein are based on my personal knowledge or upon information collected at my direction from SpaceX personnel operating under my supervision, at my direction, and within the scope of their respective duties.

4.　　I understand that Save RGV has filed suit against SpaceX, taking the position that

each use of the SpaceX deluge water system results in an "unpermitted discharge" that violates the Clean Water Act. Save RGV seeks an Order preventing SpaceX from using the deluge water system until it obtains a different, "individual permit" that authorizes its use—which I understand could take several months to obtain. The deluge system is essential to ensuring flight safety, protecting the launch system, suppressing fire, and controlling environmental effects including dust, noise, and vibrations, and SpaceX cannot conduct static fires or launches of the Starship/Superheavy launch system without using it.

5. As detailed below, grounding the Starship/Super Heavy launch program for months would cause at least a day-for-day delay in the launch vehicle's development and operationalization. This would irreparably harm not only SpaceX, but also the United States Government, as well as the public.

6. Most critically, the delay requested by Plaintiff would SpaceX from performing Flight #5 of its Starship/Superheavy launch system, which is currently scheduled to occur on or about October 13, 2024, if the FAA issues the pertinent license. SpaceX is already engaged in, and has for several days been engaged in, pre-launch preparations. Having to stand down from this launch at this point would result in many millions of dollars in lost effort and consumables. In addition, the delay of this mission will create at least a day-for-day slip of the entire Starship development program possibly resulting in cancelling national airspace deconfliction, propellant boil off, loss of availability of range monitoring assets, and construction mobilization/demobilization costs.

7. In addition, the delay requested by Plaintiff would prevent SpaceX from performing all static fires and other launches flights that would otherwise be scheduled during this period. This suspension of flights and flights preparations would impact vital national security and

scientific interests that Starship/Super Heavy is contracted to serve, including the Artemis program that aims to return astronauts to the Moon by 2026; delay delivery of Internet access to unserved and underserved people in the United States and around the world; and jeopardize or delay SpaceX's receipt of billions of dollars of revenue tied to launching for Starship/Super Heavy.

8. In sum, each day of delay resulting from the Court granting Save RGV's requested relief will jeopardize this national priority and result in SpaceX's irreparable loss of millions of dollars and hard-earned competitive advantage.

**I.  SpaceX**

9. SpaceX was founded in 2002 with the ultimate goal of making life multi-planetary.

10. Since its founding, SpaceX has substantially reduced the cost of access to space by developing innovative, reliable, and reusable launch vehicles. This has made SpaceX the world's leading commercial space transportation company and an essential part of the United States' space program.

11. SpaceX's Falcon rockets—Falcon 9 and Falcon Heavy (collectively, "Falcon")—are the most reliable launch vehicles ever flown. To date, Falcon rockets have flown more than 345 successful missions—including well more than 300 consecutive successful missions since June 2015—with a greater-than-99% success rate. Falcon first stages are also the only orbital-class rocket stages capable of landing and reuse, and SpaceX has successfully landed and reused them more than 250 times to date.

12. Falcon rockets have transported astronauts, supplies, and science to the International Space Station ("ISS"); delivered the only entirely civilian crews ever flown to orbit and to the ISS; and delivered thousands of satellites to orbit, including national security payloads, NASA research payloads, and commercial satellites that provide people on Earth with myriad

critical services. For example, SpaceX's own Starlink satellite network, which is made possible by SpaceX's launch operations, has been deployed regularly to restore communications following natural disasters (*e.g.*, currently to communities affected by Hurricanes Helene and Milton) and during other crises (*e.g.*, to provide internet service to the Ukrainian government, humanitarian operations, and others in Ukraine following Russia's invasion).

13. SpaceX now handles about two-thirds of NASA's launches. SpaceX remains the only American entity certified by NASA to transport astronauts to the ISS. SpaceX also recently launched for NASA the climate-observing Jason-3 satellite, the planetary defense DART satellite, the planet-seeking Transiting Exoplanet Survey Satellite, the Imagine X-ray Polarimetry Explorer satellite, and the Psyche spacecraft and is scheduled to launch the Europa Clipper mission in the coming days.

