# Exhibit A

**From:** Steven Schar <Steven.Schar@Tceq.Texas.Gov>
**Sent:** Thursday, September 19, 2024 1:40 PM
**To:** Joseph Smith <Joseph.Smith@spacex.com>
**Cc:** Morgan Johnson <Morgan.Johnson@tceq.texas.gov>; Sheila McCorkle <Sheila.McCorkle@spacex.com>; Katy Groom <Katy.Groom@spacex.com>; Mat Dunn <Mat.Dunn@spacex.com>
**Subject:** RE: SpaceX | Proposed Launchpad (Deluge) Operations

Joseph,

Thank you for your email.

To answer your question:  Yes and prior to final execution of the agreed order and so long as SpaceX follows the ordering provisions of the agreed order, TCEQ will consider SpaceX to be in compliance with the agreed order for any future discharges from the water deluge system, and as such, no further enforcement actions will be initiated for the same violation. This order will remain in effect until such time that the draft Texas Pollutant Discharge Elimination System

(TPDES) permit No. WQ0005462000 is issued.

*Steven Schar*
*Deputy Executive Director*
*Texas Commission on Environmental Quality*

**From:** Joseph Smith <Joseph.Smith@spacex.com>
**Sent:** Wednesday, September 18, 2024 3:08 PM
**To:** Steven Schar <Steven.Schar@Tceq.Texas.Gov>
**Cc:** Morgan Johnson <Morgan.Johnson@tceq.texas.gov>; Sheila McCorkle <Sheila.McCorkle@spacex.com>; Katy Groom <Katy.Groom@spacex.com>; Mat Dunn <Mat.Dunn@spacex.com>
**Subject:** SpaceX | Proposed Launchpad (Deluge) Operations

Steven:

Thank you again for taking the time to chat with us.

As discussed on the call, and in light of the Agreed Order that states that "until such a time that authorization to discharge is obtained…[SpaceX] <u>may continue to operate the Facility under the following conditions</u>…" (thereinafter listing certain effluent limitations and sampling and monitoring requirements), we would like to confirm that SpaceX is authorized to operate the deluge system now so long as it complies with all technical requirements/conditions of the Agreed Order and the applicable Stormwater Pollution Prevention Plan(s)?

We appreciate you confirming this as we prepare for upcoming system testing in preparation for Flight 5.

Thank you,
Joseph

**Joseph C. Smith**
Environmental Counsel
Direct:   +1 202 649 2663
Mobile: +1 202 768 0679



This email message is for the sole use of the intended recipient(s) and **may contain confidential and privileged information**. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.