# Exhibit C



**REGION 6**

DALLAS, TX  75270

September 12, 2024

TRANSMITTED VIA E-MAIL

Ms. Sheila McCorkle
V.P., Starship Legal and Regulatory
Space Exploration Technologies Corporation (SpaceX)
1 Rocket Road
Hawthorne, CA 90205
sheila.mccorkle@spacex.com

RE:     Administrative Order Docket Number: CWA-06-2024-1746
         Facility Identification Number:  TXU009110

Dear Ms. McCorkle:

This is to acknowledge receipt of several communications from SpaceX in response to Administrative Order CWA-06-2024-1746, including documentation SpaceX submitted a TPDES Industrial Permit application to the Texas Commission on Environmental Quality (TCEQ). After a review by our technical staff, the materials you submitted have been determined to have satisfactory met the requirements in the above-referenced Administrative Order, and it is hereby closed.

Thank you for your attention to this matter.

Sincerely,

Digitally signed by
CHERYL SEAGER
Date: 2024.09.12
16:23:48 -05'00'

Cheryl T. Seager, Director
Enforcement and
 Compliance Assurance Division

ec:     brett.lanham@tceq.texas.gov