# Exhibit F

| | Arsenic, Total | MSGP Daily Max Limit |
|---|---|---|
| Launch 2 - 11/18/2023 | 0 | 0.3 |
| Static Fire - 12/29/2023 | 0.00211 | 0.3 |
| Wet Dress - 2/14/2024 | 0.00192 | 0.3 |
| Deluge Test - 3/10/2024 | 0.00214 | 0.3 |
| Launch 3 - 3/14/2024 | 0.00184 | 0.3 |
| Deluge Test - 4/5/2024 | 0.00201 | 0.3 |

| | Barium, Total | MSGP Daily Max Limit |
|---|---|---|
| Launch 2 - 11/18/2023 | 0.0889 | 4.0 |
| Static Fire - 12/29/2023 | 0.013 | 4.0 |
| Wet Dress - 2/14/2024 | 0.084 | 4.0 |
| Deluge Test - 3/10/2024 | 0.0954 | 4.0 |
| Launch 3 - 3/14/2024 | 0.0852 | 4.0 |
| Deluge Test - 4/5/2024 | 0.12 | 4.0 |

| | Cadmium, Total | MSGP Daily Max Limit |
|---|---|---|
| Launch 2 - 11/18/2023 | 0.0003 | 0.3 |
| Static Fire - 12/29/2023 | 0.0013 | 0.3 |
| Wet Dress - 2/14/2024 | 0.000576 | 0.3 |
| Deluge Test - 3/10/2024 | 0 | 0.3 |
| Launch 3 - 3/14/2024 | 0 | 0.3 |
| Deluge Test - 4/5/2024 | 0.000384 | 0.3 |

| | Chromium, Total | MSGP Daily Max Limit |
|---|---|---|
| Launch 2 - 11/18/2023 | 0.372 | 5 |
| Static Fire - 12/29/2023 | 0.0115 | 5 |
| Wet Dress - 2/14/2024 | 0.00315 | 5 |
| Deluge Test - 3/10/2024 | 0.0013 | 5 |
| Launch 3 - 3/14/2024 | 0.0526 | 5 |
| Deluge Test - 4/5/2024 | 0.0106 | 5 |

| | Copper, Total | MSGP Daily Max Limit |
|---|---|---|
| Launch 2 - 11/18/2023 | 0.00595 | 2.0 |
| Static Fire - 12/29/2023 | 0.0142 | 2.0 |
| Wet Dress - 2/14/2024 | 0.00807 | 2.0 |
| Deluge Test - 3/10/2024 | 0.00738 | 2.0 |
| Launch 3 - 3/14/2024 | 0.00807 | 2.0 |
| Deluge Test - 4/5/2024 | 0.0146 | 2 |

| | Mercury, Total | MSGP Daily Max Limit |
|---|---|---|
| Launch 2 - 11/18/2023 | 0 | 0.01 |
| Static Fire - 12/29/2023 | 0 | 0.01 |
| Wet Dress - 2/14/2024 | 0 | 0.01 |
| Deluge Test - 3/10/2024 | 0 | 0.01 |
| Launch 3 - 3/14/2024 | 0 | 0.01 |
| Deluge Test - 4/5/2024 | 0 | 0.01 |

| | Manganese, Total | MSGP Daily Max Limit |
|---|---|---|
| Launch 2 - 11/18/2023 | 0.0137 | 3.0 |
| Static Fire - 12/29/2023 | 0.0428 | 3.0 |
| Wet Dress - 2/14/2024 | 0.0424 | 3.0 |
| Deluge Test - 3/10/2024 | 0.0247 | 3.0 |
| Launch 3 - 3/14/2024 | 0.0119 | 3.0 |
| Deluge Test - 4/5/2024 | 0.0409 | 3.0 |

| | Lead, Total | MSGP Daily Max Limit |
|---|---|---|
| Launch 2 - 11/18/2023 | 0 | 1.5 |
| Static Fire - 12/29/2023 | 0.000614 | 1.5 |
| Wet Dress - 2/14/2024 | 0 | 1.5 |
| Deluge Test - 3/10/2024 | 0 | 1.5 |
| Launch 3 - 3/14/2024 | 0 | 1.5 |
| Deluge Test - 4/5/2024 | 0.00044 | 1.5 |

| | Selenium, Total | MSGP Daily Max Limit |
|---|---|---|
| Launch 2 - 11/18/2023 | 0 | 0.3 |
| Static Fire - 12/29/2023 | 0.00257 | 0.3 |
| Wet Dress - 2/14/2024 | 0.000959 | 0.3 |
| Deluge Test - 3/10/2024 | 0.00149 | 0.3 |
| Launch 3 - 3/14/2024 | 0 | 0.3 |
| Deluge Test - 4/5/2024 | 0.000851 | 0.3 |

| | Zinc, Total | MSGP Daily Max Limit |
|---|---|---|
| Launch 2 - 11/18/2023 | 0.656 | 6 |
| Static Fire - 12/29/2023 | 1.4 | 6 |
| Wet Dress - 2/14/2024 | 1.5 | 6 |
| Deluge Test - 3/10/2024 | 1.05 | 6 |
| Launch 3 - 3/14/2024 | 0.205 | 6 |
| Deluge Test - 4/5/2024 | 0.941 | 6 |

| | Nickel | MSGP Max Daily Limit |
|---|---|---|
| Flight 2 11/18/2023 | 0.00339 | 3 |
| Static Fire 12/29/2023 | 0.00866 | 3 |
| Wet Dress 2/14/2024 | 0.00716 | 3 |
| Deluge Test 3/10/2024 | 0.0034 | 3 |
| Flight 3 3/14/2024 | 0.00349 | 3 |
| Deluge Test - 4/5/2024 | 0.00897 | 3 |

