United States District Court
Southern District of Texas
**ENTERED**
October 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SAVE RGV, <br><br> Plaintiff, <br><br> v. <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Defendant, | Civil Action No. 1:24-CV-00148 |

**ORDER**

Upon consideration of Defendant Space Exploration Technologies Corp.'s ("SpaceX") Unopposed Motion for Leave to Extend the Page Limit Regarding Its Opposition to Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction, it is, this 17th day of October, 2024, hereby,

**ORDERED**, that Defendant SpaceX's Unopposed Motion for Leave to Extend the Page Limit Regarding Its Opposition to Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction is **GRANTED**; and it further is

**ORDERED**, that leave is granted to exceed the Court's page limit. Defendant SpaceX's Opposition to Plaintiff Save RGV's Motion for Temporary Restraining Order and/or Preliminary Injunction shall be accepted as filed.

SO ORDERED.

_____
Hon. Rolando Olvera
United States District Judge

Dated: October 16, 2024     Respectfully submitted,

By: */s/ David L. Feinberg*
David L. Feinberg, Attorney-In-Charge
DC Bar No. 982635
S.D. Tex. Bar No. 3882833
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC 20001
202.344.8278
202.344.8300
dlfeinberg@venable.com


Tyler Welti, *pro hac vice*
California Bar No. 257993
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
415.653.3714
415.653.3755 (fax)
tgwelti@venable.com


DAVID G. OLIVEIRA
State Bar No. 15254675
Federal ID No. 34165
ROERIG, OLIVEIRA & FISHER, LLP
10225 N. 10th Street
McAllen, Texas 78504
Telephone: (956) 393-6300
Facsimile: (956) 386-1625
doliveira@rofllp.com

*Attorneys for Defendant Space Exploration Technologies Corp.*

Seen and approved:

*/s/ Lauren Ice*
Lauren Ice, Attorney-In-Charge
State Bar No. 24092560
S.D. Tex. Bar No. 3294105
lauren@txenvirolaw.com
PERALES, ALLMON & ICE, P.C.
1206 San Antonio St.
Austin, Texas 78701
Tel: (512) 469-6000
Fax: (512) 482-9346


Marisa Perales, *pro hac vice*
State Bar No. 24002750
marisa@txenvirolaw.com
PERALES, ALLMON & ICE, P.C.
1206 San Antonio St.
Austin, Texas 78701
Tel: (512) 469-6000
Fax: (512) 482-9346

*Attorneys for Save RGV*

3