**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| SAVE RGV,<br><br>          Plaintiff,<br><br>     v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>          Defendant, | Civil Action No. 1:24-CV-00148 |

**NOTICE OF CORRECTED DECLARATION OF KATY GROOM IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**

Defendant Space Exploration Technologies Corp. ("SpaceX") by and through undersigned counsel hereby submits this Notice and certifies the following:

1. On October 11, 2024, SpaceX filed a Response in Opposition[1] (Doc. No. 8) (hereinafter, "Opposition") to Plaintiff Save RGV's Emergency Motion for a Temporary Restraining Order or Preliminary Injunction (Doc. No. 5).

2. In support of its Opposition, SpaceX submitted the Declaration of Katy Groom (Doc. No. 8-6) (hereinafter, "Groom Declaration").

3. The Groom Declaration contains six photos depicting SpaceX's launch site and the deluge system that are the subject of Plaintiff's Motion.  *See* Groom Decl. ¶¶ 17, 20, 31.

4. Due to a file conversion error, the version of the Groom Declaration filed on October 11th contains black-and-white versions of the photos in paragraphs 17, 20, and 31.

---

[1] On October 15, 2024, SpaceX filed an Amended Response in Opposition brief to correct inadvertent typographical errors in the as-filed brief.  *See* Doc. No. 14.

5.  Attached to this Notice is an exact color copy of the Groom Declaration that was filed on

October 11, 2024.

Dated: October 22, 2024                    Respectfully submitted,

By:  */s/ David L. Feinberg*
David L. Feinberg, Attorney-In-Charge
DC Bar No. 982635
S.D. Tex. Bar No. 3882833
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC 20001
202.344.8278
202.344.8300
dlfeinberg@venable.com


Tyler Welti, *pro hac vice*
California Bar No. 257993
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
415.653.3714
415.653.3755 (fax)
tgwelti@venable.com


DAVID G. OLIVEIRA
State Bar No. 15254675
Federal ID No. 34165
ROERIG, OLIVEIRA & FISHER, LLP
10225 N. 10th Street
McAllen, Texas 78504
Telephone: (956) 393-6300
Facsimile: (956) 386-1625
doliveira@rofllp.com

*Attorneys for Defendant Space Exploration Technologies Corp.*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been filed via CM/ECF and is available for viewing and downloading electronically and has been served on all parties signed up for CM/ECF on October 22, 2024.

*/s/ David L. Feinberg*
David L. Feinberg