STATEMENT OF BASIS/TECHNICAL SUMMARY AND
EXECUTIVE DIRECTOR'S PRELIMINARY DECISION

## DESCRIPTION OF APPLICATION

| | |
|---|---|
| Applicant: | Space Exploration Technologies Corp.; Texas Pollutant Discharge Elimination System (TPDES) Permit No. WQ0005462000 (EPA I.D. No. TX0146251) |
| Regulated activity: | Industrial wastewater permit |
| Type of application: | New permit |
| Request: | New permit |
| Authority: | Federal Clean Water Act (CWA) §402; Texas Water Code (TWC) §26.027; 30 Texas Administrative Code (TAC) Chapter 305, Subchapters C-F, and Chapters 307 and 319; commission policies; and Environmental Protection Agency (EPA) guidelines |

## EXECUTIVE DIRECTOR RECOMMENDATION

The Executive Director has made a preliminary decision that this permit, if issued, meets all statutory and regulatory requirements. The draft permit will expire at midnight, five years from the date of permit issuance according to the requirements of 30 TAC §305.127(1)(C)(i).

## REASON FOR PROJECT PROPOSED

The applicant has applied to the Texas Commission on Environmental Quality (TCEQ) for a new permit.

## PROJECT DESCRIPTION AND LOCATION

The applicant currently operates the Starbase Launch Pad Site, a site for rocket launch activity of SpaceX Starship-Super Heavy launch vehicles.

The wastewater system consists of two (2) above-ground containment basins that capture deluge water used during vehicle launch and return to launch site activities. The captured water is stored and reused for various purposes at the facility. Discharge consists of excess deluge water not captured due to overspray, facility washdown water during maintenance events, and stormwater.

The facility is located on the south side of the eastern terminus of State Highway 4, near the City of Brownsville, Cameron County, Texas 78521.

### Discharge Route and Designated Uses
The effluent is discharged to tidal wetlands, thence to Rio Grande Tidal in Segment No. 2301 of the Rio Grande Basin. The unclassified receiving water uses are high aquatic life use for the tidal wetlands. The designated uses for Segment No. 2301 are primary contact recreation and exceptional aquatic life use. The effluent limits in the draft permit will maintain and protect the existing instream uses. All determinations are preliminary and subject to additional review and revisions.

### Antidegradation Review
In accordance with 30 TAC §307.5 and TCEQ's *Procedures to Implement the Texas Surface Water Quality Standards* (June 2010), an antidegradation review of the receiving waters was performed. A Tier 1 antidegradation review has preliminarily determined that existing water quality uses will not be impaired by this permit action.  Numerical and narrative criteria to protect existing uses will be maintained. A Tier 2 review has preliminarily determined that no significant degradation of water

STATEMENT OF BASIS / TECHNICAL SUMMARY AND
EXECUTIVE DIRECTOR'S PRELIMINARY DECISION
TPDES Permit No. WQ0005462000

quality is expected in tidal wetlands, which has been identified as having high aquatic life use. Existing uses will be maintained and protected. The preliminary determination can be reexamined and may be modified if new information is received.

**Endangered Species Review**
The discharge from this permit is not expected to have an effect on any federal endangered or threatened aquatic or aquatic-dependent species or proposed species or their critical habitat. This determination is based on the United States Fish and Wildlife Service's (USFWS) biological opinion on the State of Texas authorization of the TPDES (September 14, 1998; October 21, 1998 update). To make this determination for TPDES permits, TCEQ and EPA only consider aquatic or aquatic dependent species occurring in watersheds of critical concern or high priority as listed in Appendix A of the USFWS biological opinion. Though the piping plover, *Charadrius melodus* Ord, can occur in Cameron County, the discharge is not to a watershed of high priority per Appendix A of the USFWS biological opinion. The determination is subject to reevaluation due to subsequent updates or amendments to the biological opinion. The permit does not require EPA review with respect to the presence of endangered or threatened species.

**Impaired Water Bodies**
Segment No. 2301 is not currently listed on the state's inventory of impaired and threatened waters, the 2022 CWA §303(d) list.

**Completed Total Maximum Daily Loads (TMDLs)**
There are no completed TMDLs for Segment No. 2301.

**Dissolved Oxygen**
As summarized in the TCEQ Interoffice Memorandum dated July 23, 2024, due to intermittent nature of the discharge and the low levels of oxygen-demanding substances expected in the wastewaters from this facility, no significant dissolved oxygen depletion is anticipated in the receiving waters as a result of this discharge.

**SUMMARY OF EFFLUENT DATA**

Self-reporting data is not available because this is a new permit application.

**DRAFT PERMIT CONDITIONS**

The draft permit authorizes the discharge of deluge water (used for launch and return to launch site activities), facility washdown water, and stormwater on an intermittent and flow-variable basis via Outfalls 001 and 002.

Effluent limitations are established in the draft permit as follows:

| Outfall | Pollutant | Daily Average | Daily Maximum |
|---------|-----------|---------------|---------------|
| 001 & 002 | Flow | Report MGD | Report MGD |
| | Chemical Oxygen Demand | Report mg/L | 200 mg/L |
| | Oil & Grease | Report mg/L | 15 mg/L |
| | Temperature [1] | n/a | Report °F |
| | Total Copper [1] | n/a | Report mg/L |
| | Total Mercury [1] | n/a | Report mg/L |

STATEMENT OF BASIS / TECHNICAL SUMMARY AND
EXECUTIVE DIRECTOR'S PRELIMINARY DECISION
TPDES Permit No. WQ0005462000

| Outfall | Pollutant | Daily Average | Daily Maximum |
|---------|-----------|---------------|---------------|
| 001 & 002 | Total Thallium[1] | n/a | Report mg/L |
| | Total Zinc[1] | n/a | Report mg/L |
| | pH | 6.0 SU (min) | 9.0 SU |

[1]    Effective beginning upon date of permit issuance and lasting for a period of 58 months.

