2600 Dudley Rd. Kilgore, Texas 75662
24 Waterway Avenue, Suite 375 The Woodlands, TX 77380
Office: 903-984-0551 * Fax: 903-984-5914



# SPAC-R

Page 5 of 11

SPACEX
Rodolfo Longoria
Space Exploration Technologies
1 Rocket Rd
Brownsville, TX  78521

Project
**1071179**

Report Date:  09/22/2023
Printed:      09/28/2023

| 2226194 | RETENTION POND | | Water / EPA Secondary | | Received: | 08/29/2023 |
|---|---|---|---|---|---|---|
| Drinking Water | | Collected by: JAS | SPL | | PO: | STARBASE PO – invoices bt |
| | | Taken: 08/25/2023 | 18:30:00 | | | |

| | EPA 200.7 4.4 | | | Prepared: 1079465 | 08/30/2023 | 09:15:00 | Analyzed 1079589 | 08/30/2023 | 14:18:00 | ESG |
|---|---|---|---|---|---|---|---|---|---|---|
| | Parameter | Results | Units | RL | | Flags | CAS | | | Bottle |
| z | Calcium | 69.5 | mg/L | 0.100 | | | 7440-70-2 | | | 05 |
| NELAC | Iron, Total | 0.619 | mg/L | 0.025 | | | 7439-89-6 | | | 05 |
| NELAC | Sodium | 135 | mg/L | 0.500 | | | 7440-23-5 | | | 05 |

| | EPA 200.8 5.4 | | | Prepared: 1080080 | 09/05/2023 | 09:40:00 | Analyzed 1080246 | 09/05/2023 | 17:38:00 | JC2 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Parameter | Results | Units | RL | | Flags | CAS | | | Bottle |
| NELAC | Aluminum, Total | 0.951 | mg/L | 0.005 | | | 7429-90-5 | | | 06 |
| NELAC | Copper, Total | 0.0133 | mg/L | 0.001 | | | 7440-50-8 | | | 06 |
| NELAC | Manganese, Total | 0.0262 | mg/L | 0.001 | | | 7439-96-5 | | | 06 |
| NELAC | Silver, Total | <0.001 | mg/L | 0.001 | | | 7440-22-4 | | | 06 |
| NELAC | Zinc, Total | 0.180 | mg/L | 0.001 | | | 7440-66-6 | | | 06 |

| | EPA 300.0 2.1 | | | Prepared: 1079752 | 08/30/2023 | 18:16:00 | Analyzed 1079752 | 08/30/2023 | 18:16:00 | KAP |
|---|---|---|---|---|---|---|---|---|---|---|
| | Parameter | Results | Units | RL | | Flags | CAS | | | Bottle |
| NELAC | Chloride | 152 | mg/L | 3.00 | | | | | | 01 |
| NELAC | Fluoride | <1.00 | mg/L | 1.00 | | | | | | 01 |
| NELAC | Sulfate | 232 | mg/L | 3.00 | | | | | | 01 |

| | SM 2120 B-2011 | | | Prepared: 1080196 | 08/29/2023 | 15:00:00 | Analyzed 1080196 | 08/29/2023 | 15:00:00 | NHL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Parameter | Results | Units | RL | | Flags | CAS | | | Bottle |
| z | Color | 15 | PtCo Units | 5.0 | | H | | | | 02 |

| | SM 2320 B-2011 | | | Prepared: 1080143 | 09/05/2023 | 09:11:00 | Analyzed 1080143 | 09/05/2023 | 09:11:00 | TTC |
|---|---|---|---|---|---|---|---|---|---|---|
| | Parameter | Results | Units | RL | | Flags | CAS | | | Bottle |
| z | Total Alkalinity (as CaCO3) | 115 | mg/L | 1.00 | | | | | | 01 |

| | SM 2330 B-1993 | | | Prepared: | 09/05/2023 | 18:01:15 | Calculated | 09/05/2023 | 18:01:15 | CAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Parameter | Results | Units | RL | | Flags | CAS | | | Bottle |
| z | Langelier Saturation Index @22C | 0.4722 | | | | | | | | |



Report Page 10 of 53

2600 Dudley Rd. Kilgore, Texas 75662
24 Waterway Avenue, Suite 375 The Woodlands, TX 77380
Office: 903-984-0551 * Fax: 903-984-5914



