# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAVE RGV, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 1:24-cv-00148 |
| SPACE EXPLORATION TECHNOLOGIES CORP., | § § § § | |
| *Defendant.* | § § | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction and any response thereto, it is, this _____ day of _____, 2024, hereby,

**ORDERED** that Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction is **GRANTED**.

It is further **ORDERED** that Defendant is enjoined from activating or causing to activate its deluge system until this Court has adjudicated the merits of Plaintiff's pending claims and any supplemental claims challenging Defendant's use of its deluge system, OR until a individual permit authorizing the use of Defendant's deluge system is issued and final.

_____
Hon. Rolando Olvera
United States District Judge