IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAVE RGV, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 1:24-cv-00148 |
| SPACE EXPLORATION | § | |
| TECHNOLOGIES CORP., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and the Order Setting Conference in this matter (Dkt. 3), the undersigned counsel of record identifies the following persons and entities with a financial interest in the outcome of this case.

Plaintiff

Save RGV, a Texas nonprofit corporation

Lauren Ice
Marisa Perales
Perales, Allmon & Ice, P.C.

There are no parent corporations or publicly held corporations which own 10% or more of Plaintiff Save RGV or Perales, Allmon & Ice, P.C.'s stock.

Defendant

Space Exploration Technologies Corporation

David L. Feinberg
Tyler Welti
Venable LLP

David G. Oliveira
Roerig, Oliveira & Fisher, LLP

1

Respectfully submitted,

*/s/ Lauren Ice*
Lauren Ice
Attorney-in-Charge
State Bar No. 24092560
S.D. Tex. Bar No. 3294105
lauren@txenvirolaw.com
Marisa Perales
*pro hac vice*
State Bar No. 24002750
marisa@txenvirolaw.com
**PERALES, ALLMON & ICE, P.C.**
1206 San Antonio St.
Austin, Texas 78701
Tel: (512) 469-6000
Fax: (512) 482-9346

*Counsel for Save RGV*

## **CERTIFICATE OF SERVICE**

I certify that on October 25, 2024, a true and accurate copy of the foregoing document was filed electronically via CM/ECF, which automatically provides notice of filing to all counsel of record.

                                  */s/ Lauren Ice*
                                  Lauren Ice