# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| SAVE RGV, | § |
| | § |
| *Plaintiff,* | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO. 1:24-cv-00148 |
| SPACE EXPLORATION | § |
| TECHNOLOGIES CORP., | § |
| | § |
| *Defendant.* | § |
| | § |

### AGREED STIPULATION TO EXTEND THE DEADLINE TO MAKE RULE 26(A)(1) INITIAL DISCLOSURES

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the attorneys for Plaintiff Save RGV and Defendant Space Exploration Technologies Corp. (the "Parties") that the deadline for the Parties to make Rule 26(a)(1) Initial Disclosures is extended to December 31, 2024.

Date: December 4, 2024

**STIPULATED AND AGREED TO BY:**

*/s/ Lauren Ice*
Lauren Ice, Attorney-in-Charge
State Bar No. 24092560
S.D. Tex. Bar No. 3294105
lauren@txenvirolaw.com
Marisa Perales, *pro hac vice*
State Bar No. 24002750
marisa@txenvirolaw.com
**PERALES, ALLMON & ICE, P.C.**
1206 San Antonio St.
Austin, Texas 78701
Tel: (512) 469-6000
Fax: (512) 482-9346

*Counsel for Plaintiff Save RGV*

*/s/ David L. Feinberg (with permission)*
David L. Feinberg, Attorney-In-Charge
DC Bar No. 982635
S.D. Tex. Bar No. 3882833
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC 20001
202.344.8278
202.344.8300
dlfeinberg@venable.com

Tyler Welti, *pro hac vice*
VENABLE LLP
California Bar No. 257993
101 California Street, Suite 3800
San Francisco, CA 94111
415.653.3714
415.653.3755
tgwelti@venable.com

DAVID G. OLIVEIRA
State Bar No. 15254675
Federal ID No. 34165
ROERIG, OLIVEIRA & FISHER, LLP
10225 N. 10th Street
McAllen, Texas 78504
Telephone: (956) 393-6300
Facsimile: (956) 386-1625
doliveira@rofllp.com

*Attorneys for Defendant Space Exploration Technologies Corp.*

**CERTIFICATE OF SERVICE**

I certify that on December 4, 2024, a true and accurate copy of the foregoing document was filed electronically via CM/ECF, which automatically provides notice of filing to all counsel of record.

/s/ *Lauren Ice*
Lauren Ice

**For Defendant Space Exploration Technologies Corp.:**
David L. Feinberg, Attorney-In-Charge
Venable LLP
600 Massachusetts Avenue NW
Washington, DC 20001
Tel: 202.344.8278
Fax: 202.344.8300
DLFeinberg@venable.com
SpaceX_Venable@venable.com

Tyler Welti, *pro hac vice*
Venable LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Tel: 415.653.3714
Fax: 415.653.3755
tgwelti@venable.com

David G. Oliveira
Roerig, Oliveira & Fisher, LLP
10225 N. 10th Street
McAllen, Texas 78504
Telephone: (956) 393-6300
Facsimile: (956) 386-1625
doliveira@rofllp.com