United States District Court
Southern District of Texas
**ENTERED**
December 27, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| SAVE RGV, §<br>　　　"Plaintiff," §<br>　　　　　　　　§<br>v. §<br>　　　　　　　　§<br>SPACE EXPLORATION TECHNOLOGIES §<br>CORP., §<br>　　　"Defendant." §<br>　　　　　　　　§ | Civil Action No. 1:24-CV-00148 |

## ORDER

Before this Court is Defendant's "Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint" (Dkt. No. 29). Defendant's Motion is **GRANTED**. Defendant is hereby **ORDERED** to respond to Plaintiff's Complaint on or before February 6, 2025.

Signed on this  27  day of December, 2024

_____
Honorable Rolando Olvera
United States District Judge

Dated: December 20, 2024                                   Respectfully submitted,

                                                By:  */s/ David L. Feinberg*
                                                David L. Feinberg, Attorney-In-Charge
                                                DC Bar No. 982635
                                                S.D. Tex. Bar No. 3882833
                                                VENABLE LLP
                                                600 Massachusetts Avenue NW
                                                Washington, DC 20001
                                                Telephone: (202) 344-8278
                                                Facsimile: (202) 344-8300
                                                dlfeinberg@venable.com

                                                Tyler Welti, *pro hac vice*
                                                California Bar No. 257993
                                                VENABLE LLP
                                                101 California Street, Suite 3800
                                                San Francisco, CA 94111
                                                Telephone: (415) 653-3714
                                                Facsimile: (415) 653-3755
                                                tgwelti@venable.com

                                                David G. Oliveira
                                                State Bar No. 15254675
                                                Federal ID No. 34165
                                                ROERIG, OLIVEIRA & FISHER, LLP
                                                10225 N. 10th Street
                                                McAllen, TX 78504
                                                Telephone: (956) 393-6300
                                                Facsimile: (956) 386-1625
                                                doliveira@rofllp.com

                                                *Attorneys for Defendant Space Exploration Technologies Corp.*

Seen and approved:

*/s/ Lauren Ice*
Lauren Ice, Attorney-In-Charge
State Bar No. 24092560
S.D. Tex. Bar No. 3294105
lauren@txenvirolaw.com
PERALES, ALLMON & ICE, P.C.
1206 San Antonio St.
Austin, Texas 78701
Tel: (512) 469-6000
Fax: (512) 482-9346


Marisa Perales, *pro hac vice*
State Bar No. 24002750
marisa@txenvirolaw.com
PERALES, ALLMON & ICE, P.C.
1206 San Antonio St.
Austin, Texas 78701
Tel: (512) 469-6000
Fax: (512) 482-9346

*Attorneys for Save RGV*