IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAVE RGV, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 1:24-cv-00148 |
| SPACE EXPLORATION | § | |
| TECHNOLOGIES CORP., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## AGREED STIPULATION TO EXTEND THE DEADLINE TO MAKE RULE 26(A)(1) INITIAL DISCLOSURES

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the attorneys for Plaintiff Save RGV and Defendant Space Exploration Technologies Corp. (the "Parties") that the deadline for the Parties to make Rule 26(a)(1) Initial Disclosures is extended to January 15, 2025.

Date: December 31, 2024

**STIPULATED AND AGREED TO BY:**

*/s/ David L. Feinberg*
David L. Feinberg, Attorney-In-Charge
DC Bar No. 982635
S.D. Tex. Bar No. 3882833
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-8278
Facsimile: (202) 344-8300
dlfeinberg@venable.com

Tyler Welti, *pro hac vice*
California Bar No. 257993
VENABLE LLP
101 California Street, Suite 3800

San Francisco, CA 94111
Telephone: (415) 653-3714
Facsimile: (415) 653-3755
tgwelti@venable.com

David G. Oliveira
State Bar No. 15254675
Federal ID No. 34165
ROERIG, OLIVEIRA & FISHER, LLP
10225 N. 10th Street
McAllen, TX 78504
Telephone: (956) 393-6300
Facsimile: (956) 386-1625
doliveira@rofllp.com

*Attorneys for Defendant Space Exploration Technologies Corp.*

/s/ Lauren Ice
Lauren Ice, Attorney-In-Charge
State Bar No. 24092560
S.D. Tex. Bar No. 3294105
lauren@txenvirolaw.com
PERALES, ALLMON & ICE, P.C.
1206 San Antonio St.
Austin, Texas 78701
Tel: (512) 469-6000
Fax: (512) 482-9346

Marisa Perales, *pro hac vice*
State Bar No. 24002750
marisa@txenvirolaw.com
PERALES, ALLMON & ICE, P.C.
1206 San Antonio St.
Austin, Texas 78701
Tel: (512) 469-6000
Fax: (512) 482-9346

*Attorneys for Plaintiff Save RGV*

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been filed via CM/ECF and is available for viewing and downloading electronically and has been served on all parties signed up for CM/ECF on December 31, 2024.

                                                */s/ David L. Feinberg*
                                                David L. Feinberg