UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Save RGV

v.                                             Case Number: 1:24−cv−00148

Space Exploration Technologies
Corporation

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Rolando Olvera

**PLACE:**
Courtroom 4
United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 4/15/2025

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   February 4, 2025

                                                                    Nathan Ochsner, Clerk