**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SAVE RGV, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:24-cv-00148 |
| | § | |
| SPACE EXPLORATION | § | |
| TECHNOLOGIES CORP., | § | |
| | § | |
| *Defendant.* | § | |

**<u>PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Save RGV hereby gives notice that this action is voluntarily dismissed. Defendant Space Exploration Technologies Corp. has not served an answer or a motion for summary judgment. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

                Respectfully submitted,

                */s/ Lauren Ice*
                Lauren Ice
                Attorney-in-Charge
                State Bar No. 24092560
                S.D. Tex. Bar No. 3294105
                lauren@txenvirolaw.com
                Marisa Perales
                *pro hac vice*
                State Bar No. 24002750
                marisa@txenvirolaw.com
                **PERALES, ALLMON & ICE, P.C.**
                1206 San Antonio St.
                Austin, Texas 78701
                Tel: (512) 469-6000
                Fax: (512) 482-9346

                *Counsel for Save RGV*

2

**CERTIFICATE OF SERVICE**

I certify that on February 18, 2025, a true and accurate copy of the foregoing document was filed electronically via CM/ECF, which automatically provides notice of filing to the counsel of record.

                                            */s/ Lauren Ice*
                                            Lauren Ice