United States District Court
Southern District of Texas
**ENTERED**
February 18, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| SAVE RGV, §<br>    "Plaintiff," §<br> §<br>v. §<br> § Civil Action No. 1:24-cv-00148<br>SPACE EXPLORATION §<br>TECHNOLOGIES CORP., §<br>    "Defendant." § | |

## ORDER

Before the Court is Plaintiff's "Rule 41(a)(1)(A)(i) Notice of Voluntary Dismissal" (Dkt. No. 36). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff's claims against Defendant are **DISMISSED without prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on February 18, 2025.

_____
Rolando Olvera
United States District Judge

1 / 1