14. SpaceX is also one of only two providers certified to perform launches for the national security and intelligence communities under the National Security Space Launch ("NSSL") program. In 2020, the U.S. Space Force ("Space Force") selected SpaceX to launch not less than 40% of all NSSL payloads for the U.S. Government through at least 2027. The defense and intelligence communities have entrusted SpaceX to launch critical and sensitive national security assets to space, including position, navigation, and timing satellites; intelligence, reconnaissance and surveillance spacecraft; missile warning satellites; space surveillance capability; classified assets; and other national security payloads.

## II. The Boca Chica facility

15. Over 10 years ago, SpaceX started looking for a location to construct and operate a private launch site that could provide needed launch capacity, trajectories, latitude, and geographic diversity; accommodate tight launch windows; and meet the FAA's public safety requirements.

On July 9, 2014, after a comprehensive evaluation of environmental impacts that the FAA and other agencies documented in a detailed Environmental Impact Statement and Record of Decision, the FAA approved SpaceX's construction and operation of launch site on private land in southern Texas near Boca Chica.[1] This is where SpaceX is developing Starship/Super Heavy.

16. SpaceX has invested more than $5 billion into developing its Boca Chica facilities and Starship/Super Heavy launch system. The launch facility already has significant infrastructure installations, including a vertical launch area ("VLA"); the launch and landing control center; and other supporting infrastructure that have been in use for years. The VLA includes an orbital launch pad; test pad; landing pad; orbital berm; tank farm and support equipment; orbital bunkers; access roads; and other infrastructure.

### III. The Starship/Super Heavy launch program

#### A. The Starship/Super Heavy launch vehicle

17. After the FAA approved the Boca Chica launch site, SpaceX began to develop a new, fully reusable, super heavy-lift launch system consisting of the Super Heavy first—or booster—stage, and Starship second stage. The combined launch vehicle (herein, Starship/Super Heavy) is stacked and integrated for launch and then separates after launch, with the Super Heavy designed to land separately from Starship. In conjunction with designing and building Starship/Super Heavy, SpaceX has built both manufacturing and launch facilities at Starbase, including an integration tower at the VLA that enables SpaceX to integrate the Starship second stage with the Super Heavy first stage. The tower and launch system are used for engineering and developmental testing of the launch vehicle, in addition to licensed launches.

---

[1] The Environmental Impact Statement is available at https://www.faa.gov/space/environmental/nepa_docs/spacex_texas_eis/. The July 2014 Record of Decision is available at https://www.faa.gov/space/environmental/nepa_docs/spacex_texas_eis/media/SpaceX_EIS_ROD.pdf.

18.     Starship/Super Heavy represents a significant advancement in space technology. The system is designed to carry to low-Earth orbit ("LEO") payloads with a volume up to 100 cubic meters and a mass of around 150 metric tons using reusable first and second stages (and up to 250 metric tons in future iterations). This is some 20 times the mass and volume of NASA's Apollo lunar lander. For comparison, SpaceX's Falcon 9—which is only partially reusable and for most uses is the most cost-effective launch vehicle operating today—can deliver close to 20,000 kg to LEO. Starship/Super Heavy can bring 150,000 kg to orbit—roughly the weight of Statute of Liberty without its base—while reusing the entire launch system, at prices that are expected eventually to rival, and even beat, Falcon 9's pricing.

19.     Starship/Super Heavy is powered by Raptor, the most advanced rocket engine ever built. It uses liquid methane and liquid oxygen as propellants. Liquid methane burns extremely cleanly, which reduces environmental impacts and improves engine reusability compared to more common rocket fuels like kerosene. It can also be stored in depots in space for months, enabling on-orbit refueling and significantly enhancing vehicle performance in space. And methane can be manufactured on Mars, supporting deep space exploration, a primary NASA objective and necessity for ensuring the United States maintains the lead in space technology amidst accelerated efforts in this arena from geopolitical rivals, such as China.