OUTFALL LOCATIONS

| Outfall | Latitude | Longitude |
|---------|----------|-----------|
| 001 | 25.996058 N | 97.155238 W |
| 002 | 25.996186 N | 97.158220 W |

**Technology-Based Effluent Limitations**
Regulations in Title 40 of the Code of Federal Regulations (40 CFR) require that technology-based limitations be placed in wastewater discharge permits based on effluent limitations guidelines, where applicable, or on best professional judgment (BPJ) in the absence of guidelines.

Effluent limitations for chemical oxygen demand, oil & grease, and pH are based on the standard limitations normally applied to instantaneous industrial stormwater discharges. These are indicator parameters of the quality of the discharge. Based on the presumption of the quality of the other contributing wastestreams being consistent with the quality of stormwater runoff of the facility, these limitations are imposed on the discharge of the commingled wastestreams via the designated outfalls. The monitoring/reporting requirement for flow is based on 40 CFR 122.44(i)(1)(ii).

**Water Quality-Based Effluent Limitations**
Calculations of water quality-based effluent limitations for the protection of aquatic life and human health are presented in Appendix A. Aquatic life criteria established in Table 1 and human health criteria established in Table 2 of 30 TAC Chapter 307 are incorporated into the calculations, as are recommendations in the Water Quality Assessment Team's memorandum dated July 16, 2024. TCEQ practice for determining significant potential is to compare the reported analytical data from the facility against percentages of the calculated daily average water quality-based effluent limitation. Permit limitations are required when analytical data reported in the application exceeds 85 percent of the calculated daily average water quality-based effluent limitation. Monitoring and reporting is required when analytical data reported in the application exceeds 70 percent of the calculated daily average water quality-based effluent limitation.

Data reported in Worksheet 2.0 of the application was incomplete because only two (2) rounds of sampling was submitted, and Worksheet 2.0 requires four (4) rounds of representative samples. A retest requirement (Other Requirement No. 12) is included in the draft permit that requires submittal of the complete four (4) rounds of sampling.

The partial submittal was screened against the calculated water quality-based effluent limitations as a preliminary review. With the following exceptions, reported analytical data from the preliminary review does not exceed 70 percent of the calculated daily average water quality based effluent limitation for aquatic life protection or human health protection.

- In the cases of total copper, total thallium, and total zinc two (2) analytical results were submitted for each parameter in Worksheet 2.0 of the application. In all cases, the result for one sample was below the screening level to not require any action in the permit, and the result

STATEMENT OF BASIS / TECHNICAL SUMMARY AND
EXECUTIVE DIRECTOR'S PRELIMINARY DECISION
TPDES Permit No. WQ0005462000

for the other sample exceeded the screening criteria to require effluent limitations to be placed in the permit.

- In the case of total mercury two (2) analytical results were submitted in Worksheet 2.0 of the application. The result of the first sample is listed as "113 ug/L" in the original Table 2 of Worksheet 2.0, however, a review of the submitted lab reports included the result of "<0.113 ug/L" which was corrected in the subsequently submitted updated Worksheet 2.0 of the application. The result of the second sample is listed as "0.139 ug/L" in both versions of Table 2 of Worksheet 2.0, however, a review of the submitted lab reports indicates that the result includes a "J flag" which denotes the analyte was detected below quantitation limit and makes the reported value unreliable. The level of detection for both samples were above the requirement minimum analytical level of 0.005 ug/L as listed in Appendix E of IPs.

- Worksheet 2.0 of the application included two measurements for temperature of 28.1 $^{0}$C and 38 $^{0}$C, which were inadvertently listed with the units of measure of $^{0}$F. These measurements convert to 82.6 $^{0}$F and 100.4 $^{0}$F, respectively. Self-expiring monitoring/reporting requirement for temperature is included at Outfalls 001 and 002 for the purpose of gathering more data during the term of the permit to determine if any further action regarding temperature will be required during the next permit renewal action.

In all cases above, after a sufficient number of samples are collected and reviewed, an amendment may be initiated by TCEQ staff to include additional effluent limitations, monitoring requirements, or both.

### Total Dissolved Solids (TDS), Chloride, and Sulfate Screening

Segment No. 2301, which receives the discharges from this facility, does not have criteria established for TDS, chloride, or sulfate in 30 TAC Chapter 307; therefore, no screening was performed for TDS, chloride, or sulfate in the effluent.

### pH Screening

The draft permit proposes pH limits of 6.0 – 9.0 SU at Outfall 001 and 002, which discharge into unclassified water bodies. Consistent with the procedures for pH screening that were submitted to EPA with a letter dated May 28, 2014, and approved by EPA in a letter dated June 2, 2014, requiring a discharge to an unclassified water body to meet pH limits of 6.0 – 9.0 standard units reasonably ensures instream compliance with *Texas Surface Water Quality Standards* pH criteria. These limits are being proposed in the draft permit.

### 316(b) Cooling Water Intake Structures

The facility obtains water from Brownsville Public Utilities Board, a public water system (PWS No. TX0310001), for cooling purposes. The use of water obtained from a public water system for cooling purposes does not constitute the use of a cooling water intake structure; therefore, the facility is not subject to Section 316(b) of the CWA or 40 CFR Part 125, Subpart J.

The facility may also utilize reclaimed effluent (TCEQ authorization No. 2E0000327) and reclaimed water from internal operations, as additional sources of water for cooling purposes. According to the rules applicable to cooling water intake structures (40 CFR § 125.91(c)), the use of reclaimed water (TCEQ authorization No. 2E0000327 and reclaimed water from internal operations) does not constitute the use of a cooling water intake structure; therefore, the facility is not subject to Section 316(b) of the CWA or 40 CFR Part 125, Subpart J.

A provision, Other Requirement No. 7, is included in the draft permit and it requires the permittee to notify the TCEQ of any changes in the method by which cooling water is obtained. Upon receipt of

STATEMENT OF BASIS / TECHNICAL SUMMARY AND
EXECUTIVE DIRECTOR'S PRELIMINARY DECISION
TPDES Permit No. WQ0005462000

such notification, the TCEQ may reopen the permit to include additional terms and conditions as necessary.