# SPAC-R

Page 2 of 13

**SPACEX**
**Rodolfo Longoria**
**Space Exploration Technologies**
**1 Rocket Rd**
**Brownsville, TX  78521**

Project
**1106094**

Printed:   06/26/2024

| 2305623 | WW - Retention Pond | | | Received: | 06/07/2024 |
|---|---|---|---|---|---|
| Non-Potable Water | Collected by: Client | SPACEX | | PO: | 2305623-5 |
| | Taken: 06/06/2024 | 13:30:00 | | | |

**EPA 200.7 4.4**   Prepared: 1123060   06/10/2024   07:00:00   Analyzed   1123677   06/12/2024   12:42:00   KB1

| | Parameter | Results | Units | RL | Flags | CAS | Bottle |
|---|---|---|---|---|---|---|---|
| NELAC | Iron, Total | 0.199 | mg/L | 0.025 | | 7439-89-6 | 31 |

**EPA 200.8 5.4**   Prepared: 1123060   06/10/2024   07:00:00   Analyzed   1123439   06/11/2024   15:17:00   JC2

| | Parameter | Results | Units | RL | Flags | CAS | Bottle |
|---|---|---|---|---|---|---|---|
| NELAC | Antimony, Total | 0.00112 | mg/L | 0.003 | J | 7440-36-0 | 31 |
| NELAC | Barium, Total | 0.085 | mg/L | 0.005 | | 7440-39-3 | 31 |
| NELAC | Lead, Total | <0.0005 | mg/L | 0.0005 | | 7439-92-1 | 31 |
| NELAC | Manganese, Total | 0.0163 | mg/L | 0.001 | | 7439-96-5 | 31 |
| NELAC | Selenium, Total | <0.00294 | mg/L | 0.00294 | | 7782-49-2 | 31 |

**EPA 200.8 5.4**   Prepared: 1123060   06/10/2024   07:00:00   Analyzed   1124795   06/19/2024   11:43:00   JC2

| | Parameter | Results | Units | RL | Flags | CAS | Bottle |
|---|---|---|---|---|---|---|---|
| NELAC | Thallium, Total | 0.000616 | mg/L | 0.0005 | | 7440-28-0 | 31 |

**EPA 200.8 5.4**   Prepared: 1123138   06/10/2024   14:30:00   Analyzed   1123222   06/10/2024   18:53:00   JC2

| | Parameter | Results | Units | RL | Flags | CAS | Bottle |
|---|---|---|---|---|---|---|---|
| NELAC | Aluminum, Total | 0.00615 | mg/L | 0.0000167 | | 7429-90-5 | 32 |
| NELAC | Arsenic, Total | 0.0000169 | mg/L | 0.00000976 | | 7440-38-2 | 32 |
| NELAC | Beryllium, Total | <0.00000136 | mg/L | 0.00000136 | | 7440-41-7 | 32 |
| NELAC | Cadmium, Total | <0.00000065 | mg/L | 0.00000065 | | 7440-43-9 | 32 |
| NELAC | Chromium, Total | 0.000282 | mg/L | 0.00000976 | | 7440-47-3 | 32 |
| NELAC | Copper, Total | 0.0000747 | mg/L | 0.0000151 | | 7440-50-8 | 32 |
| NELAC | Nickel, Total | 0.0000224 | mg/L | 0.0000109 | | 7440-02-0 | 32 |
| NELAC | Silver, Total | <0.0000022 | mg/L | 0.0000022 | | 7440-22-4 | 32 |
| NELAC | Zinc, Total | 0.0043 | mg/L | 0.00000976 | | 7440-66-6 | 32 |

**EPA 245.1 3**   Prepared: 1123013   06/10/2024   06:30:00   Analyzed   1123073   06/10/2024   11:34:00   KB1

| | Parameter | Results | Units | RL | Flags | CAS | Bottle |
|---|---|---|---|---|---|---|---|
| NELAC | Mercury, Total | 0.139 | ug/L | 0.200 | J | 7439-97-6 | 30 |

**EPA 300.0 2.1**   Prepared: 1123092   06/07/2024   16:05:00   Analyzed   1123092   06/07/2024   16:05:00   NAZ

| | Parameter | Results | Units | RL | Flags | CAS | Bottle |
|---|---|---|---|---|---|---|---|



Report Page 12 of 61