20.     The unprecedented size and lift capabilities of Starship/Super Heavy will enable unprecedented achievements. For instance, Starship/Super Heavy will enable scientists to focus on previously impossible science and to pursue the fastest, easiest way to get their missions from concept to execution by eliminating the need to miniaturize, reduce mass, and create a system of deployments to fit in smaller launch vehicles. Starship will also be able to serve as a human habitat on the Moon and Mars. As NASA scientists and other experts explained, "[t]he SpaceX Starship

vehicle fundamentally changes the paradigm for human exploration of space and enables humans to develop into a multi-planet species."[2] Similarly, a white paper prepared by a team of experts from NASA, the space industry, and academia explains why, "[g]iven the Starship's anticipated low cost, high payload capacity, and potential for high flight cadence, the opportunities presented for planetary science missions have the potential to dramatically increase our progress towards NASA Planetary Science & Astrobiology goals and objectives."[3]

### B. The Starship/Super Heavy launch program to date

21. SpaceX has used a development approach for Starship/Super Heavy that emphasizes physical testing and real-world data. To date, SpaceX has conducted numerous suborbital launches and landings of Starship prototypes at the Boca Chica launch site, ranging from just a few inches to over 10 kilometers above ground level, as well as numerous static fire engine tests, tank tests, and other hardware and operations testing. During a static fire engine test, the launch vehicle's Raptor engines briefly ignite for approximately 5-15 seconds and then shut down. Static fire engine testing allows SpaceX to assess whether all vehicle and ground systems are functioning properly and whether any design updates are needed.

22. Environmental review of the Starship/Super Heavy launch program began in early 2021. SpaceX proposed up to 5 integrated Starship/Super Heavy launches per year and 5 suborbital Starship launches per year from the Boca Chica launch site, including up to 10 landings of Starship

---

[2] Jennifer L. Heldmann, *et al.*, Mission Architecture Using the SpaceX Starship Vehicle to Enable a Sustained Human Presence on Mars, New Space (ahead of print) (Dec. 2, 2021), https://www.liebertpub.com/doi/10.1089/space.2020.0058.

[3] *See* Jennifer L. Heldmann, *et al.*, *Accelerating Martian and Lunar Science through SpaceX Starship Missions*, Planetary Science and Astrobiology Decadal Survey 2023-2032 white paper e-id. 518 (May 2021), *available at* https://surveygizmoresponseuploads.s3.amazonaws.com/fileuploads/623127/5489366/111-381503be1c5764e533d2e1e923e21477_HeldmannJenniferL.pdf.

7

and 5 landings of Super Heavy booster at Boca Chica per year, as well as static fire and other testing. As part of the orbital Starship/Super Heavy program, SpaceX also proposed building additional launch-related infrastructure, including the deluge system and other supporting infrastructure. The FAA, in coordination with several other federal agencies—including NASA, the National Park Service, U.S. Coast Guard, U.S. Army Corps of Engineers, and U.S. Fish and Wildlife Service—conducted a detailed environmental review of the launch program, including the deluge system. The FAA issued a final Programmatic Environmental Assessment and Mitigated Finding of No Significant Impact / Record of Decision for the launch program in 2022.[4] Exhibits A & B.

23.     SpaceX has launched Starship/Super Heavy four times since then. During the first launch on April 20, 2023, the launch vehicle successfully cleared the launch pad and flew for several minutes before breaking up over the Gulf of Mexico. The concrete launch pad was damaged during the launch, resulting in the dispersal of dust and debris. To prevent future pad breakups, reduce fire risk, and prevent the dispersal of in dust and debris, SpaceX installed the deluge system, reinforced the pad foundation, and installed steel plates over the foundation.

24.     SpaceX conducted the second launch of Starship/Super Heavy on November 18, 2023. Super Heavy's ascent phase was nominal, with all 33 Super Heavy Raptor engines working continuously through separation and delivering Starship to its expected post-separation trajectory. The deluge system successfully prevented a pad breakup and minimized dust and operated as expected.

---

[4] The Programmatic Environmental Assessment is available at https://www.faa.gov/sites/faa.gov/files/2022-06/PEA_for_SpaceX_Starship_Super_Heavy_at_Boca_Chica_FINAL.pdf. The Mitigated Finding of No Significant Impact / Record of Decision is available at https://www.faa.gov/sites/faa.gov/files/2022-06/20220613%20SpaceX%20Starship%20Super%20Heavy%20at%20Boca%20Chica_FONSI_ROD%20Final.pdf.