**Whole Effluent Toxicity Testing (Biomonitoring)**
Biomonitoring requirements are not included in the draft permit.

The discharges authorized by this permit do not meet the threshold established in the *Procedures to Implement the Texas Surface Water Quality Standards* (RG-194) to impose biomonitoring requirements.

**SUMMARY OF CHANGES FROM APPLICATION**

No changes were made from the application.

**SUMMARY OF CHANGES FROM EXISTING PERMIT**

This an application for a new permit.

**BASIS FOR DRAFT PERMIT**

The following items were considered in developing the draft permit:

1. Application received on July 1, 2024, and additional information received on August 8, 2024.
2. TCEQ Rules.
3. *Texas Surface Water Quality Standards* – 30 TAC §§307.1-307.10, effective March 1, 2018, as approved by EPA Region 6.
4. *Texas Surface Water Quality Standards* – 30 TAC §§307.1-307.10, effective March 6, 2014, as approved by EPA Region 6, for portions of the 2018 standards not approved by EPA Region 6.
5. *Texas Surface Water Quality Standards* – 30 TAC §§307.1-307.10, effective July 22, 2010, as approved by EPA Region 6, for portions of the 2014 standards not approved by EPA Region 6.
6. *Texas Surface Water Quality Standards* – 30 TAC §§307.1-307.10, effective August 17, 2000, and Appendix E, effective February 27, 2002, for portions of the 2010 standards not approved by EPA Region 6.
7. *Procedures to Implement the Texas Surface Water Quality Standards* (IPs), Texas Commission on Environmental Quality, June 2010, as approved by EPA Region 6.
8. *Procedures to Implement the Texas Surface Water Quality Standards*, Texas Commission on Environmental Quality, January 2003, for portions of the 2010 IPs not approved by EPA Region 6.
9. Memos from the Standards Implementation Team and Water Quality Assessment Team of the Water Quality Assessment Section of the TCEQ.
10. *Guidance Document for Establishing Monitoring Frequencies for Domestic and Industrial Wastewater Discharge Permits*, TCEQ Document No. 98-001.000-OWR-WQ, May 1998.
11. EPA Effluent Guidelines: N/A.
12. Consistency with the Coastal Management Plan: The executive director has reviewed this action for consistency with the goals and policies of the Texas Coastal Management Program (CMP) in accordance with the regulations of the General Land Office and has determined that the action is consistent with the applicable CMP goals and policies.
13. Letter dated May 28, 2014, from L'Oreal W. Stepney, P.E., Deputy Director, Office of Water, TCEQ, to Bill Honker, Director, Water Quality Protection Division, EPA (TCEQ proposed development strategy for pH evaluation procedures).

STATEMENT OF BASIS / TECHNICAL SUMMARY AND
EXECUTIVE DIRECTOR'S PRELIMINARY DECISION
TPDES Permit No. WQ0005462000

14. Letter dated June 2, 2014, from William K. Honker, P.E., Director, Water Quality Protection Division, EPA, to L'Oreal W. Stepney, P.E., Deputy Director, Office of Water, TCEQ (Approval of TCEQ proposed development strategy for pH evaluation procedures).
15. Letter dated April 29, 2014, from L'Oreal W. Stepney, P.E., Deputy Director, Office of Water, TCEQ, to Bill Honker, Director, Water Quality Protection Division, EPA (TCEQ proposed development strategy for thermal evaluation procedures)
16. Letter dated May 12, 2014, from William K. Honker, P.E., Director, Water Quality Protection Division, EPA, to L'Oreal W. Stepney, P.E., Deputy Director, Office of Water, TCEQ (Approval of TCEQ proposed development strategy for thermal evaluation procedures).
17. General Guidance – Industrial Permits: Uncontaminated Stormwater Runoff, EPA, January 1997.

## PROCEDURES FOR FINAL DECISION

When an application is declared administratively complete, the chief clerk sends a letter to the applicant advising the applicant to publish the Notice of Receipt of Application and Intent to Obtain Permit in the newspaper. In addition, the Chief Clerk instructs the applicant to place a copy of the application in a public place for reviewing and copying in the county where the facility is or will be located. This application will be in a public place throughout the comment period. The Chief Clerk also mails this notice to any interested persons and, if required, to landowners identified in the permit application. This notice informs the public about the application and provides that an interested person may file comments on the application or request a contested case hearing or a public meeting.

Once a draft permit is completed, it is sent to the Chief Clerk, along with the Executive Director's preliminary decision contained in the technical summary or fact sheet. At that time, the Notice of Application and Preliminary Decision will be mailed to the same people and published in the same newspaper as the prior notice. This notice sets a deadline for making public comments. The applicant must place a copy of the Executive Director's preliminary decision and draft permit in the public place with the application.

Any interested person may request a public meeting on the application until the deadline for filing public comments. A public meeting is intended for the taking of public comment and is not a contested case hearing.

After the public comment deadline, the Executive Director prepares a response to all significant public comments on the application or the draft permit raised during the public comment period. The Chief Clerk then mails the Executive Director's response to comments and final decision to people who have filed comments, requested a contested case hearing, or requested to be on the mailing list. This notice provides that if a person is not satisfied with the Executive Director's response and decision, they can request a contested case hearing or file a request to reconsider the Executive Director's decision within 30 days after the notice is mailed.

The Executive Director will issue the permit unless a written hearing request or request for reconsideration is filed within 30 days after the Executive Director's response to comments and final decision is mailed. If a hearing request or request for reconsideration is filed, the Executive Director will not issue the permit and will forward the application and request to the TCEQ commissioners for their consideration at a scheduled commission meeting. If a contested case hearing is held, it will be a legal proceeding similar to a civil trial in state district court.