25. SpaceX conducted a third launch of Starship/Super Heavy on March 14, 2024. During this launch, Starship successfully reached orbit. The deluge system again worked to minimize dust and debris and operated as expected.

26. SpaceX conducted a fourth launch of Starship/Super Heavy on June 6, 2024. During this launch, Starship reached orbit and successfully reentered. Both Starship and the Super Heavy booster also performed a flight test of their landing capabilities over the ocean. The deluge system again worked to minimize dust and debris and operated as expected.

**IV. Harms to SpaceX and the public if the Court granted Save RGV's requested relief and Starship/Super Heavy cannot launch**

27. If SpaceX's Starship/Super Heavy program were delayed by several, the Artemis program, and other critical public interests would suffer significant and irreparable harms.

28. SpaceX has invested well over $5 billion into developing its Boca Chica facility and Starship/Super Heavy launch system, in addition to billions more invested to develop Starlink. SpaceX expects to generate a return on these investments through various revenue streams, including though Starship-related government and commercial contracts and sales of Starlink internet services. Indeed, SpaceX has already entered into billions of dollars' worth of contracts that depend on Starship/Super Heavy. If the Court were to grant Save RGV's requested relief, not only SpaceX, but also the critical national interests Starship/Super Heavy will serve, will be irreparably harmed, as further explained below.

**A.  NASA's Artemis Program and Human Landing System Program**

29. In April 2021, NASA selected SpaceX's Starship/Super Heavy exclusively to serve as the Human Landing System ("HLS") to ferry American astronauts to and from the surface of

9

the Moon under the Artemis Program.[5] Having been selected to perform this mission, SpaceX is responsible for this critical element of NASA's most ambitious human spaceflight program since Apollo. If Starship/Super Heavy cannot launch several months due to the Court granting Save RGV's requested relief, it will delay—likely day-for-day or more—SpaceX's ability to perform its obligations under the HLS contract.

30.     Under the HLS contract, before landing Americans on the Moon, Starship must perform several complex tasks that demonstrate its safety and reliability for human spaceflight, deep space navigation, and landing on the Moon. To meet these objectives on schedule, SpaceX and NASA have crafted a robust development, test, and operational campaign that requires rapid flight testing by SpaceX. Fundamental to this campaign is a progression of Starship/Super Heavy launches that began with the first test flight of the integrated vehicle in April 2023 and will culminate with the crewed lunar return in 2026. This campaign includes a series of successful launches, an on-orbit propellant refilling test (which consists of two orbital Starship/Super Heavy launches, with one Starship refilling the other with propellant while they are in orbit), and a successful uncrewed landing of Starship on the lunar surface, all prior to the crewed landing mission scheduled for 2026.

31.     The initial HLS contract has a value of $2.9 billion. To earn this money, SpaceX must execute the testing, development, and launch campaign outlined above, providing insight and presenting evidence to NASA upon completion of each step. Specifically, there are major milestone payments which could total almost $1 billion associated with the first successful

---

[5] NASA has stated that it is of increasing national importance to maintain NASA's aggressive schedule for Artemis, which currently includes plans to land Americans on the moon by 2026. Kathryn Hambleton & Rachel Kraft, NASA, *NASA Shares Progress Toward Early Artemis Moon Missions with Crew* (Jan. 9, 2024), https://www.nasa.gov/news-release/nasa-shares-progress-toward-early-artemis-moon-missions-with-crew/.

integrated launch, propellant transfer demonstration flights, long-duration orbital flight of Starship/Super Heavy, uncrewed lunar landing, and crewed lunar landing itself, as well as design and verification events that cannot proceed until the corresponding system maturity has been achieved and demonstrated in flight.

32. In November 2022, NASA announced the award of a second human lunar landing mission to SpaceX to follow the initial demonstration missions. This contract modification increased the HLS contract value by $1.15 billion. If the first crewed Moon landing mission were to be delayed, this second mission would at a minimum be delayed, or NASA might choose not to authorize additional work to proceed.

33. Because NASA's program relies directly on SpaceX to perform an essential element of the Artemis mission, any delay to the Starship/Super Heavy program from the Court granting Save RGV's requested relief would delay the U.S. space program, and specifically NASA's objectives to return astronauts to the Moon in advance of our rivals, a major harm to the nation's policy goals. It will also harm SpaceX by delaying its receipt of billions of dollars in revenues, and by hurting its reputation.