If the Executive Director calls a public meeting or the commission grants a contested case hearing as described above, the commission will give notice of the date, time, and place of the meeting or hearing. If a hearing request or request for reconsideration is made, the commission will consider all public

STATEMENT OF BASIS / TECHNICAL SUMMARY AND
EXECUTIVE DIRECTOR'S PRELIMINARY DECISION
TPDES Permit No. WQ0005462000

comments in making its decision and shall either adopt the Executive Director's response to public comments or prepare its own response.

For additional information about this application, contact Michael Sunderlin at (512) 239-4523.


*Michael Sunderlin*                         August 28, 2024
Michael Sunderlin                           Date

STATEMENT OF BASIS / TECHNICAL SUMMARY AND
EXECUTIVE DIRECTOR'S PRELIMINARY DECISION
TPDES Permit No. WQ0005462000

**Appendix A**
**Calculated Water Quality-Based Effluent Limits**

**TEXTOX MENU #5 - BAY OR WIDE TIDAL RIVER**

The water quality-based effluent limitations developed below are calculated using:

Table 1, 2014 Texas Surface Water Quality Standards (30 TAC 307) for Saltwater Aquatic Life
Table 2, 2018 Texas Surface Water Quality Standards for Human Health
"Procedures to Implement the Texas Surface Water Quality Standards," TCEQ, June 2010

**PERMIT INFORMATION**

| | |
|---|---|
| Permittee Name: | SPACE-X |
| TPDES Permit No: | WQ0005462000 |
| Outfall No: | 001 |
| Prepared by: | SUNDERLIN |
| Date: | July 26, 2024 |

**DISCHARGE INFORMATION**

| | |
|---|---|
| Receiving Waterbody: | Tidal Wetland |
| Segment No: | 2301 |
| TSS (mg/L): | 24 |
| Effluent Flow for Aquatic Life (MGD) | variable |
| % Effluent for Chronic Aquatic Life (Mixing Zone): | 100 |
| % Effluent for Acute Aquatic Life (ZID): | 100 |
| Oyster Waters? | no |
| Effluent Flow for Human Health (MGD): | variable |
| % Effluent for Human Health: | 100 |

**CALCULATE DISSOLVED FRACTION (AND ENTER WATER EFFECT RATIO IF APPLICABLE):**

| Estuarine Metal | Intercept (b) | Slope (m) | Partition Coefficient (Kp) | Dissolved Fraction (Cd/Ct) | Source | Water Effect Ratio (WER) | Source |
|---|---|---|---|---|---|---|---|
| Aluminum | N/A | N/A | N/A | 1.00 | Assumed | 1.00 | Assumed |
| Arsenic | N/A | N/A | N/A | 1.00 | Assumed | 1.00 | Assumed |
| Cadmium | N/A | N/A | N/A | 1.00 | Assumed | 1.00 | Assumed |
| Chromium (total) | N/A | N/A | N/A | 1.00 | Assumed | 1.00 | Assumed |
| Chromium (trivalent) | N/A | N/A | N/A | 1.00 | Assumed | 1.00 | Assumed |
| Chromium (hexavalent) | N/A | N/A | N/A | 1.00 | Assumed | 1.00 | Assumed |
| Copper | 4.85 | -0.72 | 7182 | 0.853 | | 1.00 | Assumed |
| Lead | 6.06 | -0.85 | 77058 | 0.351 | | 1.00 | Assumed |
| Mercury | N/A | N/A | N/A | 1.00 | Assumed | 1.00 | Assumed |
| Nickel | N/A | N/A | N/A | 1.00 | Assumed | 1.00 | Assumed |
| Selenium | N/A | N/A | N/A | 1.00 | Assumed | 1.00 | Assumed |
| Silver | 5.86 | -0.74 | 68967 | 0.377 | | 1.00 | Assumed |
| Zinc | 5.36 | -0.52 | 43882 | 0.487 | | 1.00 | Assumed |