    **B.**    **National Security Launch Services**

34. The Air Force Research Lab, in tandem with U.S. Transportation Command, has established the "Rocket Cargo" program as part of its Vanguard Initiative. The purpose of the Vanguard Initiative is to "deliver remarkable new capabilities that provide warfighters with superior advantages in the battlefield." In January 2022, the Air Force Research Lab awarded SpaceX a contract to demonstrate a self-sustaining Rocket Cargo transportation service. This strategic investment by the Air Force Research Lab will culminate in an orbital launch and landing of 30 metric tons of government-provided cargo using the Super Heavy/Starship launch system.

Over $149 million of payments under this contract are tied to Starship/Super Heavy development and performance milestones, including launch and landing of an integrated vehicle. Therefore, any delay in further Starship/Super Heavy flights would delay revenue under the contract for SpaceX and result in at least a day-for-day delay of an important part of the military's Vanguard Initiative.

35. SpaceX also plans to use Starship/Super Heavy to deliver national security payloads to orbit. For SpaceX to be able to bid the Starship/Super Heavy launch system for these NSSL mission, the system must have demonstrated sufficient and suitable flight heritage to satisfy relevant NSSL flight criteria and/or to qualify for NSSL contract opportunities. The sooner SpaceX can start launching Starship/Super Heavy, the more quickly this system will be available to perform NSSL missions. Any delay in integrated Starship/Super Heavy flights would delay SpaceX's ability to offer Starship/Super Heavy's unprecedented capabilities to the defense and intelligence communities to ensure the United States' national security.

### C.     Starlink/Starshield

36. SpaceX is currently developing Starlink, its global satellite-based internet service. As of today, SpaceX has more than 6,000 active Starlink satellites in orbit and is providing services to more than 3 million active customers in 99 markets globally. But the system's ability to achieve its ultimate goal of delivering high-quality internet to tens of millions of people throughout the world will require SpaceX to insert thousands of its more capable V3 Starlink satellites into the constellation. As the V3 Starlink satellite is designed to launch exclusively on Starship/Super Heavy, a delay to SpaceX's ability to continue performing integrated Starship/Super Heavy launches will delay SpaceX's ability to enhance the Starlink constellation and deliver high-quality broadband to more users in more places.

37. SpaceX is delivering, through its Starshield program, national security satellite

capabilities. These services include earth observation, communications, and hosted payloads for the Department of Defense and the intelligence community. The ongoing development of technology to support these services will require Starship's launch capacity and payload volume. Thus, any delay to Starship's launch schedules could delay the development and deployment of upcoming national security satellite systems.

### D. Harm to SpaceX from delaying Starlink deployment

38. Starlink is facing intense competition in the broadband internet services market generally, and specifically from entities, including those with national backing, racing to deliver connectivity using LEO satellite constellations. To compete, SpaceX must build out the Starlink constellation to offer high-quality internet service as quickly as possible to as many customers around the world as possible. Critically, SpaceX must launch as many of a new model of Starlink satellites ("version 3" or "v3") into orbit as quickly as possible. These new V3 Starlink satellites will have over 10x the capacity of the current version of satellites ("v2 mini"), which are the most capable Starlink satellites that can be launched on Falcon rockets today. But v3 satellites can be launched only on Starship, which has a much larger payload volume than Falcon 9 and can deliver more than 5 times the mass to orbit of the Falcon 9. SpaceX's ability to start launching integrated Starship missions—and thus to place V3 Starlink satellites into orbit—is essential to Starlink's ability to compete in a global market and ensure anyone can get access to high-speed broadband no matter where they are.

39. The delay in SpaceX's ability to serve more customers that would result from a delay in launching its V3 Starlink satellites is not theoretical. The high demand for Starlink services in the United States threatens to outstrip capacity, and the ability to start launching V3 satellites will impact Starlink's ability to serve millions of would-be customers. The deployment of V3

Starlink satellites would enable SpaceX to start service for these would-be customers far more quickly than simply continuing to launch more V2mini Starlink satellites.