STATEMENT OF BASIS / TECHNICAL SUMMARY AND
EXECUTIVE DIRECTOR'S PRELIMINARY DECISION
TPDES Permit No. WQ0005462000

**AQUATIC LIFE**

**CALCULATE DAILY AVERAGE AND DAILY MAXIMUM EFFLUENT LIMITATIONS:**

| Parameter | SW Acute Criterion (µg/L) | SW Chronic Criterion (µg/L) | WLAa (µg/L) | WLAc (µg/L) | LTAa (µg/L) | LTAc (µg/L) | Daily Avg. (µg/L) | Daily Max. (µg/L) |
|---|---|---|---|---|---|---|---|---|
| Acrolein | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Aldrin | 1.3 | N/A | 1.30 | N/A | 0.416 | N/A | 0.611 | 1.29 |
| Aluminum | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Arsenic | 149 | 78 | 149 | 78.0 | 47.7 | 47.6 | 69.9 | 147 |
| Cadmium | 40.0 | 8.75 | 40.0 | 8.75 | 12.8 | 5.34 | 7.84 | 16.5 |
| Carbaryl | 613 | N/A | 613 | N/A | 196 | N/A | 288 | 610 |
| Chlordane | 0.09 | 0.004 | 0.0900 | 0.00400 | 0.0288 | 0.00244 | 0.00358 | 0.00758 |
| Chlorpyrifos | 0.011 | 0.006 | 0.0110 | 0.00600 | 0.00352 | 0.00366 | 0.00517 | 0.0109 |
| Chromium (trivalent) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Chromium (hexavalent) | 1090 | 49.6 | 1090 | 49.6 | 349 | 30.3 | 44.4 | 94.0 |
| Copper | 13.5 | 3.6 | 15.8 | 4.22 | 5.06 | 2.57 | 3.78 | 8.00 |
| Copper (oyster waters) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Cyanide (free) | 5.6 | 5.6 | 5.60 | 5.60 | 1.79 | 3.42 | 2.63 | 5.57 |
| 4,4'-DDT | 0.13 | 0.001 | 0.130 | 0.00100 | 0.0416 | 0.000610 | 0.000896 | 0.00189 |
| Demeton | N/A | 0.1 | N/A | 0.100 | N/A | 0.0610 | 0.0896 | 0.189 |
| Diazinon | 0.819 | 0.819 | 0.819 | 0.819 | 0.262 | 0.500 | 0.385 | 0.815 |
| Dicofol [Kelthane] | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Dieldrin | 0.71 | 0.002 | 0.710 | 0.00200 | 0.227 | 0.00122 | 0.00179 | 0.00379 |
| Diuron | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Endosulfan I (*alpha*) | 0.034 | 0.009 | 0.0340 | 0.00900 | 0.0109 | 0.00549 | 0.00807 | 0.0170 |
| Endosulfan II (*beta*) | 0.034 | 0.009 | 0.0340 | 0.00900 | 0.0109 | 0.00549 | 0.00807 | 0.0170 |
| Endosulfan sulfate | 0.034 | 0.009 | 0.0340 | 0.00900 | 0.0109 | 0.00549 | 0.00807 | 0.0170 |
| Endrin | 0.037 | 0.002 | 0.0370 | 0.00200 | 0.0118 | 0.00122 | 0.00179 | 0.00379 |
| Guthion [Azinphos Methyl] | N/A | 0.01 | N/A | 0.0100 | N/A | 0.00610 | 0.00896 | 0.0189 |
| Heptachlor | 0.053 | 0.004 | 0.0530 | 0.00400 | 0.0170 | 0.00244 | 0.00358 | 0.00758 |
| Hexachlorocyclohexane (*gamma*) [Lindane] | 0.16 | N/A | 0.160 | N/A | 0.0512 | N/A | 0.0752 | 0.159 |
| Lead | 133 | 5.3 | 379 | 15.1 | 121 | 9.21 | 13.5 | 28.6 |
| Malathion | N/A | 0.01 | N/A | 0.0100 | N/A | 0.00610 | 0.00896 | 0.0189 |
| Mercury | 2.1 | 1.1 | 2.10 | 1.10 | 0.672 | 0.671 | 0.986 | 2.08 |
| Methoxychlor | N/A | 0.03 | N/A | 0.0300 | N/A | 0.0183 | 0.0269 | 0.0569 |
| Mirex | N/A | 0.001 | N/A | 0.00100 | N/A | 0.000610 | 0.000896 | 0.00189 |
| Nickel | 118 | 13.1 | 118 | 13.1 | 37.8 | 7.99 | 11.7 | 24.8 |
| Nonylphenol | 7 | 1.7 | 7.00 | 1.70 | 2.24 | 1.04 | 1.52 | 3.22 |
| Parathion (ethyl) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Pentachlorophenol | 15.1 | 9.6 | 15.1 | 9.60 | 4.83 | 5.86 | 7.10 | 15.0 |
| Phenanthrene | 7.7 | 4.6 | 7.70 | 4.60 | 2.46 | 2.81 | 3.62 | 7.66 |
| Polychlorinated Biphenyls [PCBs] | 10 | 0.03 | 10.0 | 0.0300 | 3.20 | 0.0183 | 0.0269 | 0.0569 |
| Selenium | 564 | 136 | 564 | 136 | 180 | 83.0 | 121 | 258 |
| Silver | 2 | | 5.31 | N/A | 1.70 | N/A | 2.49 | 5.28 |
| Toxaphene | 0.21 | 0.0002 | 0.210 | 0.000200 | 0.0672 | 0.000122 | 0.000179 | 0.000379 |
| Tributyltin [TBT] | 0.24 | 0.0074 | 0.240 | 0.00740 | 0.0768 | 0.00451 | 0.00663 | 0.0140 |
| 2,4,5 Trichlorophenol | 259 | 12 | 259 | 12.0 | 82.9 | 7.32 | 10.7 | 22.7 |
| Zinc | 92.7 | 84.2 | 190 | 173 | 60.9 | 105 | 89.5 | 189 |