### E. Harm to the public from delaying Starlink deployment

40. As discussed above, Starlink has the ability to quickly bring internet connectivity to most parts of the world. In most locations, all that is needed are Starlink user terminals. In others, ground stations might be required, but even these can be deployed in a matter of days with local cooperation. SpaceX has used this capability to assist people in dire need.

41. SpaceX also has contracts in place to provide Starlink services to U.S. Government entities. For instance, many National Parks now rely on Starlink to provide connectivity in otherwise completely unconnected regions. The Department of Homeland Security is utilizing Starlink at many remote border crossing stations and for various data backhaul requirements. The U.S. Navy and the Coast Guard are each in the process of outfitting vessels that transit international waters globally with Starlink capabilities, with the Navy having already demonstrated Starlink's ability to provide high-speed connectivity to the 5,000+ sailors aboard a deployed aircraft carrier for morale and welfare purposes. The Navy has ramped up its procurement of Starlink-derived capabilities since early-2023 and has outfitted an increasing number of vessels. The Space Force in 2023 awarded the DoD-wide Commercial Satellite Communications Office Proliferated Low-Earth Orbit (PLEO) contract with SpaceX as an awardee. SpaceX currently has three separate active task orders under the PLEO contract and is providing Starlink-derived services to hundreds of mission partners across the Department of Defense. As SpaceX establishes more scalable Department of Defense commercial satellite communications contracts, the national defense community will increasingly benefit from the expansion of the Starlink constellation that Starship/Super Heavy will provide.

42. With its rapid deployment capabilities, Starlink is also ideal for supporting areas struck by natural disasters, and SpaceX has responded to disasters around the globe to provide connectivity to tens of thousands of people. To date, SpaceX has provided more than 17,000 Starlink terminals for disaster response and relief efforts related to Hurricane Helene and Hurricane Milton, including several thousand sent directly to Florida and North Carolina. These terminals are in addition to those that were already in the area or that were purchased at a retailer. SpaceX is offering free service to residential customers in the impacted areas of these hurricanes as well. In addition, SpaceX has temporarily activated its new service that provides satellite service directly to cell phones when terrestrial networks are out. SpaceX is enabling Wireless Emergency Alerts for all wireless phones and SMS texting to T-Mobile customers, all free of charge.

43. SpaceX's ability to rapidly establish internet connectivity in times of crisis or for unconnected, low-income communities is, like our ability to offer commercial service, constrained by the existing constellation. To more quickly add capacity needed to scale connectivity and adequately address connectivity needs across the globe, SpaceX must build out the Starlink constellation with v.3 Starlink satellites. These satellites can be deployed only using the Starship/Super Heavy system.

F. **Summary of harm to SpaceX if the Court granted Save RGV's requested relief**

44. In sum, if the Court were to grant Save RGV's requested relief, it will delay SpaceX's ability to perform work that it is obligated to perform under significant government and commercial contracts, and, as a consequence, would delay its receipt of billions of dollars of revenues that it is entitled to receive upon completion of that work. The impacts of this on SpaceX would be hard to overstate.

45. First, depending on how far into the already ongoing launch operations SpaceX were when ordered to stand down, the order would cost SpaceX many millions of dollars in lost time and materials it has invested in the current launch.

46. Second, delaying the receipt of billions of dollars in revenue would impact the company's finances because the company depends on revenues to pay for its operations and for ongoing investments—including to further develop Starship/Super Heavy and expand its global Starlink infrastructure—that are essential to the company's business plans.

47. For each billion dollars in contract revenues delayed, using the 3-month treasury rate of approximately 4.6%, that would be a loss of over $100,000 a day.

48. Third, SpaceX would incur costs of maintaining its Starbase facility at Boca Chica and the Starship/Super Heavy program with little to no return. These expenses, including headcount, facilities, and overhead, would cost SpaceX approximately $4 million per day.

49. Further, there would be less tangible but extremely impactful harms of any delay in Starship, including lost opportunities to provide Starship launches to paying customers, lost opportunity to expand SpaceX's Starlink constellation and grow its customer base ahead of the competition, and similar lost or delayed business opportunities.

50. True and correct copies of the referenced documents are attached as exhibits.

51. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of October, 2024, in Brownsville, Texas.

_____
Justin Styer