STATEMENT OF BASIS / TECHNICAL SUMMARY AND
EXECUTIVE DIRECTOR'S PRELIMINARY DECISION
TPDES Permit No. WQ0005462000

**HUMAN HEALTH**

**CALCULATE DAILY AVERAGE AND DAILY MAXIMUM EFFLUENT LIMITATIONS:**

| Parameter | Fish Only Criterion (µg/L) | WLAh (µg/L) | LTAh (µg/L) | Daily Avg. (µg/L) | Daily Max. (µg/L) |
|---|---|---|---|---|---|
| Acrylonitrile | 115 | 115 | 107 | 157 | 332 |
| Aldrin | 1.147E-05 | 0.0000115 | 0.0000107 | 0.0000156 | 0.0000331 |
| Anthracene | 1317 | 1317 | 1225 | 1800 | 3809 |
| Antimony | 1071 | 1071 | 996 | 1464 | 3097 |
| Arsenic | N/A | N/A | N/A | N/A | N/A |
| Barium | N/A | N/A | N/A | N/A | N/A |
| Benzene | 581 | 581 | 540 | 794 | 1680 |
| Benzidine | 0.107 | 0.107 | 0.0995 | 0.146 | 0.309 |
| Benzo(a)anthracene | 0.025 | 0.0250 | 0.0233 | 0.0341 | 0.0723 |
| Benzo(a)pyrene | 0.0025 | 0.00250 | 0.00233 | 0.00341 | 0.00723 |
| Bis(chloromethyl)ether | 0.2745 | 0.275 | 0.255 | 0.375 | 0.793 |
| Bis(2-chloroethyl)ether | 42.83 | 42.8 | 39.8 | 58.5 | 123 |
| Bis(2-ethylhexyl) phthalate [Di(2-ethylhexyl) phthalate] | 7.55 | 7.55 | 7.02 | 10.3 | 21.8 |
| Bromodichloromethane [Dichlorobromomethane] | 275 | 275 | 256 | 375 | 795 |
| Bromoform [Tribromomethane] | 1060 | 1060 | 986 | 1449 | 3065 |
| Cadmium | N/A | N/A | N/A | N/A | N/A |
| Carbon Tetrachloride | 46 | 46.0 | 42.8 | 62.8 | 133 |
| Chlordane | 0.0025 | 0.00250 | 0.00233 | 0.00341 | 0.00723 |
| Chlorobenzene | 2737 | 2737 | 2545 | 3741 | 7916 |
| Chlorodibromomethane [Dibromochloromethane] | 183 | 183 | 170 | 250 | 529 |
| Chloroform [Trichloromethane] | 7697 | 7697 | 7158 | 10522 | 22262 |
| Chromium (hexavalent) | 502 | 502 | 467 | 686 | 1451 |
| Chrysene | 2.52 | 2.52 | 2.34 | 3.44 | 7.28 |
| Cresols [Methylphenols] | 9301 | 9301 | 8650 | 12715 | 26901 |
| Cyanide (free) | N/A | N/A | N/A | N/A | N/A |
| 4,4'-DDD | 0.002 | 0.00200 | 0.00186 | 0.00273 | 0.00578 |
| 4,4'-DDE | 0.00013 | 0.000130 | 0.000121 | 0.000177 | 0.000375 |
| 4,4'-DDT | 0.0004 | 0.000400 | 0.000372 | 0.000546 | 0.00115 |
| 2,4'-D | N/A | N/A | N/A | N/A | N/A |
| Danitol [Fenpropathrin] | 473 | 473 | 440 | 646 | 1368 |
| 1,2-Dibromoethane [Ethylene Dibromide] | 4.24 | 4.24 | 3.94 | 5.79 | 12.2 |
| m-Dichlorobenzene [1,3-Dichlorobenzene] | 595 | 595 | 553 | 813 | 1720 |
| o-Dichlorobenzene [1,2-Dichlorobenzene] | 3299 | 3299 | 3068 | 4510 | 9541 |
| p-Dichlorobenzene [1,4-Dichlorobenzene] | N/A | N/A | N/A | N/A | N/A |
| 3,3'-Dichlorobenzidine | 2.24 | 2.24 | 2.08 | 3.06 | 6.47 |
| 1,2-Dichloroethane | 364 | 364 | 339 | 497 | 1052 |
| 1,1-Dichloroethylene [1,1-Dichloroethene] | 55114 | 55114 | 51256 | 75346 | 159406 |
| Dichloromethane [Methylene Chloride] | 13333 | 13333 | 12400 | 18227 | 38563 |
| 1,2-Dichloropropane | 259 | 259 | 241 | 354 | 749 |
| 1,3-Dichloropropene [1,3-Dichloropropylene] | 119 | 119 | 111 | 162 | 344 |
| Dicofol [Kelthane] | 0.30 | 0.300 | 0.279 | 0.410 | 0.867 |
| Dieldrin | 2.0E-05 | 0.0000200 | 0.0000186 | 0.0000273 | 0.0000578 |
| 2,4-Dimethylphenol | 8436 | 8436 | 7845 | 11532 | 24399 |
| Di-n-Butyl Phthalate | 92.4 | 92.4 | 85.9 | 126 | 267 |
| Dioxins/Furans [TCDD Equivalents] | 7.97E-08 | 7.97E-08 | 7.41E-08 | 1.08E-07 | 2.30E-07 |
| Endrin | 0.02 | 0.0200 | 0.0186 | 0.0273 | 0.0578 |
| Epichlorohydrin | 2013 | 2013 | 1872 | 2751 | 5822 |

STATEMENT OF BASIS / TECHNICAL SUMMARY AND
EXECUTIVE DIRECTOR'S PRELIMINARY DECISION
TPDES Permit No. WQ0005462000

| Parameter | Fish Only Criterion (µg/L) | WLAh (µg/L) | LTAh (µg/L) | Daily Avg. (µg/L) | Daily Max. (µg/L) |
|---|---|---|---|---|---|
| Ethylbenzene | 1867 | 1867 | 1736 | 2552 | 5399 |
| Ethylene Glycol | 1.68E+07 | 16800000 | 15624000 | 22967280 | 48590640 |
| Fluoride | N/A | N/A | N/A | N/A | N/A |
| Heptachlor | 0.0001 | 0.000100 | 0.0000930 | 0.000136 | 0.000289 |
| Heptachlor Epoxide | 0.00029 | 0.000290 | 0.000270 | 0.000396 | 0.000838 |
| Hexachlorobenzene | 0.00068 | 0.000680 | 0.000632 | 0.000929 | 0.00196 |
| Hexachlorobutadiene | 0.22 | 0.220 | 0.205 | 0.300 | 0.636 |
| Hexachlorocyclohexane (alpha) | 0.0084 | 0.00840 | 0.00781 | 0.0114 | 0.0242 |
| Hexachlorocyclohexane (beta) | 0.26 | 0.260 | 0.242 | 0.355 | 0.751 |
| Hexachlorocyclohexane (gamma) [Lindane] | 0.341 | 0.341 | 0.317 | 0.466 | 0.986 |
| Hexachlorocyclopentadiene | 11.6 | 11.6 | 10.8 | 15.8 | 33.5 |
| Hexachloroethane | 2.33 | 2.33 | 2.17 | 3.18 | 6.73 |
| Hexachlorophene | 2.90 | 2.90 | 2.70 | 3.96 | 8.38 |
| 4,4'-Isopropylidenediphenol [Bisphenol A] | 15982 | 15982 | 14863 | 21848 | 46224 |
| Lead | 3.83 | 10.9 | 10.1 | 14.9 | 31.5 |
| Mercury | 0.0250 | 0.0250 | 0.0233 | 0.0341 | 0.0723 |
| Methoxychlor | 3.0 | 3.00 | 2.79 | 4.10 | 8.67 |
| Methyl Ethyl Ketone | 9.92E+05 | 992000 | 922560 | 1356163 | 2869161 |
| Methyl tert-butyl ether [MTBE] | 10482 | 10482 | 9748 | 14329 | 30317 |
| Nickel | 1140 | 1140 | 1060 | 1558 | 3297 |
| Nitrate-Nitrogen (as Total Nitrogen) | N/A | N/A | N/A | N/A | N/A |
| Nitrobenzene | 1873 | 1873 | 1742 | 2560 | 5417 |
| N-Nitrosodiethylamine | 2.1 | 2.10 | 1.95 | 2.87 | 6.07 |
| N-Nitroso-di-n-Butylamine | 4.2 | 4.20 | 3.91 | 5.74 | 12.1 |
| Pentachlorobenzene | 0.355 | 0.355 | 0.330 | 0.485 | 1.02 |
| Pentachlorophenol | 0.29 | 0.290 | 0.270 | 0.396 | 0.838 |
| Polychlorinated Biphenyls [PCBs] | 6.4E-04 | 0.000640 | 0.000595 | 0.000874 | 0.00185 |
| Pyridine | 947 | 947 | 881 | 1294 | 2739 |
| Selenium | N/A | N/A | N/A | N/A | N/A |
| 1,2,4,5-Tetrachlorobenzene | 0.24 | 0.240 | 0.223 | 0.328 | 0.694 |
| 1,1,2,2-Tetrachloroethane | 26.35 | 26.4 | 24.5 | 36.0 | 76.2 |
| Tetrachloroethylene [Tetrachloroethylene] | 280 | 280 | 260 | 382 | 809 |
| Thallium | 0.23 | 0.230 | 0.214 | 0.314 | 0.665 |
| Toluene | N/A | N/A | N/A | N/A | N/A |
| Toxaphene | 0.011 | 0.0110 | 0.0102 | 0.0150 | 0.0318 |
| 2,4,5-TP [Silvex] | 369 | 369 | 343 | 504 | 1067 |
| 1,1,1-Trichloroethane | 784354 | 784354 | 729449 | 1072290 | 2268587 |
| 1,1,2-Trichloroethane | 166 | 166 | 154 | 226 | 480 |
| Trichloroethylene [Trichloroethene] | 71.9 | 71.9 | 66.9 | 98.2 | 207 |
| 2,4,5-Trichlorophenol | 1867 | 1867 | 1736 | 2552 | 5399 |
| TTHM [Sum of Total Trihalomethanes] | N/A | N/A | N/A | N/A | N/A |
| Vinyl Chloride | 16.5 | 16.5 | 15.3 | 22.5 | 47.7 |

STATEMENT OF BASIS / TECHNICAL SUMMARY AND
EXECUTIVE DIRECTOR'S PRELIMINARY DECISION
TPDES Permit No. WQ0005462000

**CALCULATE 70% AND 85% OF DAILY AVERAGE EFFLUENT LIMITATIONS:**

| Aquatic Life Parameter | *70% of Daily Avg. (µg/L)* | *85% of Daily Avg. (µg/L)* |
|---|---|---|
| Acrolein | N/A | N/A |
| Aldrin | 0.428 | 0.519 |
| Aluminum | N/A | N/A |
| Arsenic | 48.9 | 59.4 |
| Cadmium | 5.49 | 6.66 |
| Carbaryl | 201 | 245 |
| Chlordane | 0.00251 | 0.00304 |
| Chlorpyrifos | 0.00362 | 0.00439 |
| Chromium (trivalent) | N/A | N/A |
| Chromium (hexavalent) | 31.1 | 37.8 |
| Copper | 2.64 | 3.21 |
| Copper (oyster waters) | N/A | N/A |
| Cyanide (free) | 1.84 | 2.23 |
| 4,4'-DDT | 0.000627 | 0.000762 |
| Demeton | 0.0627 | 0.0762 |
| Diazinon | 0.269 | 0.327 |
| Dicofol [Kelthane] | N/A | N/A |
| Dieldrin | 0.00125 | 0.00152 |
| Diuron | N/A | N/A |
| Endosulfan I (*alpha*) | 0.00564 | 0.00685 |
| Endosulfan II (*beta*) | 0.00564 | 0.00685 |
| Endosulfan sulfate | 0.00564 | 0.00685 |
| Endrin | 0.00125 | 0.00152 |
| Guthion [Azinphos Methyl] | 0.00627 | 0.00762 |
| Heptachlor | 0.00251 | 0.00304 |
| Hexachlorocyclohexane (*gamma*) [Lindane] | 0.0526 | 0.0639 |
| Lead | 9.47 | 11.5 |
| Malathion | 0.00627 | 0.00762 |
| Mercury | 0.690 | 0.838 |
| Methoxychlor | 0.0188 | 0.0228 |
| Mirex | 0.000627 | 0.000762 |
| Nickel | 8.22 | 9.98 |
| Nonylphenol | 1.06 | 1.29 |
| Parathion (ethyl) | N/A | N/A |
| Pentachlorophenol | 4.97 | 6.03 |
| Phenanthrene | 2.53 | 3.07 |
| Polychlorinated Biphenyls [PCBs] | 0.0188 | 0.0228 |
| Selenium | 85.3 | 103 |
| Silver | 1.74 | 2.12 |
| Toxaphene | 0.000125 | 0.000152 |
| Tributyltin [TBT] | 0.00464 | 0.00564 |
| 2,4,5 Trichlorophenol | 7.53 | 9.14 |
| Zinc | 62.6 | 76.1 |

STATEMENT OF BASIS / TECHNICAL SUMMARY AND
EXECUTIVE DIRECTOR'S PRELIMINARY DECISION
TPDES Permit No. WQ0005462000

| Human Health Parameter | *70% of Daily Avg. (µg/L)* | *85% of Daily Avg. (µg/L)* |
|---|---|---|
| Acrylonitrile | 110 | 133 |
| Aldrin | 0.0000109 | 0.0000133 |
| Anthracene | 1260 | 1530 |
| Antimony | 1024 | 1244 |
| Arsenic | N/A | N/A |
| Barium | N/A | N/A |
| Benzene | 555 | 675 |
| Benzidine | 0.102 | 0.124 |
| Benzo(*a*)anthracene | 0.0239 | 0.0290 |
| Benzo(*a*)pyrene | 0.00239 | 0.00290 |
| Bis(chloromethyl)ether | 0.262 | 0.318 |
| Bis(2-chloroethyl)ether | 40.9 | 49.7 |
| Bis(2-ethylhexyl) phthalate [Di(2-ethylhexyl) phthalate] | 7.22 | 8.77 |
| Bromodichloromethane [Dichlorobromomethane] | 263 | 319 |
| Bromoform [Tribromomethane] | 1014 | 1231 |
| Cadmium | N/A | N/A |
| Carbon Tetrachloride | 44.0 | 53.4 |
| Chlordane | 0.00239 | 0.00290 |
| Chlorobenzene | 2619 | 3180 |
| Chlorodibromomethane [Dibromochloromethane] | 175 | 212 |
| Chloroform [Trichloromethane] | 7365 | 8944 |
| Chromium (hexavalent) | 480 | 583 |
| Chrysene | 2.41 | 2.92 |
| Cresols [Methylphenols] | 8900 | 10808 |
| Cyanide (free) | N/A | N/A |
| 4,4'-DDD | 0.00191 | 0.00232 |
| 4,4'-DDE | 0.000124 | 0.000151 |
| 4,4'-DDT | 0.000382 | 0.000464 |
| 2,4'-D | N/A | N/A |
| Danitol [Fenpropathrin] | 452 | 549 |
| 1,2-Dibromoethane [Ethylene Dibromide] | 4.05 | 4.92 |
| *m*-Dichlorobenzene [1,3-Dichlorobenzene] | 569 | 691 |
| *o*-Dichlorobenzene [1,2-Dichlorobenzene] | 3157 | 3833 |
| *p*-Dichlorobenzene [1,4-Dichlorobenzene] | N/A | N/A |
| 3,3'-Dichlorobenzidine | 2.14 | 2.60 |
| 1,2-Dichloroethane | 348 | 422 |
| 1,1-Dichloroethylene [1,1-Dichloroethene] | 52742 | 64044 |
| Dichloromethane [Methylene Chloride] | 12759 | 15493 |
| 1,2-Dichloropropane | 247 | 300 |
| 1,3-Dichloropropene [1,3-Dichloropropylene] | 113 | 138 |
| Dicofol [Kelthane] | 0.287 | 0.348 |
| Dieldrin | 0.0000191 | 0.0000232 |
| 2,4-Dimethylphenol | 8072 | 9802 |
| Di-*n*-Butyl Phthalate | 88.4 | 107 |
| Dioxins/Furans [TCDD Equivalents] | 7.62E-08 | 9.26E-08 |
| Endrin | 0.0191 | 0.0232 |
| Epichlorohydrin | 1926 | 2339 |
| Ethylbenzene | 1786 | 2169 |
| Ethylene Glycol | 16077096 | 19522188 |
| Fluoride | N/A | N/A |

STATEMENT OF BASIS / TECHNICAL SUMMARY AND
EXECUTIVE DIRECTOR'S PRELIMINARY DECISION
TPDES Permit No. WQ0005462000

| Human Health Parameter | 70% of Daily Avg. (µg/L) | 85% of Daily Avg. (µg/L) |
|---|---|---|
| Heptachlor | 0.0000956 | 0.000116 |
| Heptachlor Epoxide | 0.000277 | 0.000336 |
| Hexachlorobenzene | 0.000650 | 0.000790 |
| Hexachlorobutadiene | 0.210 | 0.255 |
| Hexachlorocyclohexane (*alpha*) | 0.00803 | 0.00976 |
| Hexachlorocyclohexane (*beta*) | 0.248 | 0.302 |
| Hexachlorocyclohexane (*gamma*) [Lindane] | 0.326 | 0.396 |
| Hexachlorocyclopentadiene | 11.1 | 13.4 |
| Hexachloroethane | 2.22 | 2.70 |
| Hexachlorophene | 2.77 | 3.36 |
| 4,4'-Isopropylidenediphenol [Bisphenol A] | 15294 | 18571 |
| Lead | 10.4 | 12.6 |
| Mercury | 0.0239 | 0.0290 |
| Methoxychlor | 2.87 | 3.48 |
| Methyl Ethyl Ketone | 949314 | 1152738 |
| Methyl *tert*-butyl ether [MTBE] | 10030 | 12180 |
| Nickel | 1090 | 1324 |
| Nitrate-Nitrogen (as Total Nitrogen) | N/A | N/A |
| Nitrobenzene | 1792 | 2176 |
| N-Nitrosodiethylamine | 2.00 | 2.44 |
| N-Nitroso-di-*n*-Butylamine | 4.01 | 4.88 |
| Pentachlorobenzene | 0.339 | 0.412 |
| Pentachlorophenol | 0.277 | 0.336 |
| Polychlorinated Biphenyls [PCBs] | 0.000612 | 0.000743 |
| Pyridine | 906 | 1100 |
| Selenium | N/A | N/A |
| 1,2,4,5-Tetrachlorobenzene | 0.229 | 0.278 |
| 1,1,2,2-Tetrachloroethane | 25.2 | 30.6 |
| Tetrachloroethylene [Tetrachloroethylene] | 267 | 325 |
| Thallium | 0.220 | 0.267 |
| Toluene | N/A | N/A |
| Toxaphene | 0.0105 | 0.0127 |
| 2,4,5-TP [Silvex] | 353 | 428 |
| 1,1,1-Trichloroethane | 750603 | 911446 |
| 1,1,2-Trichloroethane | 158 | 192 |
| Trichloroethylene [Trichloroethene] | 68.8 | 83.5 |
| 2,4,5-Trichlorophenol | 1786 | 2169 |
| TTHM [Sum of Total Trihalomethanes] | N/A | N/A |
| Vinyl Chloride | 15.7 | 19.1 |